**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-01708

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity;

    Defendants.
_____

**ENTRY OF APPEARANCE**
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Estate of Chad Alexander Burnett.

    DATED at Denver, CO this 22nd day of June 2021.

    *s/ Felipe Bohnet-Gomez*
    Felipe Bohnet-Gomez
    RATHOD | MOHAMEDBHAI LLC
    2701 Lawrence Street, Suite 100
    Denver, CO 80205
    (303) 578-4400
    fbg@rmlawyers.com