IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01708-WJM-KMT

ESTATE OF CHAD ALEXANDER BURNETT;

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity;

    Defendants.

_____

**ENTRY OF APPEARANCE**
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Chad Alexander Burnett.

    DATED at Denver, Colorado this 4th day of October, 2021.

    Rathod | Mohamedbhai LLC

    *s/ Matthew J. Cron*
    Matthew J. Cron
    2701 Lawrence St., Suite 100
    Denver, CO 80205
    (303) 578-4400 (t)
    (303) 578-4401 (f)
    mc@rmlawyers.com

    ATTORNEY FOR PLAINTIFF