IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 21-cv-1708-WJM-STV

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiffs,

        v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## MOTION TO WITHDRAW BENJAMIN DEGOLIA AS COUNSEL FOR PLAINTIFF

Undersigned counsel for Plaintiff respectfully moves, pursuant to D.C.COLO.LAttyR 5(b), to withdraw as counsel of record in the above-captioned case, and in support of this motion, states as follows.

1.     Benjamin DeGolia is resigning from Rathod Mohamedbhai LLC, effective August 26, 2022. He will be unable to continue to represent Plaintiff in this matter, so there is good cause for him to withdraw as counsel of record.

2.     Felipe Bohnet-Gomez, Mathew Cron, Ciara Anderson, and Siddhartha Rathod, of Rathod Mohamedbhai LLC, will continue to represent Plaintiff, who will not suffer any prejudice as a result of the withdrawal of counsel.

3.     Pursuant to D.C.COLO.LAttyR 5(b), notice of Benjamin DeGolia withdrawal as Counsel for Plaintiff in the matter has been provided to the Plaintiff.

WHEREFORE, Plaintiff's counsel respectfully move for an order granting the withdrawal of Benjamin DeGolia as counsel for Plaintiff in the above-captioned case.

Respectfully submitted this 25th day of August 2022.

                                                                                                                                            RATHOD | MOHAMEDBHAI LLC

                                                                                                                                             *s/ Benjamin DeGolia*
                                                                                                                                             Benjamin DeGolia
2701 Lawrence St., Suite 100
Denver, CO 80205
(303) 578-4400
bd@rmlawyers.com

*Attorney for Plaintiff*