# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01708-WJM-KMT

ESTATE OF CHAD ALEXANDER BURNETT;

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity;

    Defendants.

___

## STIPULATED EXTENSION OF TIME FOR PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY
___

Plaintiff, by and through undersigned counsel of record, hereby Notifies the Court that the Parties have stipulated to an extension of time for Plaintiff to respond to Defendants' First Set of Written Discovery Requests. In support thereof, Plaintiff states as follows:

1. Defendants submitted their first set of written discovery to Plaintiff on October 4, 2022.

2. Plaintiff's response to Defendants' Written Discovery is currently due on Thursday, November 3, 2022. *See* Fed. R. Civ. P. 33, 34, and 36.

3. The Parties have stipulated to an extension of time for Plaintiff to respond to Defendants' Written Discovery, up to and including November 17, 2022.

4. Pursuant to D.C.COLO.LCivR 6.1(a), the "Parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to . . . interrogatories, requests for production of documents, or requests for admissions." Further, the "stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure and shall be effective on filing, unless otherwise ordered." *Id.*

5. Neither party has requested an extension for written discovery in this matter. No parties will be prejudiced by an extension of the deadline, and Defendants are unopposed to the relief sought herein. The extension will not delay the proceedings in this matter. Plaintiff seeks only seeking a two-week extension and has no desire to cause undue or excessive delay of proceedings in this case.

6. Pursuant to D.C.COLO.LCivR 6.1(c), the undersigned counsel certifies that she will send a copy of this Motion to Plaintiff.

WHEREFORE, Plaintiff respectfully requests the Court grant this Stipulated extension of time of fourteen (14) days up to and including November 17, 2022, for Plaintiff's responses to Defendants' First Set of Written Discovery.

DATED this 28th day of October 2022

        RATHOD | MOHAMEDBHAI LLC

        *s/ Ciara M. Anderson*
        Ciara M. Anderson
        2701 Lawrence Street, Suite 100
        Denver, Colorado 80205
        (303) 578-4400
        ca@rmlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October 2022, I electronically filed the foregoing **STIPULATED EXTENSION OF TIME FOR PLAINTIFF'S RESPONSES TO DEFENDANTS' FIRST SET OF WRITTEN DISCOVERY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

Pursuant to D.C.COLO.LCivR 6.1(c) and this Court's Revised Practice Standard II.D.2, I served the foregoing via email:

Millicent Spears, Personal representative
The Estate of Chad A. Burnett

*s/ Ciara M. Anderson*
Ciara M. Anderson