**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No:  21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

       Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

       Defendants.

---

**JOINT MOTION TO AMEND SCHEDULING ORDER**

---

Plaintiff, the Estate of Chad Alexander Burnett, and Defendants, the City of Colorado Springs, Sergeant Michael Inazu, Officer Joseph Daigle, Officer Matthew Fleming and Officer Caroline Barth, (collectively, the "parties") by and through their respective counsel, hereby move to amend the scheduling order and states as follows:

**I. Certification**

Pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel is providing a copy of this motion to their respective clients.

**II. Motion**

1.      On August 15, 2022, the parties exchanged initial disclosures.

2.      On September 7, 2022, the Court held a scheduling conference and entered the scheduling order in the action. (ECF Nos. #56, 57). During the scheduling conference, the issue of the lack of disclosed health records of Chad Burnett was raised.

3.      On October 4, 2022, Defendants sent Plaintiff discovery requests including interrogatories, requests for production and requests for admission. Plaintiff provided its responses on November 17, 2022. The parties conferred regarding Plaintiffs' discovery responses on December 5, 2022, including whether Plaintiff was required to execute releases for health records and other third-party records sent with the written discovery. To resolve the dispute on this issue, the parties agreed that Plaintiff would take the initiative to obtain health records and join in any motion to extend discovery deadlines should efforts to obtain records require additional time. Since the parties' conferral on December 5, 2022, some records have been obtained and disclosed, but others must still be obtained. Records must also be requested from additional, newly-discovered custodians. The parties continue to work to identify potential treatment providers and various means to obtain records. It is anticipated that any medical records located will be significant to expert opinions.

4.      The current posture of records collection makes the current deadlines set out in the scheduling order extremely difficult to meet.

5.      Accordingly, the parties propose the following modifications to the scheduling order:

Section 8. Discovery Limitations

d. Deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions

>       Current deadline: April 17, 2023
>       **Proposed new deadline: June 19, 2023**

Section 9. Case Plan and Schedule

b. Discovery Cut-off:

       Current deadline: July 17, 2023;
       **Proposed new deadline: September 15, 2023**

c. Dispositive Motion Deadline:

       Current deadline: August 28, 2023;
       **Proposed new deadline: October 27, 2023**

d.3. Affirmative Expert Disclosure

       Current deadline: March 3, 2023;
       **Proposed new deadline: May 5, 2023**

 d.4. Rebuttal Expert Disclosure

       Current deadline: May 3, 2023
       **Proposed new deadline: July 7, 2023**

All other deadlines would remain as stated in the Scheduling Order.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court find good cause and modify the scheduling order as outlined above.


Respectfully submitted this 6th day of February, 2023.

                      OFFICE OF THE CITY ATTORNEY
                      Wynetta P. Massey, City Attorney


                      */s/ W. Erik Lamphere*
                      W. Erik Lamphere, Division Chief
                      Martha E. McKinney, Senior Attorney
                      30 S. Nevada Ave., Suite 501
                      Colorado Springs, Colorado 80903
                      Telephone:  (719) 385-5909
                      Facsimile:  (719) 385-5535
                      erik.lamphere@coloradosprings.gov
                      martha.mckinney@coloradosprings.gov
                      *Attorneys for Defendants*

/s/ Felipe Bohnet-Gomez
Felipe Bohnet-Gomez
Ciara M. Anderson
Rathod Mohamedbhai LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
Telephone:  (303) 579-4400
fbg@rmlawyers.com
ca@rmlawyers.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 6th day of February, 2023, I electronically filed the foregoing **JOINT MOTION TO AMEND SCHEDULING ORDER** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Felipe Bohnet-Gomez (fbg@rmlawyers.com)
Siddhartha H. Rathod (sr@rmlawyers.com)
Ciara M. Anderson (ca@rmlawyers.com)
Matthew J. Cron (mc@rmlawyers.com)
*Attorneys for Plaintiff*

And I hereby certify that the foregoing was emailed and addressed to the following:

Officer Defendants (via private emails)
Chief Adrian Vasquez on behalf of the City of Colorado Springs (via private email)

/s/ Amy McKimmey
Amy McKimmey
Legal Secretary

And I hereby certify that the foregoing was emailed and/or placed in U.S. Mail, postage prepaid, and addressed to the following:

Estate of Chad Alexander Burnett, by and through its personal representative Millicent Kay Spears (via private email)

/s/ Hannah Rose
Hannah Rose
Senior Paralegal

4