EXHIBIT A

Body Worn Camera Footage of Caroline Barth

Conventionally Submitted