# EXHIBIT B

# Body Worn Camera Footage of Joseph Daigle

# Conventionally Submitted