EXHIBIT C

Body Worn Camera Footage of Joseph Daigle

Conventionally Submitted