# EXHIBIT F

# Body Worn Camera Footage of Matthew Fleming

# Conventionally Submitted