EXHIBIT H

Body Worn Camera Footage of Michael Inazu

Conventionally Submitted