**EXHIBIT I**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## AFFIDAVIT OF MICHAEL INAZU IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss |
| COUNTY OF EL PASO | ) |

I, Michael Inazu, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I was employed as a police officer for the Colorado Springs Police Department ("CSPD") on May 24, 2020.

    3.    The map identified as Exhibit M accurately depicts the cul-de-sac on Ashgrove Street, including the location and addresses of the residences.

4.     Based on my involvement in the events on May 24, 2020, on that date, Chad Burnett resided at 2749 Ashgrove Street, John and Carolyn Shaw lived at 2760 Ashgrove Street, and Cornelia "Nina" Maytag lived at 2750 Ashgrove Street.

5.     In my experience as a police officer, the process to obtain an arrest warrant often takes multiple hours. It requires authoring the affidavit, formatting the body on the correct template, supervisor review, notarization, and presentation to the on-call judge. A supervisor on-scene of an active call is unable to review the warrant because their primary responsibility is the active call. Some on-call judges require a hard copy of the warrant and affidavit prior to review. Other judges allow electronic review. Some judges will have follow-up questions while reviewing the warrant.

6.     As part of my uniform, I wore a body-worn camera ("BWC") that recorded audio and video from the call for service that is the subject of this case. During the struggle with Mr. Burnett, my BWC device stopped recording audio. I was unaware of this occurring at the time. Submitted as Exhibit G and H to the Individual Defendants' Motion for Summary Judgment is a true and correct copy of my BWC recordings from the call-for-service involving Mr. Burnett on May 24, 2020.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 21st day of December, 2023

_____
Michael Inazu

SUBSCRIBED AND SWORN to before me this 21st day of December, 2023, by Michael Inazu.

Witness my hand and official seal.

_____
Notary Public

AJ McALPINE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224017116
My Commission Expires 04-28-2026