IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

---

**AFFIDAVIT OF CAROLINE ROMINE IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

STATE OF COLORADO    )
                                      ) ss
COUNTY OF EL PASO     )

I, Caroline Romine, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I was employed as a police officer for the Colorado Springs Police Department ("CSPD") on May 24, 2020.

    3.    Prior to the initiation of the instant suit, my last name was Barth. I have since changed my last name to Romine.

    4.    The map identified as Exhibit M accurately depicts the cul-de-sac on Ashgrove Street, including the location and addresses of the residences.

5. Based on my involvement in the events on May 24, 2020, on that date, Chad Burnett resided at 2749 Ashgrove Street, and Gordon and Linda Silver lived at 2729 Ashgrove Street.

6. As part of my uniform, I wore a body-worn camera ("BWC") that recorded audio and video from the call for service that is the subject of this case. Submitted as Exhibit A to the Individual Defendants' Motion for Summary Judgment is a true and correct copy of my BWC recording from the call-for-service involving Mr. Burnett on May 24, 2020.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 20th day of December, 2023

_____
Caroline Romine

SUBSCRIBED AND SWORN to before me this 20th day of December, 2023, by Caroline Romine.

Witness my hand and official seal.

AMY L. MCKIMMEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144030301
MY COMMISSION EXPIRES AUGUST 1, 2026

_____
Notary Public