**EXHIBIT M**

