**EXHIBIT N**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## AFFIDAVIT OF PATRICK DAVID IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

STATE OF COLORADO    )
                              ) ss
COUNTY OF EL PASO     )

I, Patrick David, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I was employed as a police officer for the Colorado Springs Police Department ("CSPD") on May 24, 2020.

    3.    I have been employed by the City of Colorado Springs since August 1999. I attended CSPD's police academy. I have been a sworn police officer since December 1999.

4.      From July 2016 to October 2018, I was the in-service training supervisor for CSPD's training academy. In that role, one of my job responsibilities was managing CSPD's taser program, including taser trainings for CSPD officers and recruits.

5.      I received my taser instructor certification in December 2008, which I renewed in October 2010. As a certified taser instructor, I was authorized to train and certify officers and recruits to use the taser from December 2008 through October 2012. In May 2012, I obtained my taser master instructor certification, which authorized me to certify others as taser instructors as well as taser users. I renewed my taser master instructor certification in October 2014 and October 2017.

6.      I was certified to train, and did train, CSPD officers and recruits using taser-brand training materials.

7.      Based on my training and experience, I am familiar with taser logs and have reviewed them previously. I have reviewed logs from Officer Barth's taser deployment on May 24, 2020. The taser logs indicate Officer Barth pulled the trigger, deploying cartridge bay 1 with probes which exited towards Mr. Burnett. Deployment of a cartridge starts a 5-second electrical cycle. The taser logs show no connection for the first .5 seconds of the cycle, a connection for a second (.5 to 1.5 seconds) and no connection between 2 seconds and 5 seconds of the cycle. Approximately 14 seconds later, the arc switch was used to reenergize cartridge for 1 second. Three seconds later, Officer Barth used her arc switch to reenergize the cartridge for another second with some connectivity.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 20th day of December, 2023

_____
Patrick David

SUBSCRIBED AND SWORN to before me this 20th day of December, 2023, by Patrick David.

Witness my hand and official seal.

> TERESA K JOHANSEN
> Notary Public
> State of Colorado
> Notary ID # 19984026061
> My Commission Expires 01-29-2027

_____
Notary Public