IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## AFFIDAVIT OF THOMAS PITCHFORD IN SUPPORT OF INDIVIDUAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss |
| COUNTY OF EL PASO | ) |

I, Thomas Pitchford, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I was employed as a police officer for the Colorado Springs Police Department ("CSPD") on May 24, 2020.

    3.    As part of my uniform, I wore a body-worn camera ("BWC") that recorded audio and video from the call for service that is the subject of this case. Submitted as Exhibit Q to the Individual Defendants' Motion for Summary Judgment is a true and correct copy of my BWC recording from the call-for-service involving Mr. Burnett on May 24, 2020.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 21st day of December, 2023

_____
Thomas Pitchford

SUBSCRIBED AND SWORN to before me this 21st day of December, 2023, by Thomas Pitchford

Witness my hand and official seal.

AMY L. MCKIMMEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144030301
MY COMMISSION EXPIRES AUGUST 1, 2026

_____
Notary Public

2