# EXHIBIT Q

# Body Worn Camera Footage of Thomas Pitchford

# Conventionally Submitted