**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

      Defendants.

---

**AFFIDAVIT OF JOSEPH DAIGLE IN SUPPORT OF CITY OF COLORADO SPRINGS'
MOTION FOR SUMMARY JUDGMENT**

---

| | |
|---|---|
| STATE OF COLORADO | ) |
| | ) ss |
| COUNTY OF EL PASO | ) |

I, Joseph Daigle, having been duly sworn upon oath, depose and hereby state as follows:

1.      I have personal knowledge of the facts stated herein.

2.      I was a sworn police officer since 2015.

3.      I was employed as a police officer for CSPD on May 24, 2020.

4.      I started my law enforcement carrier as a police officer for Commerce City.

5.      In 2017, I was hired by the City of Colorado Springs. I attended and graduated from

Colorado Springs Police Department's 6-month police academy. I was part of the 67th Recruit

Class.

6.      I was trained at CSPD's training academy when I was a recruit.

7.      At the academy, I was trained on constitutional use of force, de-escalation, and avoiding the use of excessive force. Since graduating from the academy, I have continued to receive training on these subjects.

8.      After the academy, I received additional training through the department's field training program for the first four months on patrol.

9.      While at CSPD, I received training on how to respond to citizens experiencing a mental health crisis.

10.     At the academy, I was trained in CSPD's policies and procedures. Since the academy, I continued to receive training on CSPD policies and procedures until I left CSPD in 2020.

11.     At the academy and after my graduation, I received training on the Fourth Amendment, search and seizure, warrant requirements, and exceptions, including warrantless entry into the home based on exigency including hot or fresh pursuit.

12.     At the academy and after my graduation, I received training on summoning medical care, providing first aid and CPR. I received my CPR certification in the academy and have maintained it until I left CSPD in 2020.

13.     A summary of my training record is Exhibit B.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 20th day of December, 2023

Joseph Daigle

SUBSCRIBED AND SWORN to before me this 20th day of December, 2023, by Joseph Daigle.

Witness my hand and official seal.

TERESA K JOHANSEN
Notary Public
State of Colorado
Notary ID # 19984026061
My Commission Expires 01-29-2027

Notary Public

3