**Colorado Springs Public Safety**

705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Joseph Daigle

Police Officer
Patrol
ID - 003609

| Total Courses | Total Learning Plans | Completed |
|---|---|---|
| **75** | **02** | **76** |

## Courses

| Total Time Spent | Total Course Duration |
|---|---|
| **70H 30M** | **78H 32M** |

| Name | Code | Type | Completion Date | Score | Status | Sub Status |
|---|---|---|---|---|---|---|
| Hands Only CPR | CPR 2020 | Required | 6/13/2020 | 100.00 | Completed | Passed |
| City Safety - June 2020 | 2020-CT-006 | Elective | 6/12/2020 | 100.00 | Completed | Passed |
| Insight Installs & Training | 2020-ET-008 | Required | 6/8/2020 | | Completed | Completed |
| City Safety - May 2020 | 2020-CT-005 | Elective | 6/8/2020 | 100.00 | Completed | Passed |
| 2020 Range In-Service | 2020-MT-006 | Required | 4/20/2020 | | Completed | Attended |
| 2020 Treating People with Respect | HR_Respect_2020 | Required | 4/17/2020 | | Completed | Completed |
| Dragon Speak (Users) | 2020-ET-012 | Elective | 4/17/2020 | | Completed | Completed |
| City Safety - April 2020 | 2020-CT-004 | Required | 4/17/2020 | 100.00 | Completed | Passed |
| Stop Stick Deployments - PSTC 2020 1st Q. | PD-MT-2020-005 | Elective | 4/3/2020 | | Completed | Attended |
| SFST Refresher (Practitioner) - CDAC videos | PD-2019-ET-027 | Elective | 3/27/2020 | 100.00 | Completed | Passed |
| Service Animals | PD-2020-001 | Required | 3/9/2020 | 100.00 | Completed | Passed |
| City Safety - March 2020 | 2020-CT-003 | Elective | 3/9/2020 | 100.00 | Completed | Passed |
| H.O.T SME | PD-ET-2020-009 | Elective | 2/25/2020 | | Completed | Attended |
| Roll Call#593 CSU - Natural Gas | RC#593 | Required | 2/8/2020 | 100.00 | Completed | Passed |
| 2020 In-Service -Beyond the Stop- Crime Analysis | PD-2020-IST-001 | Required | 2/8/2020 | 100.00 | Completed | Passed |
| Roll Call #592 - MRAC - Minority Relations Advisory Committee | RC-592 | Required | 2/8/2020 | 100.00 | Completed | Passed |
| City Safety - Feb 2020 | 2020-CT-002 | Elective | 2/8/2020 | 100.00 | Completed | Passed |
| City Safety - Jan 2020 | 2020-CT-001 | Elective | 2/8/2020 | 100.00 | Completed | Passed |
| 1st and 2nd Amendment Audits | PD-MT-2020-001 | Required | 2/8/2020 | 100.00 | Completed | Passed |
| City Safety - Dec 2019 | 2019-CT-016 | Elective | 1/7/2020 | 100.00 | Completed | Passed |
| 2019 POST Rule 17 - Incumbent Employees | PD-MT-2019-012 | Required | 1/7/2020 | 100.00 | Completed | Passed |
| High Risk Traffic Stops - PSTC 2019 | 2019-PD-MT-PSTC-003 | Elective | 12/31/2019 | | Completed | Attended |
| 2019 Ethics Training | HR_Ethics_2019 | Required | 12/9/2019 | 100.00 | Completed | Passed |
| City Safety - Nov 2019 | 2019-CT-015 | Required | 12/2/2019 | 100.00 | Completed | Passed |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**         **CITY DEFS - 006347**

