**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

---

**AFFIDAVIT OF MATTHEW FLEMING IN SUPPORT OF CITY OF COLORADO SPRINGS' MOTION FOR SUMMARY JUDGMENT**

---

STATE OF COLORADO    )
                              ) ss
COUNTY OF EL PASO    )

I, Matthew Fleming, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I have been in law enforcement since 2006.

    3.    After working for various departments in New York state, I moved to Colorado in 2016.

    4.    In Colorado, I was a sworn police officer for the City of Manitou Springs starting in 2016.

5. In 2017, I was hired by the City of Colorado Springs. As an officer hired from another law enforcement agency, I attended and graduated from Colorado Springs Police Department's 6-month police academy. I was part of the 67th Recruit Class.

6. After the academy, I received additional training through the department's field training program for the first approximately ten weeks on patrol.

7. At the academy, I was trained in constitutional use of force, de-escalation, and avoiding the use of excessive force. Since graduating from the academy, I have continued to receive training on these subjects.

8. At the academy and through my continuing police training, I have received training on the Fourth Amendment, search and seizure, warrant requirements, and exceptions, including warrantless entry into the home based on exigency including hot or fresh pursuit.

9. At the academy, I have received training on summoning medical care, providing first aid and CPR. I received my CPR certification in the academy and have maintained it ever since. Since graduating from the academy, I have continued to receive training on summoning medical care, first aid and CPR.

10. While at CSPD, I have received training on how to respond to citizens experiencing a mental health crisis.

11. A summary of my training record is Exhibit D.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 20th day of December, 2023

_____
Matthew Fleming

SUBSCRIBED AND SWORN to before me this 20th day of December, 2023, by Matthew Fleming.

Witness my hand and official seal.

_____
Notary Public

TERESA K JOHANSEN
Notary Public
State of Colorado
Notary ID # 19984026061
My Commission Expires 01-29-2027