**EXHIBIT D**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses
**184**
Completed
**181**

 Total Learning Plans
**03**

## Courses

| Name | Code | Type | Enrollment Date | Completion Date | Score | Time Spent | Status | Sub Status |
|---|---|---|---|---|---|---|---|---|
| Non-Contact Vehicle Blocks PTLTC 2022 2nd Q | 2022-PD-MT-003 | Required | 7/15/2022 | 6/30/2022 |  | 02h 00m 00s | Completed | Attended |
| Below 100 Tenets: Wear Your Vest | 2022_IST_005 | Required | 5/31/2022 | 6/27/2022 | 80.00 | 00h 02m 05s | Completed | Passed |
| Hands Only CPR - 2022 | 2022_IST_008 | Required | 5/31/2022 | 6/27/2022 | 100.00 | 01h 39m 48s | Completed | Passed |
| Below 100 Tenets: Remember, Complacency Kills! | 2022_IST_006 | Required | 5/31/2022 | 6/27/2022 | 80.00 | 00h 46m 53s | Completed | Passed |
| Approaching Alzheimer's: First Responder Training | 2022_IST_009 | Required | 5/31/2022 | 6/27/2022 | 100.00 | 00h 05m 13s | Completed | Passed |
| 2022 Taser Annual Operator Update V22 | 2022_IST_004 | Required | 5/31/2022 | 6/27/2022 | 100.00 | 00h 20m 20s | Completed | Passed |
| #Military | RC615 | Required | 6/15/2022 | 6/27/2022 | 100.00 | 00h 02m 09s | Completed | Passed |
| City Safety June 2022 | 2022-CT-006 | Elective | 6/10/2022 | 6/27/2022 | 100.00 | 00h 00m 37s | Completed | Passed |
| 2022 In Service OC Re-certification | 2022_IST_003 | Required | 5/31/2022 | 6/8/2022 | 88.23 | 01h 24m 02s | Completed | Passed |
| 2022 IST Range (Red Dot Transition) | 2022_IST_001 | Required | 4/27/2022 | 5/23/2022 |  | 24h 00m 00s | Completed | Attended |
| City Safety May 2022 | 2022-CT-005 | Elective | 5/17/2022 | 5/18/2022 | 100.00 | 00h 00m 22s | Completed | Passed |
| 2022 Technology Update | RC613 | Required | 5/17/2022 | 5/18/2022 | 100.00 | 00h 03m 39s | Completed | Passed |
| 2022-2023 Preventing Harassment & Discrimination for Non-Supervisors | 2022_HarassDiscrim | Required | 4/27/2022 | 5/9/2022 |  | 00h 18m 07s | Completed | Completed |
| Peer Support Program and Response | RC611 | Required | 5/2/2022 | 5/9/2022 | 100.00 | 00h 10m 59s | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER         CITY DEFS - 006353

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID : 006164

 Total Courses
**184**
 Completed
**181**

Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Time | Status | Result |
|---|---|---|---|---|---|---|---|---|
| Roll Call #546 - S.E.N.D._2022 | RC-546_2022 | Required | 4/15/2022 | 4/19/2022 | 100.00 | 00h 02m 39s | Completed | Passed |
| City Safety - April 2022 | 2022-CT-004 | Required | 4/12/2022 | 4/19/2022 | 100.00 | 00h 00m 23s | Completed | Passed |
| SafetyNet Copy and Paste | RC-610 | Required | 3/8/2022 | 4/19/2022 | 100.00 | 00h 01m 25s | Completed | Passed |
| City Safety - Mar 2022 | 2022-CT-003 | Elective | 3/15/2022 | 4/19/2022 | 100.00 | 00h 00m 12s | Completed | Passed |
| End User Training - Workforce Management Plus (Orion) | EUT_Orion | Elective | 2/8/2022 | 2/28/2022 |  | 03h 30m 00s | Completed | Attended |
| 2022 Legislative Update | RC-609 | Required | 2/18/2022 | 2/27/2022 | 100.00 | 00h 24m 11s | Completed | Passed |
| City Safety - Feb 2022 | 2022-CT-002 | Elective | 2/10/2022 | 2/27/2022 | 100.00 | 00h 00m 17s | Completed | Passed |
| 2022/2023 Managing Bias | 2022_Bias | Required | 2/7/2022 | 2/7/2022 |  | 00h 19m 52s | Completed | Completed |
| 2022/2023 Equity, Acceptance, and Respect: Global Harassment & Discrimination Prevention | 2022_Equity | Required | 2/7/2022 | 2/7/2022 |  | 00h 00m 21s | Completed | Completed |
| Safe Law Enforcement Operations on the Fireground | RC608 | Required | 1/4/2022 | 1/16/2022 | 100.00 | 00h 13m 57s | Completed | Passed |
| City Safety - Jan 2022 | 2022-CT-001 | Elective | 1/7/2022 | 1/16/2022 | 100.00 | 00h 00m 12s | Completed | Passed |
| Response to Radiological Incidents | RC607 | Required | 12/1/2021 | 12/24/2021 | 100.00 | 00h 07m 25s | Completed | Passed |
| Fentanyl Update 2021 | RC-606 | Required | 12/1/2021 | 12/24/2021 | 100.00 | 00h 11m 36s | Completed | Passed |
| 2021 POST Rule-17 Incumbent Employees | 2021-PD-MT-013 | Elective | 12/1/2021 | 12/20/2021 | 100.00 | 00h 00m 28s | Completed | Passed |
| Department of Energy - Secure Transportation | RC-608 | Required | 12/2/2021 | 12/19/2021 | 100.00 | 00h 12m 04s | Completed | Passed |

