IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## AFFIDAVIT OF MICHAEL INAZU IN SUPPORT OF CITY OF COLORADO SPRINGS' MOTION FOR SUMMARY JUDGMENT

| STATE OF COLORADO | ) |
|---|---|
| | ) ss |
| COUNTY OF EL PASO | ) |

I, Michael Inazu, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I have been a sworn police officer the Colorado Springs Police Department ("CSPD") since 2003.

    3.    I was employed as a police officer for CSPD on May 24, 2020.

    4.    I was trained at CSPD's training academy when I was a recruit.

5. At the academy, I was trained in the constitutional use of force, de-escalation, and avoiding the use of excessive force. Since graduating from the academy, I have continued to receive training on these subjects.

6. At the academy and through my continuing police training, I have received training on the Fourth Amendment, search and seizure, warrant requirements, and exceptions, including warrantless entry into the home based on exigency including hot or fresh pursuit.

7. At the academy, I have received training on summoning medical care, providing first aid and CPR. I received my CPR certification in the academy and have maintained it ever since. Since graduating from the academy, I have continued to receive training on summoning medical care, first aid and CPR.

8. On May 24, 2020, I owned, possessed and regularly consulted a field manual which describes, among other things, the legal parameters surrounding warrantless entry and the hot pursuit doctrine.

9. While at CSPD, I was trained on CSPD's policies and procedures.

10. While at CSPD, I have received training on how to respond to citizens experiencing a mental health crisis.

11. I completed a specialized in-service crisis negotiation school from June 6-30, 2006, provided by the Federal Bureau of Investigation.

12. I completed Crisis Intervention Training, a 40-hour specialized training for uniformed officers who respond to incidents where mental illness may be a factor.

13. I received additional training when I was promoted to the rank of sergeant and again when I was promoted to the rank of lieutenant.

14. A summary of my training record is Exhibit F.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 21st day of December, 2023

_____
Michael Inazu

SUBSCRIBED AND SWORN to before me this 21st day of December, 2023, by Michael Inazu.

Witness my hand and official seal.

AJ McALPINE
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20224017116
My Commission Expires 04-28-2026

_____
Notary Public

3