**EXHIBIT F**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID - 002413

| | | |
|---|---|---|
| Total Courses | Total Learning Plans | |
| **195** | **03** | |
| Completed | | |
| **197** | | |

## Courses

| Name | Code | Type | Completion Date | Score | Status | Sub Status |
|---|---|---|---|---|---|---|
| 2022-2023 Diversity: Inclusion in the Modern Workplace | 2022-2023 DIV INC | Required | 8/10/2022 | | Completed | Completed |
| City Safety July 2022 | 2022-CT-007 | Required | 8/9/2022 | 100.00 | Completed | Passed |
| #Military | RC615 | Required | 6/28/2022 | 100.00 | Completed | Passed |
| City Safety June 2022 | 2022-CT-006 | Elective | 6/28/2022 | 100.00 | Completed | Passed |
| Approaching Alzheimer's: First Responder Training | 2022_IST_009 | Required | 6/7/2022 | 100.00 | Completed | Passed |
| Hands Only CPR - 2022 | 2022_IST_008 | Required | 6/7/2022 | 100.00 | Completed | Passed |
| Below 100 Tenets: What's Important Now? | 2022_IST_007 | Required | 6/7/2022 | 100.00 | Completed | Passed |
| Below 100 Tenets: Wear Your Vest | 2022_IST_005 | Required | 6/7/2022 | 80.00 | Completed | Passed |
| Below 100 Tenets: Remember, Complacency Kills! | 2022_IST_006 | Required | 6/3/2022 | 100.00 | Completed | Passed |
| 2022 Taser Annual Operator Update V22 | 2022_IST_004 | Required | 6/3/2022 | 100.00 | Completed | Passed |
| 2022 In Service OC Re-certification | 2022_IST_003 | Required | 6/1/2022 | 88.23 | Completed | Passed |
| 2022 Technology Update | RC613 | Required | 6/1/2022 | 100.00 | Completed | Passed |
| City Safety May 2022 | 2022-CT-005 | Elective | 6/1/2022 | 100.00 | Completed | Passed |
| 2022-2023 Preventing Harassment & Discrimination for Supervisors | 2022 HarassDiscrim SUP | Required | 5/10/2022 | | Completed | Completed |
| Peer Support Program and Response | RC611 | Required | 5/10/2022 | 100.00 | Completed | Passed |
| Roll Call #546 - S.E.N.D._2022 | RC-546_2022 | Required | 4/20/2022 | 100.00 | Completed | Passed |
| City Safety - Mar 2022 | 2022-CT-003 | Elective | 4/20/2022 | 100.00 | Completed | Passed |
| City Safety - April 2022 | 2022-CT-004 | Required | 4/20/2022 | 100.00 | Completed | Passed |
| 2022 IST Range (Red Dot Transition) | 2022_IST_001 | Required | 4/15/2022 | | Completed | Attended |
| SafetyNet Copy and Paste | RC-610 | Required | 3/9/2022 | 100.00 | Completed | Passed |
| 2022 Legislative Update | RC-609 | Required | 3/1/2022 | 100.00 | Completed | Passed |
| 2022/2023 Equity, Acceptance, and Respect: Global Harassment & Discrimination Prevention | 2022_Equity | Required | 2/18/2022 | | Completed | Completed |
| 2022/2023 Managing Bias | 2022_Bias | Required | 2/17/2022 | | Completed | Completed |
| City Safety - Feb 2022 | 2022-CT-002 | Elective | 2/15/2022 | 100.00 | Completed | Passed |
| City Safety - Jan 2022 | 2022-CT-001 | Elective | 2/7/2022 | 100.00 | Completed | Passed |
| Safe Law Enforcement Operations on the Fireground | RC608 | Required | 2/7/2022 | 100.00 | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006368

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT
## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID - 002413

**195**
Total Courses
Completed

**197**

**03**
Total Learning Plans

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| Fentanyl Update 2021 | RC-606 | Required | 2/7/2022 | 100.00 | Completed | Passed |
| Case Management for Investigative Sergeants & Lieutenants | 2020-PD-MT-003 | Elective | 1/11/2022 | | Completed | Attended |
| Response to Radiological Incidents | RC607 | Required | 12/21/2021 | 100.00 | Completed | Passed |
| Department of Energy - Secure Transportation | RC-608 | Required | 12/21/2021 | 100.00 | Completed | Passed |
| City Safety - Dec 2021 | 2021-CT-011 | Elective | 12/21/2021 | 100.00 | Completed | Passed |
| 2021 POST Rule-17 Incumbent Employees | 2021-PD-MT-013 | Elective | 12/21/2021 | 100.00 | Completed | Passed |
| 2021 - Constitutional Law - 3&4th Q. | 2021-PD-MT-010 | Elective | 12/15/2021 | | Completed | Attended |
| Legislative Update - Showups | RC605 | Required | 11/30/2021 | 100.00 | Completed | Passed |
| 2021 First Line Supervisor Conference | 2021-PD-MT-008 | Elective | 11/17/2021 | | Completed | Attended |
| 2021/2022 Ethics Training_PD | ETHICS_2021_2022 | Required | 11/10/2021 | | Completed | Completed |
| How to Log Comp (Add to Bank) - The New Way! | HR_COMP_2021 | Required | 11/10/2021 | | Completed | Completed |
| Mental Health Holds and Emergency Commitments | RC603 | Required | 11/10/2021 | 100.00 | Completed | Passed |
| City Safety - Oct 2021 | 2021-CT-010 | Elective | 11/10/2021 | 100.00 | Completed | Passed |
| Ft. Carson/CSPD Military Liaison Video | RC604 | Required | 11/10/2021 | 100.00 | Completed | Passed |
| CRT - Community Response Team | RC602 | Required | 11/10/2021 | 100.00 | Completed | Passed |
| 2022 Open Enrollment | 2022_OE | Required | 11/10/2021 | | Completed | Completed |
| VNI - Money Management | 2021-PD-007 | Elective | 11/4/2021 | | Completed | Attended |
| Leading in Police Organizations (LPO) | PD-ET-001 | Elective | 10/1/2021 | | Completed | Attended |
| RMIN Services & Outside Agency Partner Resources accessible through RISS.NET | 2021_ET_006 | Elective | 9/15/2021 | | Completed | Attended |
| Deconfliction Training | 2021_ET_005 | Elective | 9/14/2021 | | Completed | Attended |
| City Safety - Sept 2021 | 2021-CT-009 | Elective | 9/10/2021 | 100.00 | Completed | Passed |
| City Safety - Aug 2021 | 2021-CT-008 | Elective | 9/10/2021 | 100.00 | Completed | Passed |
| 2021 In Service Training | 2021-IST-002 | Required | 8/5/2021 | | Completed | Attended |
| 2021/2022 Diversity: Inclusion in the Modern Workplace | HR_DIMW_2021 | Required | 8/3/2021 | | Completed | Completed |
| 2021 - Constitutional Law - 2nd Q | 2021-PD-MT-007 | Elective | 7/31/2021 | | Completed | Attended |
| Emotional Survival for Law Enforcement 2021 | PD-ET-2020-001_copy | Elective | 7/27/2021 | | Completed | Attended |
| Visa Purchasing Card (P-Card) Training | PC-Pcard-2019-001 | Required | 7/21/2021 | 87.50 | Completed | Passed |
| New Sedation Policy | 2021-Sedate | Required | 7/9/2021 | 100.00 | Completed | Passed |
| City Safety - July 2021 | 2021-CT-007 | Elective | 7/9/2021 | 100.00 | Completed | Passed |
| 2021/2022 Harassment & Discrimination Prevention for Supervisors | HR_HARASS_2021_SPV | Required | 6/23/2021 | | Completed | Completed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   CITY DEFS - 006369

