IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## AFFIDAVIT OF CAROLINE ROMINE IN SUPPORT OF CITY OF COLORADO SPRINGS' MOTION FOR SUMMARY JUDGMENT

STATE OF COLORADO    )
                                     ) ss
COUNTY OF EL PASO     )

I, Caroline Romine, having been duly sworn upon oath, depose and hereby state as follows:

1. I have personal knowledge of the facts stated herein.

2. I have been a sworn police officer since 2018.

3. I was employed as a police officer for the Colorado Springs Police Department ("CSPD") on May 24, 2020.

4. Since the initiation of the above captioned lawsuit, I changed my last name from Barth to Romine.

5. In 2018, I was hired by the City of Colorado Springs. I attended and graduated from CSPD's 6-month police academy.

6. After the academy, I received additional training through the department's field training program for the first four months on patrol.

7. At the academy, I was trained in constitutional use of force, de-escalation, and avoiding the use of excessive force. Since graduating from the academy, I have continued to receive training on these subjects.

8. At the academy and through my continuing police training, I have received training on the Fourth Amendment, search and seizure, warrant requirements, and exceptions, including warrantless entry into the home based on exigency including hot or fresh pursuit.

9. At the academy, I have received training on summoning medical care, providing first aid and CPR. I received my CPR certification in the academy and have maintained it ever since. Since graduating from the academy, I have continued to receive training on summoning medical care, first aid and CPR.

10. While at CSPD, I have received training on how to respond to citizens experiencing a mental health crisis.

11. At the academy, I received my certification to operate a taser. I completed at least eight hours of training at the academy. To obtain my taser certificate, I was required to pass a written test and complete all skills at a practical evaluation to an acceptable level of a certified taser instructor.

12. To maintain my certification, I am required to re-certify every year. The yearly in-service taser training lasted approximately an hour and consisted of instruction, an annual update PowerPoint and live taser cartridge deployment.

13. A summary of my training record is Exhibit H.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 20th day of December, 2023

Caroline Romine

SUBSCRIBED AND SWORN to before me this 20th day of December, 2023, by Caroline Romine.

Witness my hand and official seal.

AMY L. MCKIMMEY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20144030301
MY COMMISSION EXPIRES AUGUST 1, 2026

Notary Public