**EXHIBIT H**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Caroline Romine

Police Officer
Patrol
ID - 005568

Total Courses: **190**
Completed: **191**
Total Learning Plans: **03**

## Courses

| Name | Code | Type | Completion Date | Score | Status | Sub Status |
|---|---|---|---|---|---|---|
| 2022-2023 Diversity: Inclusion in the Modern Workplace | 2022-2023 DIV INC | Required | 8/4/2022 | | Completed | Completed |
| Street Level Spanish | EXT | N/A | 7/13/2022 | | Completed | Attended |
| City Safety July 2022 | 2022-CT-007 | Required | 7/8/2022 | 100.00 | Completed | Passed |
| Non-Contact Vehicle Blocks PTLTC 2022 2nd Q | 2022-PD-MT-003 | Required | 6/30/2022 | | Completed | Attended |
| Below 100 Tenets: Remember, Complacency Kills! | 2022_IST_006 | Required | 6/17/2022 | 100.00 | Completed | Passed |
| Below 100 Tenets: Wear Your Vest | 2022_IST_005 | Required | 6/17/2022 | 80.00 | Completed | Passed |
| Below 100 Tenets: What's Important Now? | 2022_IST_007 | Required | 6/17/2022 | 100.00 | Completed | Passed |
| Hands Only CPR - 2022 | 2022_IST_008 | Required | 6/16/2022 | 100.00 | Completed | Passed |
| Approaching Alzheimer's: First Responder Training | 2022_IST_009 | Required | 6/16/2022 | 100.00 | Completed | Passed |
| #Military | RC615 | Required | 6/16/2022 | 100.00 | Completed | Passed |
| City Safety June 2022 | 2022-CT-006 | Elective | 6/16/2022 | 100.00 | Completed | Passed |
| 2022 Taser Annual Operator Update V22 | 2022_IST_004 | Required | 6/8/2022 | 100.00 | Completed | Passed |
| 2022 In Service OC Re-certification | 2022_IST_003 | Required | 6/3/2022 | 88.23 | Completed | Passed |
| 2022 Technology Update | RC613 | Required | 5/18/2022 | 100.00 | Completed | Passed |
| City Safety May 2022 | 2022-CT-005 | Elective | 5/18/2022 | 100.00 | Completed | Passed |
| Peer Support Program and Response | RC611 | Required | 5/12/2022 | 100.00 | Completed | Passed |
| 2022 IST Range (Red Dot Transition) | 2022_IST_001 | Required | 5/6/2022 | | Completed | Attended |
| 2022-2023 Preventing Harassment & Discrimination for Non-Supervisors | 2022_HarassDiscrim | Required | 4/28/2022 | | Completed | Completed |
| Roll Call #546 - S.E.N.D._2022 | RC-546_2022 | Required | 4/21/2022 | 100.00 | Completed | Passed |
| City Safety - April 2022 | 2022-CT-004 | Required | 4/13/2022 | 100.00 | Completed | Passed |
| SafetyNet Copy and Paste | RC-610 | Required | 3/25/2022 | 100.00 | Completed | Passed |
| City Safety - Mar 2022 | 2022-CT-003 | Elective | 3/25/2022 | 100.00 | Completed | Passed |
| End User Training - Workforce Management Plus (Orion) | EUT_Orion | Elective | 3/5/2022 | | Completed | Attended |
| 2022 Legislative Update | RC-609 | Required | 2/22/2022 | 100.00 | Completed | Passed |
| 2022/2023 Equity, Acceptance, and Respect: Global Harassment & Discrimination Prevention | 2022_Equity | Required | 2/16/2022 | | Completed | Completed |
| 2022/2023 Managing Bias | 2022_Bias | Required | 2/16/2022 | | Completed | Completed |
| City Safety - Feb 2022 | 2022-CT-002 | Elective | 2/16/2022 | 100.00 | Completed | Passed |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CITY DEFS - 006336

