IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

    Defendants.

## AFFIDAVIT OF KOREY HUTCHISON IN SUPPORT OF CITY OF COLORADO SPRINGS' MOTION FOR SUMMARY JUDGMENT

STATE OF COLORADO    )
                                   ) ss
COUNTY OF EL PASO      )

I, Korey Hutchison, having been duly sworn upon oath, depose and hereby state as follows:

    1.    I have personal knowledge of the facts stated herein.

    2.    I have been employed by the City of Colorado Springs Police Department ("CSPD") since January 1993. From 1993 to 2008, I was at various times a Patrol Officer, Master Patrol Officer, Field Training Officer, and Police Training Officer. I was a Sergeant from July 2008 to July 2018. In July 2018, I was promoted to Lieutenant.

    3.    Since July 2019, I have served as the Lieutenant/Director of the CSPD Training Academy.

4.      As Director of the Training Academy, I have personal knowledge of the records of the Training Academy, including how they are created, stored, maintained, and accessed.

5.      The CSPD Training Academy utilizes a shared group drive on the City's computer system server. The drive contains folders where training materials for each CSPD Training Academy recruit class are saved and maintained. Only police officers and staff assigned to the CSPD Training Academy have access to the shared group drive.

6.      For each recruit class, a staff instructor is responsible for the creation and maintenance of the training schedule for the class. That person creates an initial schedule on the computer approximately thirty days before the commencement of the class, so that it may be submitted to POST for approval. The staff instructor saves the schedule to the "Schedules" folder for the class in the shared drive.

7.      As the Training Academy class progresses, revisions to the schedule may be required. If so, the staff instructor responsible for the schedule creates a revised version of the training schedule, indicating the revision date in the footer of the document. The staff instructor saves any and all revised versions of the training schedule as separate documents in the "Schedules" folder for the particular recruit class to which it relates.

8.      A "Schedules" folder for the CSPD Training Academy's 67th and 68th Recruit Class exists in the CSPD Training Academy's shared drive directory. In that Schedules folder is the document attached as Exhibit J (Bates numbered 006250-006297, hereinafter, the "67th Recruit Class Training Schedule"). In the Schedules folder is also the document attached as Exhibit K (Bates numbered 006298-006335, hereinafter, the "68th Recruit Class Training Schedule").

9. The 67th and 68th Recruit Class Training Schedules were made by staff instructors with knowledge of the training schedules for the 67th and 68th Recruit Class, namely Officer Tracey Thompson.

10. Officer Thompson made the 67th and 68th Recruit Class Training Schedules near the time of the last revision to the 67th and 68th Recruit Class's training schedules.

11. It was the CSPD Training Academy's regular practice to make records like the 67th and 68th Recruit Class Training Schedules.

12. The CSPD Training Academy kept the 67th and 68th Recruit Class Training Schedules in the course of its regularly conducted activities.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 20th day of December, 2023

*Korey Hutchison*
Korey Hutchison

SUBSCRIBED AND SWORN to before me this 20th day of December, 2023, by Korey Hutchison.

Witness my hand and official seal.

Taylor Michelle Counterman
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20234002768
MY COMMISSION EXPIRES January 23, 2027

Notary Public