# Exhibit 1-C

ROBERT E. KLEINMAN M.D., P.C.                                              PSYCHIATRY

Diplomate, American Board of Psychiatry and Neurology
_____

1658 Cole Boulevard, Suite 295
Lakewood, Colorado 80401
Telephone (303) 233 7776
Facsimile (303) 233 2294
kleinmanr@mac.com

# CURRICULUM VITAE

**CURRENT POSITION:**
1979.....Current   Robert E. Kleinman MD PC,  Private Practice of Psychiatry, Lakewood, Colorado.
Adult Psychiatry, Forensic Psychiatry, Independent Medical Examinations, and teaching psychiatry.

**EXPERIENCE:**
Full time practice of psychiatry uninterrupted since 1979.
Medical management of psychiatric disorders; psychopharmacology; individual and family psychotherapy; inpatient treatment and inpatient consultation; psychiatric liaison services; alcohol and chemical dependency; hospital-wide inservices; consultation to and supervision of nurses, psychologists and social workers; disability examinations; independent medical examinations; fitness for duty reports; evaluation and treatment of injured workers pursuant to CRS 8-42-101; participation with various managed care companies and insurance companies; administration of inpatient, partial hospitalization, and outpatient programs; program development and management; supervision of psychiatrists; crisis intervention; quality management; teaching medical students and residents.

**ASSIGNMENTS:**
1978….1979  Colorado State Hospital, Pueblo, CO.  Staff Psychiatrist and Ward Chief.
1978.....1979  West Central Mental Health Center, Canon City, CO. Consulting Psychiatrist.
1979.....1981  Adams County Mental Health Center, Commerce City, CO. Medical Director.
1986….2004  Psychiatric Consultant, United States Department of Energy.  Regarding Access Authorization with special reference to U.S. Code 10 CFR 710.11 including comprehensive psychiatric evaluations and appearances at DOE Administrative Review Hearings.
1991.... 1995  The Residential Treatment Facility at West Pines,  Wheat Ridge, CO. Consultant.
1995…. 1999  West Pines Obsessive Compulsive Disorder Program, Wheat Ridge, CO. Founder and psychiatric consultant.
1993.... 2000   Medical Director of Adult Services, West Pines Psychiatric Hospital at Lutheran Medical Center, Wheat Ridge, Colorado.
1983.....2002  Adolescent and Family Institute of Colorado, Psychiatric Consultant, Wheat Ridge, Colorado.
2001.....2010  Director of Behavioral Health Services, Head Injury Rehabilitation, The Centennial Group, Denver, Colorado. Working as part of a multidisciplinary team in the evaluation and treatment of head injury patients.
2001.....2010  Director of Behavioral Health Services, Pain Medicine Center, The Centennial Group, Denver, Colorado. Working as part of a multidisciplinary team in the evaluation and treatment of chronic pain patients.
2001.....2012 Psychiatric Consultant, Centennial Rehabilitation, Denver, Colorado.  As part of a multidisciplinary team in the evaluation and treatment of head injury patients. Chronic pain patients, and patients with delayed recovery from injury.

**LEADERSHIP AND BOARD MEMBERSHIPS:**
1987.....1993  Chairman, Department of Psychiatry, St. Anthony Hospital  System, Denver, Colorado.
1992.....1993  Vice Chair, Dept. of Psychiatry, West Pines Psychiatric Hospital,  Wheat Ridge, Colorado.
1992.....1993  Vice Chairman, Section of Psychiatry, Lutheran Medical Center, Wheat Ridge, Colorado.
1993.....1993   Committee Member,  Colorado Psychiatric Society Committee on Health Care Reform
1993.....1996   Founding Board Member,  Behavioral Healthcare Initiative, Denver, Colorado
1994.....1996  Chairman, Dept. of Behavioral Health Sciences, Lutheran Medical Center, West Pines Psychiatric Hospital, Wheat Ridge, Colorado.
1997.....2001    Member, Board of Directors, Victim Outreach Information, Golden, Colorado
2001….Current   Advisor to the Board of Directors, Victim Outreach Incorporated, Golden, Colorado
2011….2011  Member, Co. Division of Workers' Compensation Medical Treatment Guidelines Task Force for Chronic Pain
2016….2017  Member, Co. Division of Workers' Compensation Medical Treatment Guidelines Task Force for Chronic Pain

**EXHIBIT 1-C**

**ACADEMIC APPOINTMENTS:**
1980-1998; 2007….Current   Assistant Clinical Professor, <u>University of Colorado Health Science Center</u>, Department of Psychiatry.  Teaching Medical Students, interns and residents.

**ACCREDITATIONS:**
Division of Workman's Compensation of the Colorado Department of Labor and Employment Level II Accreditation 1995.....Current, for Neurology and Mental Disorder, providing impairment evaluation of injured workers pursuant to CRS 8-42-101.  Performing disability examinations, Independent Medical Examinations and treatment of injured workers.

**MEDICAL BOARD CERTIFICATIONS:**

| | | |
|---|---|---|
| American Board of Psychiatry and Neurology | 1980-Current | No.  21398 |
| American Board of Adolescent Psychiatry | 1993-2003 | No.     189 |
| Board Certified in Forensic Psychiatry | 1996-12/2016 | No.     377 |
| Board Certified in Addictive Psychiatry | 1997-2007 | No.    1176 |

**LICENSURE:**

| | | |
|---|---|---|
| Colorado Board of Medical Examiners | 1976 | No. 20204 |
| Wyoming Board of Medicine | 2003 | No. 6910A |
| South Dakota State Board of Medical Examiners | 2003 | No.   5261 |
| Montana Board of Medical Examiners | 2011 | No. 12574 |

**MEMBERSHIP**:

| | |
|---|---|
| American Psychiatric Association | 1979 |
| Colorado Psychiatric Society | 1979 |
| American Academy of Psychiatry and the Law | 1996 |

**EDUCATION:**
B.S.....1970      <u>Union College</u>, Schenectady, New York.
M.D....1975     <u>State University of New York</u>,  Brooklyn,  New York.

**RESIDENCY:**
1975....1978  Psychiatry,  <u>University of Colorado Health Science Center</u>,  Denver,  Colorado.

**<u>Citizenship</u>**:  USA

**Office:**
Robert E. Kleinman M.D. P.C.
1658 Cole Boulevard
Suite 295
Lakewood, Colorado 80401

| | |
|---|---|
| Telephone | (303) 233 7776 |
| Fax | (303) 233 2294 |
| E-mail | kleinmanr@mac.com |

| | | | |
|---|---|---|---|
| TIN | 84-0904361 | | |
| UPIN | D28244 | | |
| Year of Birth: | l949 | | |
| DEA | | Current | Upon request |
| Malpractice insurance APA -Sponsored | | Current | GL3000001 |

**Revised**:         January 1, 2018