# Exhibit 2-C

# Curriculum Vitae

# Lucas Hennings, MD, FACEP, FAAEM

## Demographic Information

| | |
|---|---|
| Address: | 1278 Kelso Place, Colorado Springs, CO 80921 |
| Phone number: | (719) 291-1035 |
| E-mail address: | lucashennings@hotmail.com |
| Birthdate: | August 9, 1981 |
| Birthplace: | Colorado Springs, Colorado |
| Citizenship: | U.S.A. |

## Professional Work History

**Assistant Clinical Professor of Emergency Medicine**  09/2016--current
*University of Colorado School of Medicine*
*Colorado Springs, Colorado*
I serve as clinical faculty and directly supervise medical students and residents in Emergency Medicine.  I also participate in education activities such as classroom lectures, simulation sessions, skills workshops, and others.

**Medical Director of Paramedic Services**  2020--current
UC Health Memorial Hospital

**Emergency Medicine Physician**  06/2016--current
*UC Health Memorial Hospital*
*Colorado Springs, Colorado*
High volume, high acuity department which sees over 100,000 patients annually.

**Physician**  05/2017--current
*Hyperbaric Oxygen Medical Department*
*UC Health Memorial Hospital*
*Colorado Springs, Colorado*
I provide advanced Hyperbaric treatment for patients with complex wounds, carbon monoxide poisoning, decompression sickness, cerebral arterial gas embolism, skin grafts, retinal artery occlusion, and other approved conditions.

**Emergency Physician**  06/2016--current
*Memorial Hospital North*
*Colorado Springs, Colorado*
Emergency Department which sees approximately 35,000 patients annually.

**Emergency Physician**  12/2016--current

**EXHIBIT 2-C**

Lucas Hennings, MD
Curriculum Vitae, page 2

*Grandview Hospital*
*Colorado Springs, Colorado*

**Associate Medical Director** 11/2014--06/2016
*Saint Francis Hopsital*
*Emergency Medicine Physicians, LLC*
*Tulsa, Oklahoma*
As the Associate Medical Director I served as advocate, advisor, ally, and counselor to each physician within our group.  My numerous responsibilities included but were not limited to the following: prepare and review annual budget, respond to all formal patient complaints,  head of recruiting both physicians and mid-level practicioners, prepare physician schedule, attend numerous hospital committee meetings and represent the best interest of our department, work cooperatively with the heads of multiple hospital departments to ensure that services are optimal, orient all new-hire physicians and mid-levels during the first four months of their employment, frequent collaboration with the ED nursing leadership team, liaison with hospital administration, follow all ED metrics and continue to  work on process improvement, organize social events for the Emergency Department staff, organize and run monthly department meetings, quality assurance and risk management support, help implement effective ED treatment protocols.

**Emergency Medicine Physician** 06/2012--06/2016
*Saint Francis Hospital*
*Tulsa, Oklahoma*
As an attending physician I was responsible for seeing and treating all patients who present to the Emergency Department.  The Emergency Department at Saint Francis Hospital is a very high acuity, high volume department.  We saw approximately 100,000 patients yearly and have a high volume of trauma and severe medical illness.  We were the tertiary referral center for the region and one of the largest trauma centers in the state of Oklahoma.  In addition to my regular duties as an Emergency Physician, I also performed the following duties: supervise and teach both physician assistants and medical students, coordinate journal club meetings for our physician group, help with quality control processes, sepsis committee member, and assist with recruiting.  I was consistently in the top 10% for productivity each month during my four years working in this emergency department.

**Chief Resident, Department of Emergency Medicine** 04/2011—06/2012
*Louisiana State University Health Sciences Center*
*Shreveport, Louisiana*
In addition to the regular duties of an emergency medicine resident, as Chief Resident I was responsible for all of the following: arranging the resident schedule for the Emergency Department each month, setting up conference lecture series every Wednesday, ensuring coverage and coordination of vacation schedules**,** serving as a liaison between faculty and residents, assisting faculty members in interviewing and selecting new residency applicants, coordinating Journal Club monthly, assisting with intern orientation, addressing discipline issues as needed.

**Resident, Department of Emergency Medicine** 07/2009--06/2012
*Louisiana State University Health Sciences Center*
Shreveport, Louisiana

**Emergency Medicine Physician** 11/2011--06/2012
*McCurtain Memorial Hospital*
Idabel, Oklahoma

Lucas Hennings, MD
Curriculum Vitae, page 3

## Postgraduate Medical Training

**Residency**  07/2009—06/2012
*Emergency Medicine*
*Louisiana State University Health Sciences Center*
*Shreveport, Louisiana*
Chief Resident 2011-2012

**Internship**  07/2009—06/2010
*Emergency Medicine*
*Louisiana State University Health Sciences Center*
*Shreveport, Louisiana*

## Education

**Doctor of Medicine**  09/2005—05/2009
*Ross University School of Medicine*
Graduated with high honors

**Bachelor of Science Business Administration/Finance**  08/2000—05/2004
*Colorado State University*
*Fort Collins, CO*
Cum Laude

## Board Certification

**American Board of Emergency Physicians**  2013-current

## Medical Licenses

*Colorado*  DR.0056373

*Oklahoma*  28752 (not current)

## Professional Awards

*Master Clinician*  2013
This award is given to physicians with a proven track record of outstanding clinical performance and honors those who are consistently leaders in both productivity and in patient satisfaction. It is given by Emergency Medicine Physicians, a large national physician-owned company that staffs Emergency Departments throughout the United States.