| Name | Code | Type | Completion Date | Score | Status | Sub Status |
|------|------|------|-----------------|-------|--------|------------|
| SFST Refresher (Operator) | PD-2019-ET-027 | Elective | 11/25/2019 | 100.00 | Completed | Passed |
| Pursuit Policy Review - In Service Training 2019 | PD-2019-IST-002 | Required | 11/6/2019 | 90.00 | Completed | Passed |
| Roll Call Video #591 - Pikes Peak United Way Employee Giving Campaign 2019 | RC-591 | Required | 10/25/2019 | 100.00 | Completed | Passed |
| City Safety - Sept 2019 | 2019-CT-013 | Elective | 10/25/2019 | 100.00 | Completed | Passed |
| City Safety - Oct 2019 | 2019-CT-014 | Required | 10/25/2019 | 100.00 | Completed | Passed |
| Barricade Tactics – Containment PSTC 2019 | 2019-PD-MT-PSTC-002 | Elective | 9/30/2019 | | Completed | Attended |
| In Service 2019 - Legal Updates | IST-LU-03 | Required | 9/9/2019 | 100.00 | Completed | Passed |
| In-Service 2019 - Legal Updates | LegUp-101 | Required | 9/7/2019 | 100.00 | Completed | Passed |
| Roll Call Video #590 - Metro VNI K-9 Program | RC-590 | Required | 9/1/2019 | 100.00 | Completed | Passed |
| Roll Call Video #589 - Fentanyl Update | RC-589 | Required | 9/1/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates | IST-2019-101 | Required | 9/1/2019 | 100.00 | Completed | Passed |
| City Safety - Aug 2019 | 2019-CT-012 | Elective | 9/1/2019 | 100.00 | Completed | Passed |
| 2019 Diversity and Inclusion in the Modern Workplace | 2019_HR_Diversity | Required | 8/9/2019 | 100.00 | Completed | Passed |
| City Safety July-2019 | 2019-CT-011 | Required | 8/9/2019 | 100.00 | Completed | Passed |
| Roll Call #588 - CAD Clearance Update | RC-588 | Required | 7/29/2019 | 100.00 | Completed | Passed |
| Roll Call Video 587 - Problem Solving Courts | RC-587 | Required | 6/29/2019 | 100.00 | Completed | Passed |
| Roll Call # 586 - Cem Duzel Message to the Department | RC-586 | Elective | 6/29/2019 | | Completed | Completed |
| In Service 2019 Beyond the Contact - Objectively Reasonable Force | IST-2019-ORF | Required | 6/29/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates Part 1 | IST-LU-1 | Required | 6/29/2019 | 100.00 | Completed | Passed |
| 2019 In Service Training | PD-2019-IST-003 | Required | 6/21/2019 | | Completed | Attended |
| In-Service 2019 Interacting with the Deaf or Hard of Hearing Community | PD-IST-2019-DHH | Required | 6/21/2019 | 100.00 | Completed | Passed |
| Roll Call Video #585 - Forensic Art Unit | RC-585 | Required | 6/21/2019 | 100.00 | Completed | Passed |
| City Safety June-2019 | PD-2019-CT-010 | Elective | 6/21/2019 | 100.00 | Completed | Passed |
| City Safety - May 2019 | 2019-PD-CT-003 | Elective | 6/21/2019 | | Completed | Completed |
| Roll Call #582 - UAV Program | RC-582 | Required | 6/21/2019 | 100.00 | Completed | Passed |
| Interview and Interrogation | 2019-PD-ET-013 | Elective | 6/19/2019 | | Completed | Attended |
| 2019 Range In-Service | PD-2019-IST-005 | Required | 5/30/2019 | | Completed | Attended |
| In-Service 2019 Beyond the Contact - Contact and Cover | IST 2019 BTC 1 | Required | 5/9/2019 | 100.00 | Completed | Passed |
| Roll Call Video 581 - EOD/Arson Investigations | RC-581 | Required | 5/9/2019 | 100.00 | Completed | Passed |
| Shielded Cell Movements - PSTC 2019 | PD-2019-PSGTC-001 | Elective | 5/1/2019 | | Completed | Attended |
| Roll Call 570 - Occupational Exposures | RC-570 | Required | 4/15/2019 | 100.00 | Completed | Passed |
| Roll Call Video 579 - City Cyber Security Training | RC-579 | Required | 4/15/2019 | 100.00 | Completed | Passed |
| Roll Call #546 - S.E.N.D. | RC-546 | Required | 4/15/2019 | 100.00 | Completed | Passed |
| Roll Call #580 - Chief Niski's Message to the Department | RC-580 | Required | 4/15/2019 | 100.00 | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   CITY DEFS - 006348