Page 2 of 12 pages

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**    **CITY DEFS - 006354**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

**LEARNER TRANSCRIPT**

# Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses
**184**
Completed
**181**

 Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| How to Log Comp (Add to Bank) - The New Way! | HR_COMP_2021 | Required | 11/5/2021 | 12/19/2021 | | 00h 09m 38s | Completed | Completed |
| Mental Health Holds and Emergency Commitments | RC603 | Required | 10/26/2021 | 12/19/2021 | 100.00 | 00h 16m 04s | Completed | Passed |
| City Safety - Dec 2021 | 2021-CT-011 | Elective | 12/6/2021 | 12/19/2021 | 100.00 | 00h 00m 17s | Completed | Passed |
| CRT - Community Response Team | RC602 | Required | 10/26/2021 | 12/19/2021 | 100.00 | 00h 36m 50s | Completed | Passed |
| Legislative Update - Showups | RC605 | Required | 11/11/2021 | 12/17/2021 | 100.00 | 00h 15m 45s | Completed | Passed |
| Shielded Movements - Patrol Line-Up Training - 2021-4th Q. | 2021-PD-MT-011 | Elective | 12/2/2021 | 12/15/2021 | | 02h 00m 00s | Completed | Attended |
| City Safety - Oct 2021 | 2021-CT-010 | Elective | 10/12/2021 | 12/4/2021 | 100.00 | 00h 00m 19s | Completed | Passed |
| 2021/2022 Ethics Training_PD | ETHICS_2021_2022 | Required | 10/25/2021 | 12/4/2021 | | 00h 05m 27s | Completed | Completed |
| 2022 Open Enrollment | 2022_OE | Required | 10/15/2021 | 11/6/2021 | | 00h 15m 50s | Completed | Completed |
| City Safety - Sept 2021 | 2021-CT-009 | Elective | 9/8/2021 | 9/8/2021 | 100.00 | 00h 05m 23s | Completed | Passed |
| City Safety - Aug 2021 | 2021-CT-008 | Elective | 8/12/2021 | 9/8/2021 | 100.00 | 00h 01m 23s | Completed | Passed |
| 2021 In Service Training | 2021-IST-002 | Required | 2/18/2021 | 9/1/2021 | | 10h 00m 00s | Completed | Attended |
| Vehicle Pursuits - Patrol Line-Up Training - 2021 2nd Q. | 2021-PD-MT-006 | Elective | 8/17/2021 | 8/15/2021 | | 09h 00m 00s | Completed | Attended |
| 2021/2022 Diversity: Inclusion in the Modern Workplace | HR_DIMW_2021 | Required | 8/2/2021 | 8/6/2021 | | 01h 15m 01s | Completed | Completed |
| 2021 - Constitutional Law - 2nd Q | 2021-PD-MT-007 | Elective | 9/29/2021 | 7/31/2021 | | 08h 00m 00s | Completed | Attended |
| Community Policing, Part II | PT48 | Required | 4/30/2021 | 7/28/2021 | 93.75 | 00h 36m 43s | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          CITY DEFS - 006355

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses
**184**
Completed
**181**

 Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| Community Policing, Part I | PT46 | Required | 4/30/2021 | 7/28/2021 | 100.00 | 03h 12m 34s | Completed | Passed |
| City Safety - July 2021 | 2021-CT-007 | Elective | 7/6/2021 | 7/28/2021 | 100.00 | 00h 00m 18s | Completed | Passed |
| New Sedation Policy | 2021-Sedate | Required | 7/8/2021 | 7/28/2021 | 100.00 | 00h 03m 35s | Completed | Passed |
| Below 100 Tenets: Wear Your Belt | PT34 | Required | 5/5/2021 | 6/14/2021 | 80.00 | 00h 48m 11s | Completed | Passed |
| 2021/2022 Harassment & Discrimination Prevention for Non-Supervisors | HR_HARASS_2021 | Required | 6/4/2021 | 6/14/2021 | | 02h 41m 07s | Completed | Completed |
| City Safety - June 2021 | 2021-CT-006 | Elective | 6/9/2021 | 6/14/2021 | 100.00 | 00h 02m 01s | Completed | Passed |
| City Safety - May 2021 | 2021-CT-005 | Elective | 5/16/2021 | 6/14/2021 | 100.00 | 00h 00m 17s | Completed | Passed |
| Below 100 Tenets: Watch Your Speed | PT10 | Required | 5/5/2021 | 5/23/2021 | 100.00 | 00h 56m 02s | Completed | Passed |
| Below 100 | PT22 | Required | 5/5/2021 | 5/5/2021 | 100.00 | 01h 13m 17s | Completed | Passed |
| Constitutional Training- Contain and Call Out | CT-Update-001 | Required | 4/30/2021 | 5/4/2021 | 100.00 | 00h 09m 01s | Completed | Passed |
| 2021 - Constitutional Law Classes - 1st Q. | 2021-PD-MT-004 | Elective | 5/27/2021 | 4/30/2021 | | 04h 00m 00s | Completed | Attended |
| DR3447 - New Colorado Traffic Crash Report Form | RC-601 | Required | 4/27/2021 | 4/27/2021 | 100.00 | 00h 23m 24s | Completed | Passed |
| 2021 Taser User Update V22 - Copy | 2020-MT-002_V2_copy | Required | 4/13/2021 | 4/27/2021 | 100.00 | 01h 11m 10s | Completed | Passed |
| ICAT | 2021-PD-MT-003 | Elective | 4/8/2021 | 4/13/2021 | | 10h 00m 00s | Completed | Attended |
| City Safety - April 2021 | 2021-CT-004 | Elective | 4/5/2021 | 4/12/2021 | 100.00 | 00h 00m 15s | Completed | Passed |
| 2021 Equity, Acceptance, and Respect: Global Harassment & Discrimination | EARHD_2021 | Required | 3/31/2021 | 4/12/2021 | | 00h 36m 47s | Completed | Completed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER            CITY DEFS - 006356

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID - 006164


Total Courses
**184**
Completed
**181**


Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| 2021 Managing Bias | BIAS_2021 | Required | 3/30/2021 | 4/12/2021 | | 00h 31m 55s | Completed | Completed |
| HOT Training | RC-600 | Required | 3/9/2021 | 4/5/2021 | 100.00 | 00h 16m 37s | Completed | Passed |
| CSFD Fire Factor Program | RC600 | Required | 3/9/2021 | 4/5/2021 | 100.00 | 00h 06m 15s | Completed | Passed |
| City Safety - Mar 2021 | 2021-CT-003 | Elective | 3/3/2021 | 4/5/2021 | 100.00 | 00h 00m 21s | Completed | Passed |
| UAS Program | RC598 | Required | 2/9/2021 | 4/5/2021 | 100.00 | 00h 06m 36s | Completed | Passed |
| Roll Call 597-FIR and Gang FIR Training | RC-597 | Required | 1/27/2021 | 2/8/2021 | 100.00 | 00h 09m 28s | Completed | Passed |
| City Safety - Feb 2021 | 2021-CT-002 | Elective | 2/3/2021 | 2/8/2021 | 100.00 | 00h 00m 22s | Completed | Passed |
| City Safety - Jan 2021 | 2021-CT-001 | Elective | 1/13/2021 | 2/8/2021 | 100.00 | 00h 00m 21s | Completed | Passed |
| City Safety - Dec 2020 | 2020-CT-012 | Elective | 12/7/2020 | 1/11/2021 | 100.00 | 00h 00m 30s | Completed | Passed |
| Temporary Detention | 2020-MT-022 | Required | 12/3/2020 | 1/11/2021 | 100.00 | 02h 12m 50s | Completed | Passed |
| 2020 POST Rule 17 - Incumbent Employee's | 2020-MT-011 | Elective | 12/1/2020 | 12/3/2020 | 100.00 | 00h 52m 53s | Completed | Passed |
| City Safety - Nov 2020 | 2020-CT-011 | Elective | 11/12/2020 | 12/3/2020 | 100.00 | 00h 00m 37s | Completed | Passed |
| OC MK-9 Fogger/Stream | OC-MK9 | Required | 10/9/2020 | 12/3/2020 | 100.00 | 00h 06m 09s | Completed | Passed |
| 2020 United Way Giving Campaign | 2020-UWGC | Required | 10/20/2020 | 12/3/2020 | 100.00 | 00h 02m 01s | Completed | Passed |
| CSU Electric Safety | RC-596 | Required | 11/10/2020 | 11/12/2020 | 100.00 | 00h 11m 26s | Completed | Passed |
| City Safety - Oct 2020 | 2020-CT-010 | Elective | 10/6/2020 | 11/7/2020 | 100.00 | 00h 01m 04s | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          CITY DEFS - 006357