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID - 002413

| Total Courses | Total Learning Plans |
|---|---|
| **195** | **03** |
| Completed | |
| **197** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| City Safety - June 2021 | 2021-CT-006 | Elective | 6/22/2021 | 100.00 | Completed | Passed |
| Below 100 | PT22 | Required | 6/3/2021 | 100.00 | Completed | Passed |
| Constitutional Training- Contain and Call Out | CT-Update-001 | Required | 6/3/2021 | 100.00 | Completed | Passed |
| Below 100 Tenets: Watch Your Speed | PT10 | Required | 6/3/2021 | 83.33 | Completed | Passed |
| Below 100 Tenets: Wear Your Belt | PT34 | Required | 6/3/2021 | 80.00 | Completed | Passed |
| Community Policing, Part II | PT48 | Required | 5/27/2021 | 87.50 | Completed | Passed |
| Community Policing, Part I | PT46 | Required | 5/26/2021 | 100.00 | Completed | Passed |
| City Safety - May 2021 | 2021-CT-005 | Elective | 5/26/2021 | 100.00 | Completed | Passed |
| Rolling Surveillance | EXT | N/A | 5/14/2021 | | Completed | Attended |
| Investigations New Detective / Refresher Training | PD-2019-MT-001 | Elective | 5/4/2021 | | Completed | Attended |
| 2021 - Constitutional Law Classes - 1st Q. | 2021-PD-MT-004 | Elective | 4/30/2021 | | Completed | Attended |
| DR3447 - New Colorado Traffic Crash Report Form | RC-601 | Required | 4/29/2021 | 100.00 | Completed | Passed |
| 2021 Taser User Update V22 - Copy | 2020-MT-002_V2_copy | Required | 4/29/2021 | 100.00 | Completed | Passed |
| City Safety - April 2021 | 2021-CT-004 | Elective | 4/6/2021 | 100.00 | Completed | Passed |
| 2021 Equity, Acceptance, and Respect: Global Harassment & Discrimination | EARHD_2021 | Required | 4/2/2021 | | Completed | Completed |
| 2021 Managing Bias | BIAS_2021 | Required | 4/2/2021 | | Completed | Completed |
| 28 CFR Part 23 | EXT | N/A | 3/11/2021 | | Completed | Attended |
| HOT Training | RC-600 | Required | 3/10/2021 | 100.00 | Completed | Passed |
| CSFD Fire Factor Program | RC600 | Required | 3/10/2021 | 100.00 | Completed | Passed |
| City Safety - Mar 2021 | 2021-CT-003 | Elective | 3/10/2021 | 100.00 | Completed | Passed |
| ICAT | 2021-PD-MT-003 | Elective | 2/25/2021 | | Completed | Attended |
| Child Abduction Tabletop Exercise | 2021_ET_002 | Elective | 2/16/2021 | | Completed | Completed |
| City Safety - Feb 2021 | 2021-CT-002 | Elective | 2/12/2021 | 100.00 | Completed | Passed |
| City Safety - Jan 2021 | 2021-CT-001 | Elective | 2/12/2021 | 100.00 | Completed | Passed |
| UAS Program | RC598 | Required | 2/12/2021 | 100.00 | Completed | Passed |
| Roll Call 597-FIR and Gang FIR Training | RC-597 | Required | 2/12/2021 | 100.00 | Completed | Passed |
| 40 MM Operator Course | 2019-PD-ET-005 | Elective | 2/11/2021 | | Completed | Attended |
| Vehicle and Open Air Contacts | 2021-PD-ET-001 | Elective | 1/19/2021 | | Completed | Attended |
| Case Management for Investigative Sergeants & Lieutenants | 2020-PD-MT-003 | Elective | 1/5/2021 | | Completed | Attended |
| Crowd Control - PSTC 2020 4th Q. | PD-MT-2020-007 | Elective | 12/31/2020 | | Completed | Attended |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          CITY DEFS - 006370

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID - 002413

| ▤ | ▤ |
|---|---|
| Total Courses | Total Learning Plans |
| **195** | **03** |
| ılıl | |
| Completed | |
| **197** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Temporary Detention | 2020-MT-022 | Required | 12/17/2020 | 100.00 | Completed | Passed |
| City Safety - Dec 2020 | 2020-CT-012 | Elective | 12/17/2020 | 100.00 | Completed | Passed |
| City Safety - Nov 2020 | 2020-CT-011 | Elective | 12/17/2020 | 100.00 | Completed | Passed |
| 2020 POST Rule 17 - Incumbent Employee's | 2020-MT-011 | Elective | 12/17/2020 | 100.00 | Completed | Passed |
| 2020 Ethics Training | Ethics_2020_HR | Required | 11/11/2020 | | Completed | Completed |
| CSU Electric Safety | RC-596 | Required | 11/11/2020 | 100.00 | Completed | Passed |
| 2020 United Way Giving Campaign | 2020-UWGC | Required | 11/11/2020 | 100.00 | Completed | Passed |
| 2021 Benefits Open Enrollment | 2021_Benefits_OE | Elective | 11/11/2020 | | Completed | Completed |
| OC MK-9 Fogger/Stream | OC-MK9 | Required | 10/11/2020 | 100.00 | Completed | Passed |
| City Safety - Oct 2020 | 2020-CT-010 | Elective | 10/7/2020 | 100.00 | Completed | Passed |
| RED - PSTC 2020 2nd-3rd Q | PD-MT-2020-006 | Elective | 10/1/2020 | | Completed | Attended |
| City Safety - Sept 2020 | 2020-CT-009 | Elective | 9/6/2020 | 100.00 | Completed | Passed |
| City Safety - Aug 2020 | 2020-CT-008 | Elective | 9/1/2020 | 100.00 | Completed | Passed |
| Roll Call Video #583 - DIMS Mobile Application | RC-583 | Required | 7/27/2020 | 100.00 | Completed | Passed |
| 2020 In Service Arrest Control \ Use of Force Training | 2020-MT-18 | Required | 7/22/2020 | 95.83 | Completed | Passed |
| Use of Force: Decision Making and Judgment | PT42 | Required | 7/21/2020 | 100.00 | Completed | Passed |
| Use of Force: Community Policing and Community Perceptions | PT44 | Required | 7/21/2020 | 100.00 | Completed | Passed |
| Use of Force: Ethical Considerations | PT40 | Required | 7/21/2020 | 90.00 | Completed | Passed |
| De-Escalation and Communication, Part II | PT56 | Required | 7/20/2020 | 100.00 | Completed | Passed |
| 2020 Taser User Update V22 | 2020-MT-002_V2 | Required | 7/20/2020 | 100.00 | Completed | Passed |
| De-Escalation and Communication, Part I | PT54 | Required | 7/20/2020 | 100.00 | Completed | Passed |
| Yellow Dot Program | 2020-MT-021 | Required | 7/20/2020 | | Completed | Completed |
| 2020-2021 Diversity and Inclusion Training | HR-Diversity-2020 | Required | 7/20/2020 | 100.00 | Completed | Passed |
| Senate Bill 217 Supervisor Training | 217-Supervisor | Elective | 7/15/2020 | | Completed | Attended |
| Anti-Bias Policing: Part 2 | PT52 | Required | 7/12/2020 | 80.00 | Completed | Passed |
| 2020 Gas Mask Inspection | 2020-MT-019 | Required | 7/11/2020 | 100.00 | Completed | Passed |
| Stress Management for Law Enforcement | PT58 | Required | 7/11/2020 | 100.00 | Completed | Passed |
| Slower is Faster: Survival Skills for Law Enforcement Drivers | PT02 | Required | 7/11/2020 | 80.00 | Completed | Passed |
| Anti-Bias Policing: Part 1 | PT50 | Required | 7/11/2020 | 90.00 | Completed | Passed |
| City Safety - July 2020 | 2020-CT-007 | Elective | 7/10/2020 | 100.00 | Completed | Passed |
| Legal Updates 2020 | 2020-Legal Update | Required | 6/26/2020 | 100.00 | Completed | Passed |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    **CITY DEFS - 006371**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID - 002413