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

## Caroline Romine

Police Officer
Patrol
ID  005568

Total Courses: **190**  Completed

Total Learning Plans: **03**

**191**

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| Safe Law Enforcement Operations on the Fireground | RC608 | Required | 1/15/2022 | 100.00 | Completed | Passed |
| City Safety - Jan 2022 | 2022-CT-001 | Elective | 1/8/2022 | 100.00 | Completed | Passed |
| Shielded Movements - Patrol Line-Up Training - 2021-4th Q. | 2021-PD-MT-011 | Elective | 12/15/2021 | | Completed | Attended |
| City Safety - Dec 2021 | 2021-CT-011 | Elective | 12/7/2021 | 100.00 | Completed | Passed |
| 2021 POST Rule-17 Incumbent Employees | 2021-PD-MT-013 | Elective | 12/3/2021 | 100.00 | Completed | Passed |
| Department of Energy - Secure Transportation | RC-608 | Required | 12/3/2021 | 100.00 | Completed | Passed |
| Fentanyl Update 2021 | RC-606 | Required | 12/3/2021 | 100.00 | Completed | Passed |
| Response to Radiological Incidents | RC607 | Required | 12/1/2021 | 100.00 | Completed | Passed |
| Legislative Update - Showups | RC605 | Required | 12/1/2021 | 100.00 | Completed | Passed |
| How to Log Comp (Add to Bank) - The New Way! | HR_COMP_2021 | Required | 11/11/2021 | | Completed | Completed |
| Ft. Carson/CSPD Military Liaison Video | RC604 | Required | 11/3/2021 | 100.00 | Completed | Passed |
| 2021/2022 Ethics Training_PD | ETHICS_2021_2022 | Required | 10/28/2021 | | Completed | Completed |
| CRT - Community Response Team | RC602 | Required | 10/28/2021 | 100.00 | Completed | Passed |
| Mental Health Holds and Emergency Commitments | RC603 | Required | 10/28/2021 | 100.00 | Completed | Passed |
| 2022 Open Enrollment | 2022_OE | Required | 10/19/2021 | | Completed | Completed |
| City Safety - Oct 2021 | 2021-CT-010 | Elective | 10/15/2021 | 100.00 | Completed | Passed |
| City Safety - Sept 2021 | 2021-CT-009 | Elective | 9/10/2021 | 100.00 | Completed | Passed |
| Vehicle Pursuits - Patrol Line-Up Training - 2021 2nd Q. | 2021-PD-MT-006 | Elective | 8/15/2021 | | Completed | Attended |
| 2021/2022 Diversity: Inclusion in the Modern Workplace | HR_DIMW_2021 | Required | 8/14/2021 | | Completed | Completed |
| City Safety - Aug 2021 | 2021-CT-008 | Elective | 8/14/2021 | 100.00 | Completed | Passed |
| 2021 In Service Training | 2021-IST-002 | Required | 8/6/2021 | | Completed | Attended |
| 2021 - Constitutional Law - 2nd Q | 2021-PD-MT-007 | Elective | 7/31/2021 | | Completed | Attended |
| PTO School | PD-2019-MT-015 | Elective | 7/15/2021 | | Completed | Attended |
| New Sedation Policy | 2021-Sedate | Required | 7/12/2021 | 100.00 | Completed | Passed |
| City Safety - July 2021 | 2021-CT-007 | Elective | 7/12/2021 | 100.00 | Completed | Passed |
| 2021/2022 Harassment & Discrimination Prevention for Non-Supervisors | HR_HARASS_2021 | Required | 6/19/2021 | | Completed | Completed |
| City Safety - June 2021 | 2021-CT-006 | Elective | 6/10/2021 | 100.00 | Completed | Passed |
| City Safety - May 2021 | 2021-CT-005 | Elective | 5/16/2021 | 100.00 | Completed | Passed |
| Community Policing, Part II | PT48 | Required | 5/8/2021 | 93.75 | Completed | Passed |
| Community Policing, Part I | PT46 | Required | 5/8/2021 | 100.00 | Completed | Passed |
| Constitutional Training- Contain and Call Out | CT-Update-001 | Required | 5/8/2021 | 100.00 | Completed | Passed |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006337**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