Lucas Hennings, MD
Curriculum Vitae, page 4

## Professional Memberships

| | |
|---|---|
| *American College of Emergency Physicians* | member since 2008 |
| | Fellow since 10/2015 |
| *American Academy of Emergency Medicine* | member since 2009 |
| | Fellow since 2013 |
| *Undersea and Hyperbaric Medical Society* | member since 2017 |
| *Society of Academic Emergency Medicine* | 2009-2012 |
| *Emergency Medicine Residents Association* | 2008-2012 |

## Professional Activities

| | |
|---|---|
| *Board of Directors*<br>UC Health Memorial Hospital | 2022-current |
| *Director of Paramedic Services*<br>UC Health Memorial Hospital | 2020—current |
| *Peer Review Committee*<br>UC Health Memorial Hospital | 2021—current |
| *Director of Onboarding and New Hire Orientation*<br>UC Health Memorial Hospital | 2021—current |
| *Advanced Practice Provider Mentorship Program*<br>UC Health Memorial Hospital | 2016-current |
| *Peer Review, Saint Francis Hospital* | 2013-2016 |
| *STEMI Committee, Saint Francis Hospital* | 2014-2016 |
| *Stroke Committe, Saint Francis Hospital* | 2014-2016 |
| *Readmission Reduction Strategy Committee, Saint Francis Hospital* | 2015-2016 |
| *Medical Records Documentation Integrity Committee, Saint Francis Hospital* | 2015-2016 |
| *Emergency Medicine Physicians Recruiting Team,* | 2013-2016 |

Lucas Hennings, MD
Curriculum Vitae, page 5

| | |
|---|---|
| *Sepsis Committee, Saint Francis Hospital* | 2013-2016 |
| *Sedation Committee, Saint Francis Hospital* | 2015-2016 |
| *Therapeutic Hypothermia Committee, Saint Francis Hospital* | 2012-2016 |

*Sudden Impact: An Injury Prevention Program*            07/2011—06/2012
I was directly involved in setting up this program in Shreveport, Louisiana.  I coordinated work with the Caddo Parish Coroner, law enforcement personnel, hospital administration, high school administrators, and departments of Trauma Surgery and Pediatrics within the hospital.  The purpose of Sudden Impact is to prevent injuries and fatalities from impaired driving, improper seat belt use, and distracted driving.  We used a multidisciplinary approach to educate high school sophomores in our community.  This approach includes interactive sessions with law enforcement personnel, emergency medicine and trauma physicians, as well as trauma victims within the community.  The high school students get to visit the Emergency Department and Surgical Intensive Care Unit after being involved in a mock trauma at LSU hospital.

*Residency Program Representative,*            03/2011--06/2012
*Emergency Medicine Resident Association*
Duties included representing my residency program for the Emergency Medicine Resident Association, attending quarterly conference calls, and voting on my program's behalf at all conferences.

*Resident Council, Louisiana State University Health Sciences Center*    07/2009--06/2012

*ACLS classes, small group leader and integrative processes*        09/2010--06/2012

## Medical Education Activities

*Primary Training in Hyperbaric Medicine*            05/2017
*National Baromedical Services, Inc., Columbia, South Carolina*

*Society of Academic Emergency Medicine Annual*            06/2011
*Chief Resident Forum: Boston, Massachusetts*

*Emergency Medicine Interest Group Medical Student*            07/2009--06/2012
*Procedure Workshops—Instructor*
I was a resident instructor for medical students of all levels who are interested in emergency medicine. During the workshops, I worked with the students on procedures such as suturing techniques, central venous access, airway management and intubation, tube thoracostomy, lumbar puncture, and resuscitation.

**Medical lectures given:**

| | |
|---|---|
| *Documentation, Productivity, and the RVU System* | 12/16/2015 |
| *Toxicology and the Poisoned Patient* | 07/18/2015 |
| *Toxicology and the Poisoned Patient* | 07/09/2014 |
| *Guidelines for Ordering Head CT's* | 03/18/2013 |
| *Adrenal Insufficiency and Adrenal Crisis* | 07/13/2011 |
| *Acute Peripheral Neurologic Lesions* | 06/22/2011 |

Lucas Hennings, MD
Curriculum Vitae, page 6

| | |
|---|---:|
| *Chronic Neurologic Disorders* | 06/22/2011 |
| *Right Upper Quadrant Pain* | 05/18/2011 |
| *Urologic Stone Disease* | 11/17/2010 |
| *Gastrointestinal Bleeding* | 07/28/2010 |
| *Peptic Ulcer Disease* | 07/28/2011 |
| *Toxicology: Acute Poisonings* | 02/17/2010 |
| *Pyloric Stenosis* | 02/12/2010 |
| *Sepsis: Identification and Treatment* | 01/13/2010 |

**Professional References**
**Available upon request**