| Name | Code | Type | Completion Date | Score | Status | Sub Status |
|---|---|---|---|---|---|---|
| 2019 Harassment and Discrimination Prevention_Employee | HR_Harassment_2019 | Required | 4/15/2019 | 100.00 | Completed | Passed |
| Trauma Contamination and Countermeasures | PD-2019-MT-007 | Required | 4/11/2019 | | Completed | Attended |
| 2019 Taser User Update V21 | PD-2019-MT-016 | Elective | 3/22/2019 | | Completed | Completed |
| 2019 In-Service Training Below 100 | PD-2019-IST-001 | Required | 3/18/2019 | 90.00 | Completed | Passed |
| Roll Call Video 578 - Major Crash Team Investigations | RC-578 | Required | 3/18/2019 | 100.00 | Completed | Passed |
| City Safety - March 2019 | PD-2019-MT-008 | Required | 3/8/2019 | 100.00 | Completed | Passed |
| City Safety Feb-2019 | PD-2019-MT-005 | Elective | 2/22/2019 | | Completed | Completed |
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 100.00 | Completed | Passed |
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 100.00 | Completed | Passed |
| Roll Call #577 - Domestic Violence Incident Sheet - January 2019 | PD-RC-577 | Required | 1/21/2019 | 100.00 | Completed | Passed |
| 2019-Treating People with Respect | HR_Respect_2019 | Required | 1/21/2019 | 100.00 | Completed | Passed |
| City Safety Jan-2019 | PD-2019-MT-002 | Required | 1/8/2019 | 100.00 | Completed | Passed |
| City Safety December | CS-Dec 18 | Required | 12/9/2018 | 100.00 | Completed | Passed |
| 2018 Ethics Training | Ethics_2018 | Required | 12/9/2018 | 100.00 | Completed | Passed |
| POST Rule 17 - 2018 | Rule 17 | Required | 12/9/2018 | 100.00 | Completed | Passed |
| Roll Call #574 - Community Response Team | RC-574 | Required | 12/1/2018 | 100.00 | Completed | Passed |
| CSPD Training Center | EXT | N/A | --- | | Completed | Attended |

## Learning Plans

| Name | Code | Type | Registration Date | Completion Date | Status |
|---|---|---|---|---|---|
| 2020 Range In-Service | 2020-MT-006 | Required | 2/12/2020 | 4/29/2020 | Completed |

## Certifications/Licenses

| Certification/License Name | Type | Issuing Agency | Certification/License Number | Date Issued | Expiration Date |
|---|---|---|---|---|---|
| Standard Field Sobriety Test (Practitioner) | Certification | POST / CDOT | | 11/01/2019 | 10/31/2021 (Expired) |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   CITY DEFS - 006349

Colorado Springs Police Department
In-Service Training Legend, 2003-2018

### DAIGLE, Joseph  3609

| Year | Quarter | Description |
|------|---------|-------------|
| 2018 | 1, 2 | TCCC, MEB/PR, Taser, OC, AC/DT, RBT |

*It should be noted that the ISTM-1 and ISTM-2 Modules depict In-Service Training Modules 1 and 2. Module 1 depicts First and Second Quarters while Module 2 depicts Third and Fourth Quarters. ISTM is referenced in the Training Summary.*

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**            **CITY DEFS - 006350**

Individual Training Record                                          Page 1 of 2

Return to CSPD Home Page

**Training** *Center* | In-Service Classes | Elective Classes | My Training Records | Reports

**View Another Training Record**

Insert IBM Number [      ]  Submit

## Individual Training Record .

| | | | | |
|---|---|---|---|---|
| **IBM** | 3609 | | **Status** | Active Sworn |
| **First Name** | Joseph | | **Last Name** | Daigle |
| **Classification** | Police Officer | | **Work Phone** | |
| **Assignment** | Gold Hill - Gold Hill - Patrol | | | |

Classes are sorted by Class Date with upcoming classes listed first and then completed classes. If you do not attend a class, your record will be modified. All records are verified against class sign-in sheets.

### In-Service Class Record

Total Class Hours YTD   **31**

| | |
|---|---|
| **Date** | 12/31/2018 |
| **Title** | Sergeant Training Cadre 1 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 12/31/2018 |
| **Title** | Sergeant Training Cadre 2 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 12/31/2018 |
| **Title** | Sergeant Training Cadre 3 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 12/31/2018 |
| **Title** | Sergeant Training Cadre 1 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 11/6/2018 |
| **Title** | 2018 Range 4th Qtr |
| **Class Hours** | 3 |

| | |
|---|---|
| **Date** | 7/19/2018 |
| **Title** | 2018 Range 2nd Q |
| **Class Hours** | 4 |

| | |
|---|---|
| **Date** | 3/6/2018 |
| **Title** | 2018 Range 1st Q |
| **Class Hours** | 3 |

| | |
|---|---|
| **Date** | 2/14/2018 |
| **Title** | 2018 IST MOD1 |
| **Class Hours** | 10 |

### Elective Class Record

Total Class Hours YTD   **4**

| | |
|---|---|
| **Date** | 6/4/2018 |
| **Title** | 2018 Yearbook Photos |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 7/28/2017 |
| **Title** | Pursuit Policy Class |
| **Class Hours** | 4 |

### Outside Training Class Record

Total Class Hours YTD

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER              CITY DEFS - 006351

Individual Training Record

**Date**            2/8/2018
**Title**           Domestic Violence Training
**Class Hours**  10

**Date**            12/1/2017
**Title**           Ethics for Public Employees
**Class Hours**  1

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                 **CITY DEFS - 006352**