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses
**184**
Completed
**181**

 Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| 2021 Benefits Open Enrollment | 2021_Beneftis_OE | Elective | 10/22/2020 | 11/7/2020 | | 00h 01m 14s | Completed | Completed |
| 2020 Ethics Training | Ethics_2020_HR | Required | 10/19/2020 | 11/7/2020 | | 00h 37m 47s | Completed | Completed |
| City Safety - Sept 2020 | 2020-CT-009 | Elective | 9/3/2020 | 9/6/2020 | 100.00 | 00h 01m 55s | Completed | Passed |
| 2020 In Service Arrest Control \ Use of Force Training | 2020-MT-18 | Required | 5/13/2020 | 8/27/2020 | 95.10 | 06h 59m 34s | Completed | Passed |
| 2020 Gas Mask Inspection | 2020-MT-019 | Required | 6/30/2020 | 8/27/2020 | 100.00 | 00h 35m 46s | Completed | Passed |
| Use of Force: Ethical Considerations | PT40 | Required | 5/27/2020 | 8/27/2020 | 100.00 | 03h 01m 40s | Completed | Passed |
| Use of Force: Community Policing and Community Perceptions | PT44 | Required | 7/7/2020 | 8/26/2020 | 100.00 | 02h 31m 43s | Completed | Passed |
| Stress Management for Law Enforcement | PT58 | Required | 6/26/2020 | 8/26/2020 | 100.00 | 01h 07m 38s | Completed | Passed |
| Yellow Dot Program | 2020-MT-021 | Required | 7/16/2020 | 8/26/2020 | | 00h 00m 04s | Completed | Completed |
| Slower is Faster: Survival Skills for Law Enforcement Drivers | PT02 | Required | 6/30/2020 | 8/26/2020 | 100.00 | 01h 14m 51s | Completed | Passed |
| 2020 In Service Firearms Training | 2020-MT-017 | Required | 8/26/2020 | 8/26/2020 | 100.00 | 00h 50m 14s | Completed | Passed |
| De-Escalation and Communication, Part II | PT56 | Required | 5/21/2020 | 8/26/2020 | 85.00 | 00h 09m 23s | Completed | Passed |
| 2020 In-Service -Beyond the Stop- Crime Analysis | PD-2020-IST-001 | Required | 2/4/2020 | 8/26/2020 | 100.00 | 00h 00m 06s | Completed | Passed |
| De-Escalation and Communication, Part I | PT54 | Required | 5/21/2020 | 8/26/2020 | 100.00 | 01h 18m 13s | Completed | Passed |
| City Safety - Aug 2020 | 2020-CT-008 | Elective | 8/5/2020 | 8/26/2020 | 100.00 | 00h 00m 23s | Completed | Passed |
| Anti-Bias Policing: Part 2 | PT52 | Required | 5/14/2020 | 8/26/2020 | 80.00 | 00h 52m 24s | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CITY DEFS - 006358

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses
**184**
Completed
**181**

 Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| Use of Force: An Overview | PT36 | Required | 5/13/2020 | 8/26/2020 | 100.00 | 01h 28m 04s | Completed | Passed |
| 2020 Taser User Update V22 | 2020-MT-002_V2 | Required | 7/16/2020 | 8/25/2020 | 100.00 | 01h 51m 31s | Completed | Passed |
| Anti-Bias Policing: Part 1 | PT50 | Required | 5/13/2020 | 8/25/2020 | 100.00 | 00h 58m 59s | Completed | Passed |
| 2020 Taser User Update V21 | 2020-MT-002 | Required | 5/13/2020 | 8/25/2020 | 100.00 | 05h 01m 07s | Completed | Passed |
| Hands Only CPR | CPR 2020 | Required | 5/21/2020 | 8/25/2020 | 100.00 | 02h 36m 29s | Completed | Passed |
| Roll Call Video #583 - DIMS Mobile Application | RC-583 | Required | 7/23/2020 | 8/13/2020 | 100.00 | 00h 07m 26s | Completed | Passed |
| 2020-2021 Diversity and Inclusion Training | HR-Diversity-2020 | Required | 7/20/2020 | 8/13/2020 | 100.00 | 02h 12m 07s | Completed | Passed |
| Senate Bill 20-217 U.O.F. - Legal Up-Dates | 2020-MT-010 | Required | 8/13/2020 | 8/12/2020 | | 02h 00m 00s | Completed | Attended |
| 2020 In Service OC Re-certification | 2020-MT-018 | Required | 5/8/2020 | 7/15/2020 | 95.00 | 01h 36m 37s | Completed | Passed |
| 2020 In Service Driving Training | 2020-MT-016 | Required | 5/6/2020 | 7/8/2020 | 100.00 | 00h 58m 09s | Completed | Passed |
| City Safety - July 2020 | 2020-CT-007 | Elective | 7/8/2020 | 7/8/2020 | 100.00 | 00h 01m 15s | Completed | Passed |
| Use of Force: Decision Making and Judgment | PT42 | Required | 7/7/2020 | 7/7/2020 | 90.00 | 01h 46m 44s | Completed | Passed |
| Insight Installs & Training | 2020-ET-008 | Required | 5/14/2020 | 6/23/2020 | | 01h 42m 33s | Completed | Completed |
| Legal Updates 2020 | 2020-Legal Update | Required | 5/27/2020 | 6/23/2020 | 100.00 | 01h 58m 11s | Completed | Passed |
| City Safety - June 2020 | 2020-CT-006 | Elective | 6/10/2020 | 6/23/2020 | 100.00 | 00h 02m 37s | Completed | Passed |
| Use of Force Update - June 2020 | PD-MT-2020-002 | Required | 6/11/2020 | 6/23/2020 | 100.00 | 00h 07m 29s | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        CITY DEFS - 006359

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID - 006164


Total Courses
**184**
Completed
**181**


Total Learning Plans
**03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| 2020 Harassment and Discrimination Prevention_Employee | 2020 Harassment | Required | 6/1/2020 | 6/8/2020 | 100.00 | 14h 32m 28s | Completed | Passed |
| 2020 Range In-Service | 2020-MT-006 | Required | 4/15/2020 | 5/12/2020 | | 03h 00m 00s | Completed | Attended |
| City Safety - May 2020 | 2020-CT-005 | Elective | 5/11/2020 | 5/11/2020 | 100.00 | 00h 00m 07s | Completed | Passed |
| City Safety - April 2020 | 2020-CT-004 | Required | 4/8/2020 | 5/10/2020 | 100.00 | 00h 00m 48s | Completed | Passed |
| Dragon Speak (Users) | 2020-ET-012 | Elective | 4/3/2020 | 4/5/2020 | | 00h 05m 05s | Completed | Completed |
| 2020 Treating People with Respect | HR_Respect_2020 | Required | 3/30/2020 | 4/5/2020 | | 00h 13m 30s | Completed | Completed |
| City Safety - March 2020 | 2020-CT-003 | Elective | 3/6/2020 | 4/5/2020 | 100.00 | 00h 00m 33s | Completed | Passed |
| Roll Call#593 CSU - Natural Gas | RC#593 | Required | 2/5/2020 | 4/5/2020 | 100.00 | 00h 00m 06s | Completed | Passed |
| Stop Stick Deployments - PSTC 2020 1st Q. | PD-MT-2020-005 | Elective | 4/1/2020 | 4/3/2020 | | 01h 00m 00s | Completed | Attended |
| Service Animals | PD-2020-001 | Required | 2/11/2020 | 2/25/2020 | 100.00 | 00h 00m 17s | Completed | Passed |
| Roll Call #592 - MRAC - Minority Relations Advisory Committee | RC-592 | Required | 2/25/2020 | 2/25/2020 | 100.00 | 00h 07m 02s | Completed | Passed |
| City Safety - Feb 2020 | 2020-CT-002 | Elective | 2/6/2020 | 2/25/2020 | 100.00 | 00h 00m 19s | Completed | Passed |
| 1st and 2nd Amendment Audits | PD-MT-2020-001 | Required | 1/17/2020 | 2/23/2020 | 100.00 | 01h 38m 32s | Completed | Passed |
| LIDAR Operator | 2019-PD-ET-002 | Elective | 2/6/2020 | 2/12/2020 | | 03h 00m 00s | Completed | Attended |
| City Safety - Jan 2020 | 2020-CT-001 | Elective | 1/7/2020 | 1/28/2020 | 100.00 | 00h 00m 37s | Completed | Passed |
| PTO School | PD-2019-MT-015 | Elective | 12/16/2019 | 1/16/2020 | | 30h 00m 00s | Completed | Attended |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   CITY DEFS - 006360