**195**
Total Courses

**03**
Total Learning Plans

**197**
Completed

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Use of Force Update - June 2020 | PD-MT-2020-002 | Required | 6/26/2020 | 100.00 | Completed | Passed |
| City Safety - June 2020 | 2020-CT-006 | Elective | 6/26/2020 | 100.00 | Completed | Passed |
| 2020 Harassment and Discrimination Prevention_Supervisors | 2020 Harassment_Supv | Required | 6/26/2020 | 100.00 | Completed | Passed |
| Use of Force: An Overview | PT36 | Required | 5/24/2020 | 90.00 | Completed | Passed |
| 2020 In Service Firearms Training | 2020-MT-017 | Required | 5/24/2020 | 100.00 | Completed | Passed |
| Hands Only CPR | CPR 2020 | Required | 5/23/2020 | 100.00 | Completed | Passed |
| City Safety - May 2020 | 2020-CT-005 | Elective | 5/16/2020 | 100.00 | Completed | Passed |
| 2020 Taser User Update V21 | 2020-MT-002 | Required | 5/16/2020 | 92.30 | Completed | Passed |
| Insight Installs & Training | 2020-ET-008 | Required | 5/16/2020 | | Completed | Completed |
| 2020 In Service OC Re-certification | 2020-MT-018 | Required | 5/9/2020 | 95.00 | Completed | Passed |
| 2020 In Service Driving Training | 2020-MT-016 | Required | 5/9/2020 | 90.00 | Completed | Passed |
| 2020 Range In-Service | 2020-MT-006 | Required | 4/27/2020 | | Completed | Attended |
| City Safety - April 2020 | 2020-CT-004 | Required | 4/15/2020 | 100.00 | Completed | Passed |
| 2020 Treating People with Respect | HR_Respect_2020 | Required | 4/7/2020 | | Completed | Completed |
| Dragon Speak (Users) | 2020-ET-012 | Elective | 4/7/2020 | | Completed | Completed |
| City Safety - March 2020 | 2020-CT-003 | Elective | 3/13/2020 | 100.00 | Completed | Passed |
| Dragon Speak for Law Enforcement - Train the Trainer | PD-2020-008 | Elective | 3/4/2020 | | Completed | Attended |
| 2020 First Line Supervisor Conference | 2020-PD-MT-001 | Elective | 2/26/2020 | | Completed | Attended |
| Intelligence Led Policing for Supervisors - Introduction | 2020-PD-MT-005 | Elective | 2/26/2020 | | Completed | Attended |
| Roll Call#593 CSU - Natural Gas | RC#593 | Required | 2/21/2020 | 100.00 | Completed | Passed |
| Service Animals | PD-2020-001 | Required | 2/21/2020 | 100.00 | Completed | Passed |
| 2020 In-Service -Beyond the Stop- Crime Analysis | PD-2020-IST-001 | Required | 2/21/2020 | 100.00 | Completed | Passed |
| City Safety - Feb 2020 | 2020-CT-002 | Elective | 2/12/2020 | 100.00 | Completed | Passed |
| City Safety - Jan 2020 | 2020-CT-001 | Elective | 1/30/2020 | 100.00 | Completed | Passed |
| Roll Call #592 - MRAC - Minority Relations Advisory Committee | RC-592 | Required | 1/30/2020 | 100.00 | Completed | Passed |
| 1st and 2nd Amendment Audits | PD-MT-2020-001 | Required | 1/30/2020 | 100.00 | Completed | Passed |
| City Safety - Dec 2019 | 2019-CT-016 | Elective | 12/17/2019 | 100.00 | Completed | Passed |
| 2019 POST Rule 17 - Incumbent Employees | PD-MT-2019-012 | Required | 12/17/2019 | 100.00 | Completed | Passed |
| City Safety - Nov 2019 | 2019-CT-015 | Required | 12/17/2019 | 100.00 | Completed | Passed |
| 2019 Ethics Training | HR_Ethics_2019 | Required | 11/5/2019 | 100.00 | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   **CITY DEFS - 006372**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID · 002413