**Caroline Romine**

Police Officer
Patrol
ID  005568

Total Courses: **190**
Total Learning Plans: **03**
Completed: **191**

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| Below 100 Tenets: Watch Your Speed | PT10 | Required | 5/8/2021 | 100.00 | Completed | Passed |
| Below 100 | PT22 | Required | 5/8/2021 | 100.00 | Completed | Passed |
| Below 100 Tenets: Wear Your Belt | PT34 | Required | 5/8/2021 | 80.00 | Completed | Passed |
| 2021 - Constitutional Law Classes - 1st Q. | 2021-PD-MT-004 | Elective | 4/30/2021 | | Completed | Attended |
| DR3447 - New Colorado Traffic Crash Report Form | RC-601 | Required | 4/30/2021 | 100.00 | Completed | Passed |
| 2021 Taser User Update V22 - Copy | 2020-MT-002_V2_copy | Required | 4/30/2021 | 100.00 | Completed | Passed |
| City Safety - April 2021 | 2021-CT-004 | Elective | 4/11/2021 | 100.00 | Completed | Passed |
| Vehicle Rescues - 2021 PSTC - 1st Quarter | 2021-PD-MT-005 | Elective | 3/31/2021 | | Completed | Attended |
| 2021 Equity, Acceptance, and Respect: Global Harassment & Discrimination | EARHD_2021 | Required | 3/31/2021 | | Completed | Completed |
| 2021 Managing Bias | BIAS_2021 | Required | 3/31/2021 | | Completed | Completed |
| HOT Training | RC-600 | Required | 3/17/2021 | 100.00 | Completed | Passed |
| CSFD Fire Factor Program | RC600 | Required | 3/17/2021 | 100.00 | Completed | Passed |
| City Safety - Mar 2021 | 2021-CT-003 | Elective | 3/6/2021 | 100.00 | Completed | Passed |
| ICAT | 2021-PD-MT-003 | Elective | 2/23/2021 | | Completed | Attended |
| UAS Program | RC598 | Required | 2/10/2021 | 100.00 | Completed | Passed |
| City Safety - Feb 2021 | 2021-CT-002 | Elective | 2/3/2021 | 100.00 | Completed | Passed |
| Roll Call 597-FIR and Gang FIR Training | RC-597 | Required | 2/1/2021 | 100.00 | Completed | Passed |
| City Safety - Jan 2021 | 2021-CT-001 | Elective | 1/13/2021 | 100.00 | Completed | Passed |
| Crowd Control - PSTC 2020 4th Q. | PD-MT-2020-007 | Elective | 12/31/2020 | | Completed | Attended |
| City Safety - Dec 2020 | 2020-CT-012 | Elective | 12/20/2020 | 100.00 | Completed | Passed |
| 2020 POST Rule 17 - Incumbent Employee's | 2020-MT-011 | Elective | 12/6/2020 | 100.00 | Completed | Passed |
| Temporary Detention | 2020-MT-022 | Required | 12/6/2020 | 100.00 | Completed | Passed |
| 2020 Gas Mask Inspection | 2020-MT-019 | Required | 11/13/2020 | 100.00 | Completed | Passed |
| City Safety - Nov 2020 | 2020-CT-011 | Elective | 11/13/2020 | 100.00 | Completed | Passed |
| CSU Electric Safety | RC-596 | Required | 11/13/2020 | 100.00 | Completed | Passed |
| 2021 Benefits Open Enrollment | 2021_Beneftis_OE | Elective | 10/30/2020 | | Completed | Completed |
| 2020 Ethics Training | Ethics_2020_HR | Required | 10/30/2020 | | Completed | Completed |
| 2020 United Way Giving Campaign | 2020-UWGC | Required | 10/20/2020 | 100.00 | Completed | Passed |
| OC MK-9 Fogger/Stream | OC-MK9 | Required | 10/10/2020 | 100.00 | Completed | Passed |
| City Safety - Oct 2020 | 2020-CT-010 | Elective | 10/8/2020 | 100.00 | Completed | Passed |
| RED - PSTC 2020 2nd-3rd Q | PD-MT-2020-006 | Elective | 10/1/2020 | | Completed | Attended |
| City Safety - Sept 2020 | 2020-CT-009 | Elective | 9/9/2020 | 100.00 | Completed | Passed |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**    **CITY DEFS - 006338**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Caroline Romine