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses **184** Completed **181**

 Total Learning Plans **03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| 2019 POST Rule 17 - Incumbent Employees | PD-MT-2019-012 | Required | 12/10/2019 | 12/29/2019 | 100.00 | 00h 00m 51s | Completed | Passed |
| City Safety - Dec 2019 | 2019-CT-016 | Elective | 12/13/2019 | 12/16/2019 | 100.00 | 00h 00m 07s | Completed | Passed |
| City Safety - Nov 2019 | 2019-CT-015 | Required | 11/14/2019 | 12/16/2019 | 100.00 | 00h 00m 40s | Completed | Passed |
| Roll Call Video #591 - Pikes Peak United Way Employee Giving Campaign 2019 | RC-591 | Required | 9/27/2019 | 12/16/2019 | 100.00 | 00h 02m 14s | Completed | Passed |
| In-Service 2019 - Legal Updates | LegUp-101 | Required | 8/30/2019 | 12/16/2019 | 100.00 | 00h 00m 42s | Completed | Passed |
| City Safety - Oct 2019 | 2019-CT-014 | Required | 10/3/2019 | 12/16/2019 | 100.00 | 00h 01m 49s | Completed | Passed |
| 2019 Ethics Training | HR_Ethics_2019 | Required | 10/21/2019 | 12/16/2019 | 100.00 | 00h 06m 15s | Completed | Passed |
| In Service 2019 - Legal Updates | IST-LU-03 | Required | 8/23/2019 | 12/16/2019 | 100.00 | 00h 01m 29s | Completed | Passed |
| Roll Call Video 578 - Major Crash Team Investigations | RC-578 | Required | 3/15/2019 | 9/21/2019 | 100.00 | 00h 12m 17s | Completed | Passed |
| Roll Call Video 587 - Problem Solving Courts | RC-587 | Required | 6/27/2019 | 9/21/2019 | 100.00 | 00h 09m 49s | Completed | Passed |
| Roll Call Video #585 - Forensic Art Unit | RC-585 | Required | 6/18/2019 | 9/21/2019 | 100.00 | 00h 03m 27s | Completed | Passed |
| Roll Call Video #590 - Metro VNI K-9 Program | RC-590 | Required | 8/28/2019 | 9/21/2019 | 100.00 | 00h 06m 21s | Completed | Passed |
| Roll Call #588 - CAD Clearance Update | RC-588 | Required | 7/24/2019 | 9/21/2019 | 100.00 | 00h 07m 50s | Completed | Passed |
| In-Service 2019 Interacting with the Deaf or Hard of Hearing Community | PD-IST-2019-DHH | Required | 6/18/2019 | 9/21/2019 | 100.00 | 00h 09m 51s | Completed | Passed |
| Pursuit Policy Review - In Service Training 2019 | PD-2019-IST-002 | Required | 3/12/2019 | 9/21/2019 | 90.00 | 00h 04m 38s | Completed | Passed |
| In Service 2019 Beyond the Contact - Objectively Reasonable Force | IST-2019-ORF | Required | 6/28/2019 | 9/21/2019 | 100.00 | 00h 10m 17s | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    CITY DEFS - 006361