Total Courses

**195**

Total Learning Plans

**03**

Completed

**197**

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| City Safety - Oct 2019 | 2019-CT-014 | Required | 11/5/2019 | 100.00 | Completed | Passed |
| City Safety - Aug 2019 | 2019-CT-012 | Elective | 11/5/2019 | 100.00 | Completed | Passed |
| City Safety - Sept 2019 | 2019-CT-013 | Elective | 11/5/2019 | 100.00 | Completed | Passed |
| Roll Call Video #591 - Pikes Peak United Way Employee Giving Campaign 2019 | RC-591 | Required | 11/5/2019 | 100.00 | Completed | Passed |
| In-Service 2019 - Legal Updates | LegUp-101 | Required | 11/5/2019 | 100.00 | Completed | Passed |
| Roll Call Video #589 - Fentanyl Update | RC-589 | Required | 11/5/2019 | 100.00 | Completed | Passed |
| Roll Call Video #590 - Metro VNI K-9 Program | RC-590 | Required | 11/5/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates | IST-LU-03 | Required | 11/5/2019 | 100.00 | Completed | Passed |
| Barricade Tactics -- Containment PSTC 2019 | 2019-PD-MT-PSTC-002 | Elective | 9/30/2019 | | Completed | Attended |
| In Service 2019 - Legal Updates | IST-2019-101 | Required | 8/16/2019 | 100.00 | Completed | Passed |
| City Safety July-2019 | 2019-CT-011 | Required | 8/8/2019 | 100.00 | Completed | Passed |
| Roll Call #588 - CAD Clearance Update | RC-588 | Required | 8/1/2019 | 100.00 | Completed | Passed |
| Roll Call Video 587 - Problem Solving Courts | RC-587 | Required | 8/1/2019 | 100.00 | Completed | Passed |
| In Service 2019 Beyond the Contact - Objectively Reasonable Force | IST-2019-ORF | Required | 8/1/2019 | 100.00 | Completed | Passed |
| 2019 Diversity and Inclusion in the Modern Workplace | 2019_HR_Diversity | Required | 8/1/2019 | 100.00 | Completed | Passed |
| First Line Supervisor Conference - 2019 | PD-2019-MT-009 | Elective | 6/24/2019 | | Completed | Attended |
| Trauma Contamination and Countermeasures | PD-2019-MT-007 | Required | 6/24/2019 | | Completed | Attended |
| Roll Call Video #585 - Forensic Art Unit | RC-585 | Required | 6/22/2019 | 100.00 | Completed | Passed |
| In-Service 2019 Interacting with the Deaf or Hard of Hearing Community | PD-IST-2019-DHH | Required | 6/22/2019 | 100.00 | Completed | Passed |
| Roll Call # 586 - Cem Duzel Message to the Department | RC-586 | Elective | 6/22/2019 | | Completed | Completed |
| 2019 In Service Training | PD-2019-IST-003 | Required | 6/21/2019 | | Completed | Attended |
| Roll Call #582 - UAV Program | RC-582 | Required | 6/16/2019 | 100.00 | Completed | Passed |
| City Safety June-2019 | PD-2019-CT-010 | Elective | 6/16/2019 | 100.00 | Completed | Passed |
| In-Service 2019 Beyond the Contact - Contact and Cover | IST 2019 BTC 1 | Required | 5/18/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates Part 1 | IST-LU-1 | Required | 5/18/2019 | 100.00 | Completed | Passed |
| Roll Call Video 581 - EOD/Arson Investigations | RC-581 | Required | 5/18/2019 | 100.00 | Completed | Passed |
| City Safety - May 2019 | 2019-PD-CT-003 | Elective | 5/18/2019 | | Completed | Completed |
| Shielded Cell Movements - PSTC 2019 | PD-2019-PSGTC-001 | Elective | 5/1/2019 | | Completed | Attended |
| 2019 Harassment and Discrimination Prevention_Supervisor | HR_Harassment_2019_Supv | Required | 4/8/2019 | 100.00 | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006373

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Michael Inazu

Police Sergeant
Metro Vice, Narcotics and Intelligence
ID - 002413

| | Total Courses | Total Learning Plans |
|---|---|---|
| | **195** | **03** |
| | Completed | |
| | **197** | |

| Roll Call Video 579 - City Cyber Security Training | RC-579 | Required | 4/7/2019 | 100.00 | Completed | Passed |
|---|---|---|---|---|---|---|
| Roll Call 570 - Occupational Exposures | RC-570 | Required | 4/7/2019 | 100.00 | Completed | Passed |
| Roll Call #580 - Chief Niski's Message to the Department | RC-580 | Required | 4/7/2019 | 100.00 | Completed | Passed |
| 2019 Range In-Service | PD-2019-IST-005 | Required | 4/2/2019 | | Completed | Attended |
| 2019 Taser User Update V21 | PD-2019-MT-016 | Elective | 3/31/2019 | | Completed | Completed |
| Roll Call Video 578 - Major Crash Team Investigations | RC-578 | Required | 3/31/2019 | 100.00 | Completed | Passed |
| 2019 In-Service Training Below 100 | PD-2019-IST-001 | Required | 3/31/2019 | 90.00 | Completed | Passed |
| Pursuit Policy Review - In Service Training 2019 | PD-2019-IST-002 | Required | 3/18/2019 | 100.00 | Completed | Passed |
| City Safety - March 2019 | PD-2019-MT-008 | Required | 3/12/2019 | 100.00 | Completed | Passed |
| City Safety Feb-2019 | PD-2019-MT-005 | Elective | 3/3/2019 | | Completed | Completed |
| 2019-Treating People with Respect | HR_Respect_2019 | Required | 1/27/2019 | 100.00 | Completed | Passed |
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 100.00 | Completed | Passed |
| Roll Call #577 - Domestic Violence Incident Sheet - January 2019 | PD-RC-577 | Required | 1/15/2019 | 100.00 | Completed | Passed |
| City Safety Jan-2019 | PD-2019-MT-002 | Required | 1/13/2019 | 100.00 | Completed | Passed |
| POST Rule 17 - 2018 | Rule 17 | Required | 12/28/2018 | 100.00 | Completed | Passed |
| 2018 Ethics Training | Ethics_2018 | Required | 12/22/2018 | 100.00 | Completed | Passed |
| Roll Call #574 - Community Response Team | RC-574 | Required | 12/12/2018 | 100.00 | Completed | Passed |
| City Safety December | CS-Dec 18 | Required | 12/12/2018 | 100.00 | Completed | Passed |
| CSPD Training Center | EXT | N/A | | | Completed | Attended |

## Learning Plans

| Name | Code | Type | Registration Date | Completion Date | Status |
|---|---|---|---|---|---|
| 2022 In Serice Training | 2022_IST | Required | 5/31/2022 | 6/7/2022 | Completed |
| 2020 Range In-Service | 2020-MT-006 | Required | 2/12/2020 | 4/29/2020 | Completed |

## Certifications/Licenses

| Certification/License Name | Type | Issuing Agency | Certification/License Number | Date Issued | Expiration Date |
|---|---|---|---|---|---|
| Crisis Intervention Training | Certification | CSPD / EPSO | | 09/01/2004 | No expiration |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006374