Police Officer
Patrol
ID - 005568

**Total Courses:** 190
**Total Learning Plans:** 03
**Completed:** 191

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| Use of Force: Ethical Considerations | PT40 | Required | 8/31/2020 | 95.10 | Completed | Passed |
| Use of Force: Decision Making and Judgment | PT42 | Required | 8/31/2020 | 90.00 | Completed | Passed |
| Use of Force: Community Policing and Community Perceptions | PT44 | Required | 8/31/2020 | 100.00 | Completed | Passed |
| Senate Bill 20-217 U.O.F. - Legal Up-Dates | 2020-MT-010 | Required | 8/19/2020 | | Completed | Attended |
| 2020-2021 Diversity and Inclusion Training | HR-Diversity-2020 | Required | 8/13/2020 | 100.00 | Completed | Passed |
| Slower is Faster: Survival Skills for Law Enforcement Drivers | PT02 | Required | 8/5/2020 | 80.00 | Completed | Passed |
| De-Escalation and Communication, Part I | PT54 | Required | 8/5/2020 | 100.00 | Completed | Passed |
| 2020 Taser User Update V22 | 2020-MT-002_V2 | Required | 8/5/2020 | 100.00 | Completed | Passed |
| City Safety - Aug 2020 | 2020-CT-008 | Elective | 8/5/2020 | 100.00 | Completed | Passed |
| City Safety - July 2020 | 2020-CT-007 | Elective | 7/27/2020 | 100.00 | Completed | Passed |
| Yellow Dot Program | 2020-MT-021 | Required | 7/27/2020 | | Completed | Completed |
| Roll Call Video #583 - DIMS Mobile Application | RC-583 | Required | 7/27/2020 | 100.00 | Completed | Passed |
| De-Escalation and Communication, Part II | PT56 | Required | 6/28/2020 | 80.00 | Completed | Passed |
| Stress Management for Law Enforcement | PT58 | Required | 6/28/2020 | 90.00 | Completed | Passed |
| 2020 In Service Arrest Control \ Use of Force Training | 2020-MT-18 | Required | 6/28/2020 | 83.33 | Completed | Passed |
| Use of Force Update - June 2020 | PD-MT-2020-002 | Required | 6/19/2020 | 100.00 | Completed | Passed |
| City Safety - June 2020 | 2020-CT-006 | Elective | 6/19/2020 | 100.00 | Completed | Passed |
| 2020 Taser User Update V21 | 2020-MT-002 | Required | 6/5/2020 | 92.30 | Completed | Passed |
| Anti-Bias Policing: Part 2 | PT52 | Required | 6/5/2020 | 80.00 | Completed | Passed |
| Use of Force: An Overview | PT36 | Required | 6/5/2020 | 90.00 | Completed | Passed |
| 2020 In Service OC Re-certification | 2020-MT-018 | Required | 6/5/2020 | 95.00 | Completed | Passed |
| Anti-Bias Policing: Part 1 | PT50 | Required | 6/5/2020 | 90.00 | Completed | Passed |
| 2020 In Service Firearms Training | 2020-MT-017 | Required | 6/5/2020 | 85.71 | Completed | Passed |
| City Safety - May 2020 | 2020-CT-005 | Elective | 6/5/2020 | 100.00 | Completed | Passed |
| 2020 In Service Driving Training | 2020-MT-016 | Required | 6/5/2020 | 90.00 | Completed | Passed |
| Hands Only CPR | CPR 2020 | Required | 6/5/2020 | 100.00 | Completed | Passed |
| Legal Updates 2020 | 2020-Legal Update | Required | 6/5/2020 | 100.00 | Completed | Passed |
| 2020 Harassment and Discrimination Prevention_Employee | 2020 Harassment | Required | 6/5/2020 | 100.00 | Completed | Passed |
| 2020 Range In-Service | 2020-MT-006 | Required | 5/18/2020 | | Completed | Attended |
| Insight Installs & Training | 2020-ET-008 | Required | 5/17/2020 | | Completed | Completed |
| City Safety - April 2020 | 2020-CT-004 | Required | 4/11/2020 | 100.00 | Completed | Passed |

Page 4 of 7 pages

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**          **CITY DEFS - 006339**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Caroline Romine