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Matthew Fleming

Police Officer
Patrol
ID: 006164

 Total Courses **184** Completed **181**

 Total Learning Plans **03**

| Course | Code | Type | Start | End | Score | Time | Status | Result |
|---|---|---|---|---|---|---|---|---|
| Roll Call Video #589 - Fentanyl Update | RC-589 | Required | 8/28/2019 | 9/21/2019 | 100.00 | 01h 08m 45s | Completed | Passed |
| In-Service 2019 Beyond the Contact - Contact and Cover | IST 2019 BTC 1 | Required | 4/18/2019 | 9/21/2019 | 100.00 | 00h 40m 41s | Completed | Passed |
| In Service 2019 - Legal Updates | IST-2019-101 | Required | 8/15/2019 | 9/21/2019 | 100.00 | 00h 20m 22s | Completed | Passed |
| Roll Call Video 581 - EOD/Arson Investigations | RC-581 | Required | 5/8/2019 | 9/21/2019 | 100.00 | 00h 06m 33s | Completed | Passed |
| Roll Call # 586 - Cem Duzel Message to the Department | RC-586 | Elective | 6/19/2019 | 9/21/2019 | | --- | Completed | Completed |
| In Service 2019 - Legal Updates Part 1 | IST-LU-1 | Required | 5/3/2019 | 9/21/2019 | 100.00 | 00h 11m 53s | Completed | Passed |
| Roll Call Video 579 - City Cyber Security Training | RC-579 | Required | 4/2/2019 | 9/21/2019 | 100.00 | 00h 05m 49s | Completed | Passed |
| City Safety July-2019 | 2019-CT-011 | Required | 8/6/2019 | 9/21/2019 | 100.00 | 00h 00m 15s | Completed | Passed |
| City Safety - Sept 2019 | 2019-CT-013 | Elective | 9/10/2019 | 9/21/2019 | 100.00 | 00h 00m 16s | Completed | Passed |
| City Safety - May 2019 | 2019-PD-CT-003 | Elective | 5/16/2019 | 9/21/2019 | | 00h 00m 09s | Completed | Completed |
| Visual Field Tracking | PD-2019-ET-028 | Elective | 9/16/2019 | 9/19/2019 | | 10h 00m 00s | Completed | Attended |
| Roll Call #582 - UAV Program | RC-582 | Required | 5/28/2019 | 9/1/2019 | 100.00 | 00h 07m 39s | Completed | Passed |
| City Safety - Aug 2019 | 2019-CT-012 | Elective | 8/15/2019 | 8/18/2019 | 100.00 | 00h 04m 26s | Completed | Passed |
| City Safety June-2019 | PD-2019-CT-010 | Elective | 6/11/2019 | 8/18/2019 | 100.00 | 00h 01m 28s | Completed | Passed |
| 2019 Diversity and Inclusion in the Modern Workplace | 2019_HR_Diversity | Required | 7/17/2019 | 8/9/2019 | 100.00 | 00h 50m 57s | Completed | Passed |
| 2019 In Service Training | PD-2019-IST-003 | Required | 5/25/2019 | 8/8/2019 | | 10h 00m 00s | Completed | Attended |

Page 10 of 12 pages

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    CITY DEFS - 006362

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

**LEARNER TRANSCRIPT**

# Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses **184** Completed **181**

 Total Learning Plans **03**

| Course | Code | Type | Start | End | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| 2019 Range In-Service | PD-2019-IST-005 | Required | 3/11/2019 | 5/30/2019 | | 05h 00m 00s | Completed | Attended |
| 2019 Harassment and Discrimination Prevention_Employee | HR_Harassment_2019 | Required | 4/3/2019 | 5/28/2019 | 100.00 | 00h 43m 40s | Completed | Passed |
| Shielded Cell Movements - PSTC 2019 | PD-2019-PSGTC-001 | Elective | 3/14/2019 | 5/1/2019 | | 08h 00m 00s | Completed | Attended |
| 2019 Taser User Update V21 | PD-2019-MT-016 | Elective | 3/21/2019 | 4/29/2019 | | 00h 01m 52s | Completed | Completed |
| Roll Call 570 - Occupational Exposures | RC-570 | Required | 4/2/2019 | 4/29/2019 | 100.00 | 00h 35m 05s | Completed | Passed |
| 2019 In-Service Training Below 100 | PD-2019-IST-001 | Required | 3/12/2019 | 4/29/2019 | 80.00 | 01h 04m 57s | Completed | Passed |
| Roll Call #580 - Chief Niski's Message to the Department | RC-580 | Required | 4/4/2019 | 4/29/2019 | 100.00 | 00h 08m 40s | Completed | Passed |
| City Safety Feb-2019 | PD-2019-MT-005 | Elective | 2/19/2019 | 4/29/2019 | | 00h 00m 16s | Completed | Completed |
| City Safety - March 2019 | PD-2019-MT-008 | Required | 3/6/2019 | 4/23/2019 | 100.00 | 00h 03m 53s | Completed | Passed |
| Roll Call #546 - S.E.N.D. | RC-546 | Required | 4/9/2019 | 4/23/2019 | 100.00 | 00h 02m 56s | Completed | Passed |
| Trauma Contamination and Countermeasures | PD-2019-MT-007 | Required | 3/11/2019 | 4/11/2019 | | 04h 00m 00s | Completed | Attended |
| Roll Call #577 - Domestic Violence Incident Sheet - January 2019 | PD-RC-577 | Required | 1/14/2019 | 3/8/2019 | 100.00 | 00h 10m 00s | Completed | Passed |
| City Safety Jan-2019 | PD-2019-MT-002 | Required | 1/4/2019 | 3/1/2019 | 100.00 | 00h 15m 00s | Completed | Passed |
| The Law Enforcement Interview | 2019-PD-ET-004 | Elective | 1/31/2019 | 2/28/2019 | | 05h 00m 00s | Completed | Attended |
| 2019-Treating People with Respect | HR_Respect_2019 | Required | 1/15/2019 | 2/22/2019 | 90.00 | 00h 30m 00s | Completed | Passed |
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 1/22/2019 | 100.00 | 00h 05m 00s | Completed | Passed |