Colorado Springs Police Department
In-Service Training Legend, 2003-2018

### INAZU, Michael 2413

| Year | Quarter | Description |
|---|---|---|
| 2003 | 4 | PR-24 and OC Recertification, Legal Updates |
| 2004 | 1 | Taser Qualification, Full Day Class on Use of Application of X-26 Taser |
| 2004 | 4 | CPR / AED Training, FATS, Legal Updates, Death Investigations and DVERT |
| 2005 | (1 Day) | PR-24 and OC Recertification, Crowd Control, Taser Updates, Identity Theft |
| 2006 | 1 | Taser Recertification, CPR and FATS Scenarios |
| 2006 | 2 | Changes to the State Accident Form and Reporting Requirements for Crashes |
| 2007 | | PR-24, Force-on-Force, OC, Defensive Tactics, DVERT, Financial Crimes, Intelligence, Taser |
| 2008 | 1 | Verbal Communications, CPR, Defensive Tactics |
| 2008 | 2 | Taser Recertification, Driving, SFST (Standard Field Sobriety Testing) |
| 2009 | 1, 2, 3 and 4 | Crowd Control, PR-24 Control Device Recertification, FATS (Firearms Training Simulator), Defensive Tactics, Force-on-Force Scenario and Gas Mask Fit Testing |
| 2010 | 1,2 3 and 4 | Photo Line Ups and Show-Up, EDP, CPR, Building Searches, FATS, Taser |
| 2011 | 1,2, 3 and 4 | Use of Force, FATS, Gas Mask Fit Check, ICS, Taser Recertification and PR-24 Recertification |
| 2012 | 1, 2, 3 and 4 | Foot Pursuit and Vehicle Pursuit Training, PR-24/MEB, Taser/OC/CPR Recertifications, Simunition Scenario. |
| 2013 | 1, 3 and 4 | eCitation, PR-24/MEB, Taser X2 Certifications, Gas Mask Fit Testing, FATS |
| 2013 | 2 | Range Qualification, Gun Exchange, Defensive Tactics Training, Legal Updates and Fitness Training |
| 2014 | 1, 2, 3 | Dog Behavior Training, Pursuit Policy Update, Legal Updates and SFST Recertification |
| 2014 | 4 | Physical Abilities Test, CPR Update, Taser and OC Update, 4th Quarter Range Qualification |
| 2015 | 1, 2 | Evidence on Q Update, Statutory Updates, Forced Stop Method (Classroom), Elder Abuse Update, Gas Mask Fitting |
| 2015 | 3, 4 | Physical Abilities Test, Technical Updates, Baton Training, Taser Training, Defensive Tactics Training, Drivers Training |
| 2016 | 1, 2 | CPR Refresher, Narcotics Updates, Mental Health (TBI, PTSD, ACEs), Anti-Biased Policing, De-escalation |
| 2016 | 3, 4 | Responding to Critical Incidents, Taser, OC, Holds and Restraints, Gas Mask Fitting, Driving Safety |
| 2017 | 1, 2 | Anti-Bias Policing, Community Policing, Pursuit/Code 3 Response, Crowd Control/MEB/PR-24, Taser |
| 2017 | 3, 4 | Sex Crimes Investigations, Drug Recognition, Arrest Control, Firearms Simulator, Gas Mask Fit Testing, RED Refresher |
| 2018 | 1, 2 | TCCC, MEB/PR, Taser, OC, AC/DT, RBT |

*It should be noted that the ISTM-1 and ISTM-2 Modules depict In-Service Training Modules 1 and 2. Module 1 depicts First and Second Quarters while Module 2 depicts Third and Fourth Quarters. ISTM is referenced in the Training Summary.*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006375

Return to CSPD Home Page

**Training** *Center* | In-Service Classes | Elective Classes | My Training Records | Reports

**View Another Training Record**

Insert IBM Number [        ]  **Submit**

## Individual Training Record .

| | | | | |
|---|---|---|---|---|
| **IBM** | 2413 | | **Status** | Active Sworn |
| **First Name** | Michael | | **Last Name** | Inazu |
| **Classification** | Police Sergeant | | **Work Phone** | 719/444-7251 |
| **Assignment** | Gold Hill - Gold Hill - Patrol | | | |

Classes are sorted by Class Date with upcoming classes listed first and then completed classes. If you do not attend a class, your record will be modified. All records are verified against class sign-in sheets.

| **In-Service Class Record** | **Elective Class Record** |
|---|---|
| Total Class Hours YTD  **515** | Total Class Hours YTD  **384** |

| | | | |
|---|---|---|---|
| **Date** | 12/31/2018 | **Date** | 11/7/2018 |
| **Title** | Sergeant Training Cadre 1 | **Title** | 2018 Supervisor Conference |
| **Class Hours** | 0 | **Class Hours** | 10 |
| | | | |
| **Date** | 12/31/2018 | **Date** | 6/11/2018 |
| **Title** | Sergeant Training Cadre 2 | **Title** | 2018 Yearbook Photos |
| **Class Hours** | 0 | **Class Hours** | 0 |
| | | | |
| **Date** | 12/31/2018 | **Date** | 10/18/2017 |
| **Title** | Sgt Cadre Open Air Barricades | **Title** | 2017 Supervisors Conference |
| **Class Hours** | 0 | **Class Hours** | 10 |
| | | | |
| **Date** | 10/25/2018 | **Date** | 3/24/2017 |
| **Title** | 2018 Range 4th Qtr | **Title** | BWC Training & Equipment Issue |
| **Class Hours** | 3 | **Class Hours** | 3 |
| | | | |
| **Date** | 6/26/2018 | **Date** | 2/27/2017 |
| **Title** | 2018 Range 2nd Q | **Title** | Role Recognition & Resp. |
| **Class Hours** | 4 | **Class Hours** | 2 |
| | | | |
| **Date** | 6/19/2018 | **Date** | 2/7/2017 |
| **Title** | 2018 IST MOD1 | **Title** | BWC Uniform Issue |
| **Class Hours** | 10 | **Class Hours** | 0 |
| | | | |
| **Date** | 2/1/2018 | **Date** | 11/18/2015 |
| **Title** | 2018 Range 1st Q | **Title** | 2015 Supervisor Conference |
| **Class Hours** | 3 | **Class Hours** | 10 |
| | | | |
| **Date** | 1/9/2018 | **Date** | 7/21/2015 |
| **Title** | Domestic Violence Training | **Title** | Soft Body Armor Issuance |
| **Class Hours** | 10 | **Class Hours** | 1 |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    **CITY DEFS - 006376**

Individual Training Record                                                                                   Page 2 of 12

| | |
|---|---|
| **Date** | 10/12/2017 |
| **Title** | 2017 Range 4th Q |
| **Class Hours** | 3 |

| | |
|---|---|
| **Date** | 9/11/2017 |
| **Title** | 2017 IST Module 2 |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 9/7/2017 |
| **Title** | Patrol Response to EOD calls |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 5/4/2017 |
| **Title** | 2017 Range 2nd Q |
| **Class Hours** | 3 |

| | |
|---|---|
| **Date** | 4/14/2017 |
| **Title** | Roll Call #551 - MRAC |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 4/14/2017 |
| **Title** | Roll Call #531 - DFU 1&2 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 2/13/2017 |
| **Title** | Roll Call #550-GO 710 UOFR |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 1/24/2017 |
| **Title** | 2017 Range 1st Q |
| **Class Hours** | 2 |

| | |
|---|---|
| **Date** | 1/23/2017 |
| **Title** | 2017 IST Module 1 |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 1/17/2017 |
| **Title** | Roll Call #549 - GO 705 UOF |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 12/21/2016 |
| **Title** | Roll Call #548-Foot.Coll.Kit |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 12/13/2016 |
| **Title** | Roll Call #542-545-LEG UPD. |
| **Class Hours** | 1 |

| | |
|---|---|
| **Date** | 12/8/2016 |
| **Title** | Roll Call #546 - S.E.N.D. |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 5/11/2015 |
| **Title** | Soft Body Armor Sizing |
| **Class Hours** | 1 |

| | |
|---|---|
| **Date** | 11/19/2014 |
| **Title** | 2014 Supervisor Conference |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 9/23/2014 |
| **Title** | ICS Refresher Training |
| **Class Hours** | 1 |

| | |
|---|---|
| **Date** | 10/24/2012 |
| **Title** | MFR-LERMS Refresher |
| **Class Hours** | 4 |

| | |
|---|---|
| **Date** | 9/4/2012 |
| **Title** | DV for Supervisors and DV SMEs |
| **Class Hours** | 4 |

| | |
|---|---|
| **Date** | 3/26/2012 |
| **Title** | 40mm User Course |
| **Class Hours** | 4 |

| | |
|---|---|
| **Date** | 2/16/2012 |
| **Title** | Forensic Nurse Exam. Trng. |
| **Class Hours** | 1 |

| | |
|---|---|
| **Date** | 9/26/2011 |
| **Title** | 2013 First Line Spv's School |
| **Class Hours** | 40 |

| | |
|---|---|
| **Date** | 8/31/2011 |
| **Title** | CSPD SWAT School |
| **Class Hours** | 40 |

| | |
|---|---|
| **Date** | 8/26/2011 |
| **Title** | Detecting Danger |
| **Class Hours** | 8 |

| | |
|---|---|
| **Date** | 10/26/2010 |
| **Title** | Suicide Bombings |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 7/20/2010 |
| **Title** | SFST Update |
| **Class Hours** | 3 |

| | |
|---|---|
| **Date** | 3/1/2010 |
| **Title** | PTO Update Training |
| **Class Hours** | 10 |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
**CITY DEFS - 006377**
5/8/2019