Police Officer
Patrol
ID - 005568

Total Courses
**190**

Total Learning Plans
**03**


Completed
**191**

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| Dragon Speak (Users) | 2020-ET-012 | Elective | 4/3/2020 | | Completed | Completed |
| 2020 Treating People with Respect | HR_Respect_2020 | Required | 4/3/2020 | | Completed | Completed |
| SFST Refresher (Practitioner) - CDAC videos | PD-2019-ET-027 | Elective | 3/23/2020 | 100.00 | Completed | Passed |
| Intro to SharePoint | BG16 | Elective | 3/9/2020 | | Completed | Completed |
| City Safety - March 2020 | 2020-CT-003 | Elective | 3/6/2020 | 100.00 | Completed | Passed |
| 2020 In-Service -Beyond the Stop- Crime Analysis | PD-2020-IST-001 | Required | 2/26/2020 | 100.00 | Completed | Passed |
| Service Animals | PD-2020-001 | Required | 2/26/2020 | 100.00 | Completed | Passed |
| H.O.T SME | PD-ET-2020-009 | Elective | 2/25/2020 | | Completed | Attended |
| LIDAR Operator | 2019-PD-ET-002 | Elective | 2/14/2020 | | Completed | Attended |
| 1st and 2nd Amendment Audits | PD-MT-2020-001 | Required | 2/7/2020 | 100.00 | Completed | Passed |
| Roll Call#593 CSU - Natural Gas | RC#593 | Required | 2/7/2020 | 100.00 | Completed | Passed |
| City Safety - Feb 2020 | 2020-CT-002 | Elective | 2/7/2020 | 100.00 | Completed | Passed |
| Roll Call #592 - MRAC - Minority Relations Advisory Committee | RC-592 | Required | 2/7/2020 | 100.00 | Completed | Passed |
| City Safety - Jan 2020 | 2020-CT-001 | Elective | 1/10/2020 | 100.00 | Completed | Passed |
| High Risk Traffic Stops - PSTC 2019 | 2019-PD-MT-PSTC-003 | Elective | 12/31/2019 | | Completed | Attended |
| 2019 POST Rule 17 - Incumbent Employees | PD-MT-2019-012 | Required | 12/16/2019 | 100.00 | Completed | Passed |
| City Safety - Dec 2019 | 2019-CT-016 | Elective | 12/16/2019 | 100.00 | Completed | Passed |
| City Safety - Nov 2019 | 2019-CT-015 | Required | 11/18/2019 | 100.00 | Completed | Passed |
| 2019 Ethics Training | HR_Ethics_2019 | Required | 10/23/2019 | 100.00 | Completed | Passed |
| City Safety - Oct 2019 | 2019-CT-014 | Required | 10/23/2019 | 100.00 | Completed | Passed |
| Roll Call Video #591 - Pikes Peak United Way Employee Giving Campaign 2019 | RC-591 | Required | 10/3/2019 | 100.00 | Completed | Passed |
| Roll Call Video #589 - Fentanyl Update | RC-589 | Required | 9/22/2019 | 100.00 | Completed | Passed |
| Roll Call Video #590 - Metro VNI K-9 Program | RC-590 | Required | 9/22/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates | IST-LU-03 | Required | 9/22/2019 | 100.00 | Completed | Passed |
| City Safety - Sept 2019 | 2019-CT-013 | Elective | 9/22/2019 | 100.00 | Completed | Passed |
| In-Service 2019 - Legal Updates | LegUp-101 | Required | 9/22/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates | IST-2019-101 | Required | 8/18/2019 | 100.00 | Completed | Passed |
| City Safety - Aug 2019 | 2019-CT-012 | Elective | 8/18/2019 | 100.00 | Completed | Passed |
| City Safety July-2019 | 2019-CT-011 | Required | 8/11/2019 | 100.00 | Completed | Passed |
| Roll Call #588 - CAD Clearance Update | RC-588 | Required | 7/30/2019 | 100.00 | Completed | Passed |
| Fitness Testing - Data Collection | PD-2019-MT-010 | Elective | 7/29/2019 | | Completed | Attended |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006340**