Page 11 of 12 pages

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      CITY DEFS - 006363

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

**LEARNER TRANSCRIPT**

# Matthew Fleming

Police Officer
Patrol
ID - 006164

 Total Courses **184** Completed **181**

 Total Learning Plans **03**

| Course | Code | Type | Registration Date | Completion Date | Score | Duration | Status | Result |
|---|---|---|---|---|---|---|---|---|
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 1/22/2019 | 100.00 | 00h 05m 00s | Completed | Passed |
| POST Rule 17 - 2018 | Rule 17 | Required | 12/7/2018 | 12/12/2018 | 100.00 | 00h 15m 00s | Completed | Passed |
| Roll Call #574 - Community Response Team | RC-574 | Required | 11/30/2018 | 12/11/2018 | 100.00 | 00h 14m 00s | Completed | Passed |
| City Safety December | CS-Dec 18 | Required | 12/5/2018 | 12/6/2018 | 100.00 | 00h 15m 00s | Completed | Passed |
| 2018 Ethics Training | Ethics_2018 | Required | 12/6/2018 | 12/6/2018 | 100.00 | 00h 15m 00s | Completed | Passed |
| LIDAR Operator | EXT | N/A | 3/3/2020 | 10/15/2018 | | 03h 00m 00s | Completed | Attended |
| CSPD Training Center | EXT | N/A | 12/3/2019 | | | — | Completed | Attended |

## Learning Plans

| Name | Code | Type | Registration Date | Completion Date | Status |
|---|---|---|---|---|---|
| 2020 Range In-Service | 2020-MT-006 | Required | 2/12/2020 | 5/13/2020 | Completed |

## Certifications/Licenses

| Certification/License Name | Type | Issuing Agency | Certification/License Number | Date Issued | Expiration Date |
|---|---|---|---|---|---|

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    CITY DEFS - 006364

Colorado Springs Police Department
In-Service Training Legend, 2003-2018

FLEMING, Matthew 6164

| Year | Quarter | Description |
|------|---------|-------------|
| 2018 | 1, 2 | TCCC, MEB/PR, Taser, OC, AC/DT, RBT |

*It should be noted that the ISTM-1 and ISTM-2 Modules depict In-Service Training Modules 1 and 2. Module 1 depicts First and Second Quarters while Module 2 depicts Third and Fourth Quarters. ISTM is referenced in the Training Summary.*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    CITY DEFS - 006365

Individual Training Record                                                                          Page 1 of 2

Return to CSPD Home Page

**Training Center** | In-Service Classes | Elective Classes | My Training Records | Reports

**View Another Training Record**
Insert IBM Number [      ]  Submit

## Individual Training Record .

| | | | |
|---|---|---|---|
| **IBM** | 6164 | **Status** | Active Sworn |
| **First Name** | Matthew | **Last Name** | Fleming |
| **Classification** | Police Officer | **Work Phone** | |
| **Assignment** | Gold Hill - Gold Hill - Patrol | | |

Classes are sorted by Class Date with upcoming classes listed first and then completed classes. If you do not attend a class, your record will be modified. All records are verified against class sign-in sheets.

### In-Service Class Record
Total Class Hours YTD   23

Date         12/31/2018
Title        Sergeant Training Cadre 1
Class Hours  0

Date         12/31/2018
Title        Sergeant Training Cadre 5
Class Hours  0

Date         12/31/2018
Title        Sgt Cadre Pursuit Scenarios
Class Hours  1

Date         12/31/2018
Title        Sergeant Training Cadre 7
Class Hours  0

Date         12/4/2018
Title        2018 Range 4th Qtr
Class Hours  3

Date         9/24/2018
Title        Falcon Div Scenario Training
Class Hours  1

Date         7/26/2018
Title        2018 Range 2nd Q
Class Hours  4

Date         4/2/2018
Title        2018 IST MOD1
Class Hours  10

### Elective Class Record
Total Class Hours YTD   4

Date         5/23/2018
Title        2018 Yearbook Photos
Class Hours  0

Date         7/28/2017
Title        Pursuit Policy Class
Class Hours  4

### Outside Training Class Record

Total Class Hours YTD

http://web-cspd/trainingcenter/idrecord.asp                                                        5/3/2019

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    **CITY DEFS - 006366**

Individual Training Record

Page 2 of 2

**Date** 3/6/2018
**Title** 2018 Range 1st Q
**Class Hours** 3

**Date** 12/1/2017
**Title** Ethics for Public Employees
**Class Hours** 1

http://web-cspd/trainingcenter/idrecord.asp

5/3/2019

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **CITY DEFS - 006367**