Individual Training Record                                                      Page 3 of 12

| | |
|---|---|
| | 11/28/2016 |
| **Title** | Roll Call #545 - C.A.P.S. |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 11/11/2016 |
| **Title** | Roll Call #540-Leg.Upd.Pt.7 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 11/11/2016 |
| **Title** | Roll Call #541-Leg.Upd.Pt.8 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 11/8/2016 |
| **Title** | Roll Call #547-Imp. H.B. 1080 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 11/2/2016 |
| **Title** | 2016 Supervisor Conference |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 10/7/2016 |
| **Title** | Roll Call #538 - Leg. Upd.Pt.5 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 10/7/2016 |
| **Title** | Roll Call #539-Leg. Upd. Pt. 6 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 10/4/2016 |
| **Title** | Roll Call #533 - IED Recog. |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 9/2/2016 |
| **Title** | Roll Call #543-IDD Rep. Pt. 1 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 9/2/2016 |
| **Title** | Roll Call #543-IDD Rep. Pt. 2 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 9/2/2016 |
| **Title** | Roll Call #543-IDD Rep. Pt. 1 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 9/2/2016 |
| **Title** | Roll Call #543-IDD Rep. Pt. 2 |
| **Class Hours** | 0 |

| | |
|---|---|
| **Date** | 9/1/2016 |
| **Title** | Diversity in Action |
| **Class Hours** | 1 |

| | |
|---|---|
| **Date** | 8/29/2016 |
| **Title** | |

| | |
|---|---|
| **Date** | 9/23/2009 |
| **Title** | AR-15 User Course - Range |
| **Class Hours** | 30 |

| | |
|---|---|
| **Date** | 2/4/2009 |
| **Title** | SFST Training |
| **Class Hours** | 24 |

| | |
|---|---|
| **Date** | 2/25/2008 |
| **Title** | MDC Tips and Tricks Class |
| **Class Hours** | 4 |

| | |
|---|---|
| **Date** | 2/15/2007 |
| **Title** | GangNet Training |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 6/21/2006 |
| **Title** | Sex Assault/Child Abuse Inv. |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 2/23/2006 |
| **Title** | SC FRS Training |
| **Class Hours** | 4 |

| | |
|---|---|
| **Date** | 12/6/2005 |
| **Title** | PTO School |
| **Class Hours** | 30 |

| | |
|---|---|
| **Date** | 1/17/2005 |
| **Title** | Level 1 Accident Investigation |
| **Class Hours** | 40 |

| | |
|---|---|
| **Date** | 11/22/2004 |
| **Title** | Interview/Interrogation I |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 11/11/2004 |
| **Title** | Serious Assault/Death Investig |
| **Class Hours** | 10 |

| | |
|---|---|
| **Date** | 9/20/2004 |
| **Title** | Crisis Intervention Training I |
| **Class Hours** | 40 |

## Outside Training Class Record

Total Class Hours YTD   **234**

| | |
|---|---|
| **Date** | 12/11/2015 |
| **Title** | Leadership in Police Organizations |
| **Sponsor** | International Association of Chiefs of Police |
| **Class Hours** | 120 |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    **CITY DEFS - 006378**

Title        Roll Call #535-Leg. Upd. Pt. 3
**Class Hours** 0

**Date**     8/29/2016
**Title**    Roll Call #537-Leg. Upd. Pt. 4
**Class Hours** 0

**Date**     8/29/2016
**Title**    Roll Call #537-Leg. Upd. Pt. 4
**Class Hours** 0

**Date**     8/29/2016
**Title**    Roll Call #535-Leg. Upd. Pt. 3
**Class Hours** 0

**Date**     8/29/2016
**Title**    Roll Call #535-Leg. Upd. Pt. 3
**Class Hours** 0

**Date**     8/22/2016
**Title**    2016 IST Module 2
**Class Hours** 10

**Date**     8/5/2016
**Title**    Roll Call Fentanyl
**Class Hours** 0

**Date**     8/5/2016
**Title**    Roll Call Fentanyl
**Class Hours** 0

**Date**     8/1/2016
**Title**    Roll Call #535-Leg. Upd. Pt. 2
**Class Hours** 0

**Date**     7/19/2016
**Title**    Roll Call #534-Leg. Upd. Pt. 1
**Class Hours** 0

**Date**     7/18/2016
**Title**    3rd Qtr Range In-Svc/Quals
**Class Hours** 3

**Date**     7/15/2016
**Title**    Roll Call #529-Chaplain Corps.
**Class Hours** 0

**Date**     7/1/2016
**Title**    Ethics for Public Employees
**Class Hours** 1

**Date**     6/30/2016
**Title**    Cyber Security Awarenes
Class Hours

**Date**     9/30/2011
**Title**    First Line Supervisor's School
**Sponsor**  CSPD
**Class Hours** 40

**Date**     9/7/2011
**Title**    2011 Crisis Negotiator Conference
**Sponsor**  RMHNA
**Class Hours** 24

**Date**     10/5/2009
**Title**    Regional Tactical Training Exercise
**Sponsor**  CSPD
**Class Hours** 6

**Date**     6/22/2009
**Title**    Responding to Warfighters Returning from
             Iraq & Afghanistan
**Sponsor**  EPSO
**Class Hours** 4

**Date**     6/30/2006
**Title**    Crisis Negotiation School
**Sponsor**  Jefferson County Sheriff's Department
**Class Hours** 40

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**            **CITY DEFS - 006379**

1

**Date** 5/27/2016
**Title** Roll Call #530 - RS/PC/DV
**Class Hours** 0

**Date** 4/29/2016
**Title** Roll Call #528 - Perform. Eval
**Class Hours** 0

**Date** 4/26/2016
**Title** 2016 IST Module 1
**Class Hours** 10

**Date** 4/13/2016
**Title** 2nd Qtr Range In-Svc/Quals
**Class Hours** 3

**Date** 4/8/2016
**Title** Line Up Training - Staging
**Class Hours** 0

**Date** 3/31/2016
**Title** Line Up Training - Gear
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #527-Shoplifting
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #524 - Crowd Control
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #522 - Solicitation
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #524 - Crowd Control
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #526 - CJC Booking
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #525 - D. Etiquette
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #526 - CJC Booking
**Class Hours** 0

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006380**

**Date** 3/15/2016
**Title** Roll Call #523 - O.C.C.
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #523 - O.C.C.
**Class Hours** 0