Colorado Springs Public Safety
705 S Nevada Ave
COLORADO SPRINGS, Colorado 80903

LEARNER TRANSCRIPT

# Caroline Romine

Police Officer
Patrol
ID - 005568

Total Courses: **190**

Total Learning Plans: **03**

Completed: **191**

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| 2019 Diversity and Inclusion in the Modern Workplace | 2019_HR_Diversity | Required | 7/18/2019 | 100.00 | Completed | Passed |
| Roll Call # 586 - Cem Duzel Message to the Department | RC-586 | Elective | 6/28/2019 | | Completed | Completed |
| In Service 2019 Beyond the Contact - Objectively Reasonable Force | IST-2019-ORF | Required | 6/28/2019 | 100.00 | Completed | Passed |
| Roll Call Video 587 - Problem Solving Courts | RC-587 | Required | 6/28/2019 | 100.00 | Completed | Passed |
| 2019 In Service Training | PD-2019-IST-003 | Required | 6/21/2019 | | Completed | Attended |
| In-Service 2019 Interacting with the Deaf or Hard of Hearing Community | PD-IST-2019-DHH | Required | 6/19/2019 | 100.00 | Completed | Passed |
| In-Service 2019 Beyond the Contact - Contact and Cover | IST 2019 BTC 1 | Required | 6/19/2019 | 100.00 | Completed | Passed |
| City Safety June-2019 | PD-2019-CT-010 | Elective | 6/19/2019 | 100.00 | Completed | Passed |
| Roll Call Video #585 - Forensic Art Unit | RC-585 | Required | 6/19/2019 | 100.00 | Completed | Passed |
| In Service 2019 - Legal Updates Part 1 | IST-LU-1 | Required | 6/5/2019 | 100.00 | Completed | Passed |
| City Safety - May 2019 | 2019-PD-CT-003 | Elective | 6/5/2019 | | Completed | Completed |
| Roll Call #582 - UAV Program | RC-582 | Required | 6/5/2019 | 100.00 | Completed | Passed |
| Trauma Contamination and Countermeasures | PD-2019-MT-007 | Required | 5/15/2019 | | Completed | Attended |
| Roll Call Video 581 - EOD/Arson Investigations | RC-581 | Required | 5/9/2019 | 100.00 | Completed | Passed |
| 2019 Range In-Service | PD-2019-IST-005 | Required | 5/2/2019 | | Completed | Attended |
| Shielded Cell Movements - PSTC 2019 | PD-2019-PSGTC-001 | Elective | 5/1/2019 | | Completed | Attended |
| Roll Call #546 - S.E.N.D. | RC-546 | Required | 4/15/2019 | 100.00 | Completed | Passed |
| Roll Call #580 - Chief Niski's Message to the Department | RC-580 | Required | 4/4/2019 | 100.00 | Completed | Passed |
| Roll Call Video 579 - City Cyber Security Training | RC-579 | Required | 4/4/2019 | 100.00 | Completed | Passed |
| Roll Call 570 - Occupational Exposures | RC-570 | Required | 4/4/2019 | 100.00 | Completed | Passed |
| 2019 Taser User Update V21 | PD-2019-MT-016 | Elective | 4/4/2019 | | Completed | Completed |
| 2019 Harassment and Discrimination Prevention_Employee | HR_Harassment_2019 | Required | 4/4/2019 | 100.00 | Completed | Passed |
| 2019 In-Service Training Below 100 | PD-2019-IST-001 | Required | 3/16/2019 | 100.00 | Completed | Passed |
| Pursuit Policy Review - In Service Training 2019 | PD-2019-IST-002 | Required | 3/16/2019 | 90.00 | Completed | Passed |
| Roll Call Video 578 - Major Crash Team Investigations | RC-578 | Required | 3/16/2019 | 100.00 | Completed | Passed |
| City Safety - March 2019 | PD-2019-MT-008 | Required | 3/6/2019 | 100.00 | Completed | Passed |
| City Safety Feb-2019 | PD-2019-MT-005 | Elective | 2/22/2019 | | Completed | Completed |
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 100.00 | Completed | Passed |
| Roll Call #576 - Neogov Learn Manager Enrollment | PD-RC 576 | Required | 1/22/2019 | 100.00 | Completed | Passed |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006341**