**Date** 2/15/2016
**Title** POST Profile Update
**Class Hours** 1

**Date** 2/4/2016
**Title** Range 1st Quarter Rifle
**Class Hours** 2

**Date** 1/7/2016
**Title** Blue Team Training
**Class Hours** 2

**Date** 11/19/2015
**Title** IST 2015 Module 2
**Class Hours** 10

**Date** 11/2/2015
**Title** 4th Q Range Qualification
**Class Hours** 2

**Date** 10/15/2015
**Title** Performance Eval Training
**Class Hours** 3

**Date** 5/5/2015
**Title** 2Q Range Qualification
**Class Hours** 2

**Date** 2/26/2015
**Title** Range 1st Quarter Rifle
**Class Hours** 2

**Date** 2/12/2015
**Title** IST 2015 Module 1
**Class Hours** 10

**Date** 11/11/2014
**Title** IST 2014 Module 2
**Class Hours** 10

**Date** 9/1/2014
**Title** 3rd Q Range In-Service
**Class Hours** 2

**Date**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    **CITY DEFS - 006381**

**Title** 4/16/2014
2nd Qtr Range - Qualification
**Class Hours** 2

**Date** 2/3/2014
**Title** IST 2014 Day 1
**Class Hours** 10

**Date** 1/23/2014
**Title** 1st Q Range In-Service
**Class Hours** 2

**Date** 11/20/2013
**Title** 2013 Supervisors Conference
**Class Hours** 10

**Date** 10/17/2013
**Title** 4th Q Range - Qualification
**Class Hours** 2

**Date** 9/5/2013
**Title** 3rd Q Range-Inservice
**Class Hours** 2

**Date** 6/19/2013
**Title** IST 2013
**Class Hours** 10

**Date** 4/3/2013
**Title** IST 2013 Day 2 A
**Class Hours** 10

**Date** 1/14/2013
**Title** 1st Q Range-Basic Handgun
**Class Hours** 2

**Date** 12/12/2012
**Title** 2013 Supervisors Conference
**Class Hours** 10

**Date** 11/1/2012
**Title** 2012 SFST Update
**Class Hours** 2

**Date** 10/11/2012
**Title** 4th Q Range - Qualification
**Class Hours** 2

**Date** 7/11/2012
**Title** Trauma Kit Training
**Class Hours** 2

**Date** 7/11/2012
Title

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CITY DEFS - 006382

3rd Q Range - Weapon Light
**Class Hours** 4

**Date** 5/4/2012
**Title** 2nd Qtr Range - Qualification
**Class Hours** 2

**Date** 4/9/2012
**Title** In-Service 2012
**Class Hours** 10

**Date** 4/3/2012
**Title** MFR General User Course
**Class Hours** 10

**Date** 2/16/2012
**Title** 1st Q Range - IST
**Class Hours** 2

**Date** 11/30/2011
**Title** First Line Supervisors Conf
**Class Hours** 10

**Date** 11/17/2011
**Title** 4th Q Range - Qualification
**Class Hours** 2

**Date** 9/10/2011
**Title** Fitness Test Validity Study
**Class Hours** 4

**Date** 9/10/2011
**Title** Fitness Test Validity Study
**Class Hours** 4

**Date** 7/22/2011
**Title** 3rd Q Range - Firearms
**Class Hours** 2

**Date** 4/22/2011
**Title** 2nd Q Range - Qualification
**Class Hours** 2

**Date** 4/18/2011
**Title** In-Service Training
**Class Hours** 10

**Date** 3/18/2011
**Title** 1st Q Range - Firearms 2
**Class Hours** 2

**Date** 11/2/2010
**Title** 4th Quarter Range -2010
Class Hours

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006383**

2

**Date**          10/27/2010
**Title**         Fitness In-Service/ Make-up
**Class Hours**   10

**Date**          9/28/2010
**Title**         In-Service Training
**Class Hours**   10

**Date**          9/17/2010
**Title**         3rd Quarter Range 2010
**Class Hours**   2

**Date**          4/2/2010
**Title**         2nd Quarter Range -2010
**Class Hours**   2

**Date**          3/5/2010
**Title**         Range - Rifle
**Class Hours**   2

**Date**          1/1/2010
**Title**         P.O.S.T. DNA Training
**Class Hours**   3

**Date**          12/9/2009
**Title**         4th Quarter Range
**Class Hours**   2

**Date**          10/21/2009
**Title**         Elder Abuse Training for LE
**Class Hours**   16

**Date**          8/20/2009
**Title**         Range - Plain Clothes Carry
**Class Hours**   2

**Date**          6/8/2009
**Title**         In-Service Training 2009
**Class Hours**   10

**Date**          5/15/2009
**Title**         2nd Quarter Range - 2009
**Class Hours**   2

**Date**          3/26/2009
**Title**         Range - Shotgun
**Class Hours**   2

**Date**          1/1/2009
**Title**         DVERT - DVD Training
**Class Hours**   1

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **CITY DEFS - 006384**

**Date**        1/1/2009
**Title**       Epilepsy - DVD Training
**Class Hours** 1

**Date**        1/1/2009
**Title**       O.C. - DVD Training
**Class Hours** 1

**Date**        11/24/2008
**Title**       4th Quarter Range 2008
**Class Hours** 2

**Date**        9/4/2008
**Title**       Diversity &Ethical Decisions
**Class Hours** 10

**Date**        8/19/2008
**Title**       ISTM 2 2008
**Class Hours** 10

**Date**        8/5/2008
**Title**       Range - Handgun Fundamentals
**Class Hours** 2

**Date**        5/5/2008
**Title**       PTO Refresher Training
**Class Hours** 4

**Date**        3/25/2008
**Title**       In-Service Training Module 1
**Class Hours** 10

**Date**        3/5/2008
**Title**       Range M&P 9mm Transition
**Class Hours** 4

**Date**        11/5/2007
**Title**       4th Quarter Range 2007
**Class Hours** 2

**Date**        10/10/2007
**Title**       Taser Recertification
**Class Hours** 2

**Date**        7/31/2007
**Title**       In-Service Training Module 1
**Class Hours** 10

**Date**        7/24/2007
**Title**       ISTM 2
**Class Hours** 10

**Date**

**Title**       6/5/2007
            2nd Quarter Range 2007
**Class Hours** 2

**Date**        6/5/2007
**Title**       2nd Quarter Range 2007
**Class Hours** 2

**Date**        2/1/2007
**Title**       1st Quarter Range 2007
**Class Hours** 2

**Date**        11/7/2006
**Title**       Range 4th Q Qual 06
**Class Hours** 2

**Date**        9/15/2006
**Title**       Range 3th Q Qual 06
**Class Hours** 2

**Date**        6/12/2006
**Title**       Range 2nd Q Qualification 06
**Class Hours** 2

**Date**        6/2/2006
**Title**       IS-100 Sand Creek Days
**Class Hours** 3

**Date**        4/28/2006
**Title**       2nd Q In Service 06
**Class Hours** 10

**Date**        3/23/2006
**Title**       1st Quarter In Service 06
**Class Hours** 10

**Date**        1/13/2006
**Title**       Range 1st Q Qual 06
**Class Hours** 2

**Date**        11/7/2005
**Title**       Range 4th Q Qual 05
**Class Hours** 2

**Date**        9/1/2005
**Title**       NIMS 700 SC Mids
**Class Hours** 3

**Date**        8/2/2005
**Title**       Range 3rd Q Qualification 05
**Class Hours** 2

**Date**        5/20/2005
**Title**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006386**

05 In Service II