## LEARNER TRANSCRIPT

### Caroline Romine

Police Officer
Patrol
ID - 005568

**Total Courses:** 190
**Total Learning Plans:** 03
**Completed:** 191

| Course | Code | Type | Date | Score | Status | Result |
|---|---|---|---|---|---|---|
| Roll Call #577 - Domestic Violence Incident Sheet - January 2019 | PD-RC-577 | Required | 1/18/2019 | 100.00 | Completed | Passed |
| 2019-Treating People with Respect | HR_Respect_2019 | Required | 1/18/2019 | 80.00 | Completed | Passed |
| City Safety Jan-2019 | PD-2019-MT-002 | Required | 1/4/2019 | 100.00 | Completed | Passed |
| Roll Call #574 - Community Response Team | RC-574 | Required | 12/23/2018 | 100.00 | Completed | Passed |
| City Safety December | CS-Dec 18 | Required | 12/23/2018 | 100.00 | Completed | Passed |
| 2018 Ethics Training | Ethics_2018 | Required | 12/23/2018 | 100.00 | Completed | Passed |
| POST Rule 17 - 2018 | Rule 17 | Required | 12/23/2018 | 100.00 | Completed | Passed |
| CSPD Training Center | EXT | N/A | | | Completed | Attended |

## Learning Plans

| Name | Code | Type | Registration Date | Completion Date | Status |
|---|---|---|---|---|---|
| 2022 In Serice Training | 2022_IST | Required | 5/31/2022 | 6/17/2022 | Completed |
| 2020 Range In-Service | 2020-MT-006 | Required | 2/12/2020 | 5/20/2020 | Completed |

## Certifications/Licenses

| Certification/License Name | Type | Issuing Agency | Certification/License Number | Date Issued | Expiration Date |
|---|---|---|---|---|---|
| Standard Field Sobriety Test (Practitioner) | Certification | POST / CDOT | | 03/01/2020 | 02/28/2022 (Expired) |

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**CITY DEFS - 006342**

Return to CSPD Home Page

## Training Center

| In-Service Classes | Elective Classes | My Training Records | Reports |

**View Another Training Record**

Insert IBM Number [      ]  Submit

## Individual Training Record .

| | | | |
|---|---|---|---|
| IBM | 5568 | Status | Active Sworn |
| First Name | Caroline | Last Name | Barth |
| Classification | Police Officer | Work Phone | 719/444-3140 |
| Assignment | Sand Creek - Sand Creek - Patrol | | |

Classes are sorted by Class Date with upcoming classes listed first and then completed classes. If you do not attend a class, your record will be modified. All records are verified against class sign-in sheets.

### In-Service Class Record

Total Class Hours YTD  **0**

| | |
|---|---|
| Date | 1/17/2017 |
| Title | Roll Call #549 - GO 705 UOF |
| Class Hours | 0 |

| | |
|---|---|
| Date | 12/8/2016 |
| Title | Roll Call #546 - S.E.N.D. |
| Class Hours | 0 |

| | |
|---|---|
| Date | 11/8/2016 |
| Title | Roll Call #547-Imp. H.B. 1080 |
| Class Hours | 0 |

| | |
|---|---|
| Date | 9/2/2016 |
| Title | Roll Call #543-IDD Rep. Pt. 1 |
| Class Hours | 0 |

| | |
|---|---|
| Date | 9/2/2016 |
| Title | Roll Call #543-IDD Rep. Pt. 2 |
| Class Hours | 0 |

| | |
|---|---|
| Date | 8/29/2016 |
| Title | Roll Call #535-Leg. Upd. Pt. 3 |
| Class Hours | 0 |

| | |
|---|---|
| Date | 8/5/2016 |
| Title | Roll Call Fentanyl |
| Class Hours | 0 |

| | |
|---|---|
| Date | 7/19/2016 |
| Title | Roll Call #534-Leg. Upd. Pt. 1 |
| Class Hours | 0 |

### Elective Class Record

Total Class Hours YTD  **16**

| | |
|---|---|
| Date | 9/11/2018 |
| Title | Dr. Gilmartin |
| Class Hours | 8 |

| | |
|---|---|
| Date | 4/13/2017 |
| Title | Emotional Survival for L.E. |
| Class Hours | 8 |

### Outside Training Class Record

Total Class Hours YTD

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**            **CITY DEFS - 006343**

**Date** 4/29/2016
**Title** Roll Call #528 - Perform. Eval
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #522 - Solicitation
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #523 - O.C.C.
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #524 - Crowd Control
**Class Hours** 0

**Date** 3/15/2016
**Title** Roll Call #525 - D. Etiquette
**Class Hours** 0



**TASER Training Version 20.2**
*This document is not needed if class registered in Axon Academy (email training@taser.com for details)*

# TASER® CEW User Applicant Certification Form
## New User Certification

**PRINT LEGIBLY AND CLEARLY PLEASE!**

<u>Which CEWs were you certified on (Check all that apply):</u>    M26    X26    X26P    (X2)    X3

Name: Caroline Barth    5568    Agency: Colorado Springs Police Department
Email: [redacted]    Phone: [redacted]
Address/State/Zip: [redacted]

By signing below, I hereby acknowledge receipt of TASER's Product Warnings. I understand that I must Read and understand these warnings PRIOR to participating in any hands-on CEW drills required by this certification Course.