**Class Hours** 10

**Date** 5/6/2005
**Title** Range 2nd Q Qual
**Class Hours** 2

**Date** 2/10/2005
**Title** Range Shotgun Rifled Slugs
**Class Hours** 2

**Date** 2/1/2005
**Title** FATS Training
**Class Hours** 1

**Date** 10/28/2004
**Title** Range 4th Q 04 Rifle/Handgun
**Class Hours** 2

**Date** 9/16/2004
**Title** 4th Q In Service 04
**Class Hours** 10

**Date** 6/4/2004
**Title** Range Qual/Handgun Only 2/3Q04
**Class Hours** 2

**Date** 2/13/2004
**Title** Range Qualification 1st Qtr 04
**Class Hours** 2

**Date** 1/22/2004
**Title** 1q04 In-Service Training
**Class Hours** 10

**Date** 11/19/2003
**Title** Range Qual w/rifle 4Q03
**Class Hours** 2

**Date** 11/5/2003
**Title** Sworn In-Service 4q 03
**Class Hours** 10

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**                    **CITY DEFS - 006387**

Record Detail - Registrants/Attendance                                     Page 1 of 2

**Return to CSPD Home Page**

**Help - How To**

# Training *Center*                          [ Reports ]   [ Admin System ]

## Record Detail

| | | | | | |
|---|---|---|---|---|---|
| **Detail ID** | 795 | | **Date** | 9/20/2004 | **Time** 0800 |
| **Title** | Crisis Intervention Training I | | | | |
| **Description** | The Cit Program is composed of specially trained unformed officers who will respond to incidents where mental illness may be a factor. | | | | |
| **Class Hours** | 40 | | **Type** | Elective | |

## Individuals Registered and Their Attendance Status:

To change the attendance status or add/modify comment, please click the Registrant ID number.

| Registrant ID | IBM | First Name | Last Name | Attendance 1 - Attended 2 - Did Not Attend 3 - Removed | Comment |
|---|---|---|---|---|---|
| 9906 | 9 | Kim | Watson | 1 | |
| 11132 | 88 | Gary | Darress | 1 | |
| 9877 | 394 | Fletcher | Howard Jr | 1 | |
| 10886 | 414 | Jerry | Steckler | 1 | |
| 9892 | 436 | Andrew | Murphy | 1 | |
| 9884 | 1216 | Todd | Caterina | 1 | |
| 9880 | 1390 | Charles | Bromley | 1 | |
| 10103 | 1487 | Kenneth | Hardy | 1 | |
| 9902 | 1755 | Keren | Hale | 1 | |
| 9903 | 1756 | Michael | Juhl | 1 | |
| 9904 | 1761 | Christopher | Mace | 1 | |
| 10129 | 1863 | John | Ingram Jr | 1 | |
| 9900 | 2158 | Sarah | McCaslin | 1 | |
| 9896 | 2167 | Phillip | Tollefson | 1 | |
| 9887 | 2299 | Gary | Carollo | 1 | |
| 9878 | 2413 | Michael | Inazu | 1 | |
| 9907 | 9600 | Jeremiah | Ivins | 1 | |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **CITY DEFS - 006388**

COLORADO SPRINGS
POLICE DEPARTMENT
TRAINING RECORD

| NAME: | INAZU, Michael Wayne | |
|---|---|---|
| IBM#: | 2413 | |
| DOB: | 11/12/76 | |
| DOH: | 02/04/03 | |
| POST #: | B09958 | |
| PID #: | 114835 | |

| IF YEAR ONLY IS AVAILABLE, DATE WILL DEFAULT TO THE LAST DAY OF THAT YEAR | | |
|---|---|---|
| Date | Training | Hours |
| 06/23/03 | WMD | |
| 01/20/05 | At-Scene Traffic Accident Invest., Level I | 40 |
| | | |
| | FURTHER TRAINING LISTED ONLINE | |

7/13/2018
CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   CITY DEFS - 006389

# Rocky Mountain Hostage Negotiators Association

This document certifies that

## Michael Inazu



*Attended the 2011  Annual Crisis Negotiators Conference in Cripple Creek, Colorado on September 7, 8 & 9, 2011.  The Conference Included Negotiation Training on "Sovereign Citizens & Extremists," "The Discovery Channel Incident 2010," "Advanced Verbal Fitness for Crisis Negotiators," "Negotiation Skills-Managing Strong Emotions & Social Influence" and Debriefing of Actual Hostage Incidents.*

_Bruce L. Isaacson, President R.M.H.N._

_Jack Gardner, Vice President R.M.H.N._

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CITY DEFS - 006390



**FEDERAL BUREAU OF INVESTIGATION**
TRAINING SCHOOL
CERTIFICATE OF ATTENDANCE
This Is To Certify That

# MICHAEL INAZU

ATTENDED A SPECIALIZED IN-SERVICE
## CRISIS NEGOTIATION SCHOOL
Jefferson County Sheriff's Department  Golden, Colorado
6/26-30/2006

## 40   HOURS   COMPLETED
AND IS AWARDED THIS CERTIFICATE FOR
COMPLETION OF THIS COURSE OF TRAINING

"Being dedicated to the ideals of increased levels of proficiency
throught the law enforcement community in order to most effectively
serve the profession, the community and the nation."

2413

Training Instructor

SA Mark Holstlaw

Training Instructor

SA Gary D. Gomez

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006391



# FEDERAL BUREAU OF INVESTIGATION
## TRAINING SCHOOL
## CERTIFICATE OF ATTENDANCE

This Is To Certify That

# MICHAEL INAZU

## ATTENDED A SPECIALIZED IN-SERVICE
# CRISIS NEGOTIATION SCHOOL

Jefferson County Sheriff's Department  Golden, Colorado
6/26-30/2006

# 40  HOURS  COMPLETED
## AND IS AWARDED THIS CERTIFICATE FOR
## COMPLETION OF THIS COURSE OF TRAINING

"Being dedicated to the ideals of increased levels of proficiency throught the law enforcement community in order to most effectively serve the profession, the community and the nation."

2413

Training Instructor
SA Mark Holstlaw

Training Instructor
SA Gary D. Gomez

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                      CITY DEFS : 006292

# *Rocky Mountain Hostage Negotiators Association*

## This document certifies that

## **Michael Inazu**



243

*Attended the 2011  Annual Crisis Negotiators Conference in Cripple Creek, Colorado on September 7, 8 & 9, 2011.  The Conference Included Negotiation Training on "Sovereign Citizens & Extremists," "The Discovery Channel Incident 2010," "Advanced Verbal Fitness for Crisis Negotiators," "Negotiation Skills-Managing Strong Emotions & Social Influence" and Debriefing of Actual Hostage Incidents.*

Bruce L. Isaacson, President R.M.H.N.

Jack Gardner, Vice President R.M.H.N.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006393