Student Signature: *(Required)* [signature] 5568

## TASER Instructor Use Only

Instructor is required to verify that applicant has successfully completed all CEW User Certification requirements.

- ✓ Test must be completed with score of 100% (remediate as needed)
  - Completed TASER CEW online course
- ✓ Review entire Version 20.2 User Certification Course PowerPoint Presentation(s) & training bulletins
  - (if applicable)    Completed TASER CEW online course
- ✓ Demonstrate safe handling of CEW to include: proper finger positioning, aiming and deploying at preferred target area and while loading / unloading
- ✓ Deploy a minimum of 2 live cartridges (for each weapon certification), placing both probes in preferred target zones
- ✓ Perform a proper warning ARC
- ✓ (X2 & X3) Utilize the ARC switch to re-energize deployed probes

I hereby certify that the above-named applicant has satisfactorily completed all components of the TASER User Certification training program and is hereby certified as a user of this system for one year.

Attested by Certifying Instructor: Patrick David    [signature]
(Print Name)    (Signature)

Date: 5/7/18    Location of Training: Colorado Springs Police Department Training Academy

**Do not Send this Form to TASER Training**
**Keep this Form for Department Training Records**
PowerPoint is a trademark of Microsoft Corporation.

Axon, M26, X2, X3, X26, X26P, TASER, and the "Bolt within Circle Logo" are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. For more information, visit www.axon.com/legal. All rights reserved. © 2017 Axon Enterprise, Inc.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**    **CITY DEFS - 006345**



TASER Training Version 20.2
This document is not needed if class registered in Axon Academy (email training@taser.com *for details*)

# TASER® CEW User Applicant Certification Form
# New User Certification

PRINT LEGIBLY AND CLEARLY PLEASE!

Which CEWs were you certified on (Check all that apply):    M26    X26    X26P    (X2)    X3

Name: Caroline Barth  5568    Agency: Colorado Springs Police Department
Email: [redacted]    Phone: [redacted]
Address/State/Zip: [redacted]

By signing below, I hereby acknowledge receipt of TASER's Product Warnings. I understand that I must Read and understand these warnings PRIOR to participating in any hands-on CEW drills required by this certification Course.

Student Signature: *(Required)*  [signature]  5568

## TASER Instructor Use Only

Instructor is required to verify that applicant has successfully completed all CEW User Certification requirements.

✓ Test must be completed with score of 100% (remediate as needed)
   Completed TASER CEW online course

✓ Review entire Version 20.2 User Certification Course PowerPoint Presentation(s) & training bulletins
   (if applicable)   Completed TASER CEW online course

✓ Demonstrate safe handling of CEW to include: proper finger positioning, aiming and deploying at preferred target area and while loading / unloading

✓ Deploy a minimum of 2 live cartridges (for each weapon certification), placing both probes in preferred target zones

✓ Perform a proper warning ARC

✓ (X2 & X3) Utilize the ARC switch to re-energize deployed probes

I hereby certify that the above-named applicant has satisfactorily completed all components of the TASER User Certification training program and is hereby certified as a user of this system for one year.

Attested by Certifying Instructor: Patrick David    [signature]
                                    (Print Name)           (Signature)

Date: 5/7/18    Location of Training: Colorado Springs Police Department Training Academy

**Do not Send this Form to TASER Training**
**Keep this Form for Department Training Records**

PowerPoint is a trademark of Microsoft Corporation.

Axon, M26, X2, X3, X26, X26P, TASER, and the "Bolt within Circle Logo" are trademarks of Axon Enterprise, Inc., some of which are registered in the US and other countries. For more information, visit www.axon.com/legal. All rights reserved. © 2017 Axon Enterprise, Inc.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**    **CITY DEFS - 006346**