IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-01708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT;

    Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity;

    Defendants.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE AND LIMIT THE TESTIMONY OF EXPERT STEVEN B. BIRD**
_____

Plaintiff Estate of Chad Burnett, by and through undersigned counsel, hereby submits this Unopposed Motion for Extension of Time to File a Response to Defendants' Motion to Exclude and Limit the Testimony of Expert Steven B. Bird (ECF No. 79) ("Motion to Exclude"). Plaintiff respectfully requests a fourteen (14) day extension up to and including **February 16, 2024**. In support thereof, Plaintiff states as follows:

**COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel has conferred with counsel for Defendants, and Defendants do not oppose the relief requested.

## UNOPPOSED MOTION FOR EXTENSION OF TIME

1. Pursuant to the Amended Scheduling Order (ECF No. 75), the Parties filed their respective Rule 702 Motions, and Defendants Filed their Motions for Summary Judgment on December 22, 2023. (ECF Nos. 77-81).

2. Plaintiff's responses to Defendants Inazu, Daigle, Fleming, and Barth's Motion for Summary Judgement (ECF No. 77), Defendant Colorado Springs' Motion for Summary Judgement (ECF No. 78), and Defendants' Motion to Exclude (ECF No. 79) are currently due February 2, 2024. *See* ECF No. 84.

3. Given the extensive nature of the summary judgment briefing that is also due on February 2, 2024, Plaintiff needs additional time to complete the response to Defendants' Motion to Exclude.

4. Pursuant to D.C.COLO.LCivR 6.1(b), this Motion is the second request for an extension of time for Plaintiff's response to Defendants' Motion to Exclude. The Court previously granted the Parties' Joint Motion for Extension of Time to File Responses to Summary Judgment and Rule 702 Motions. (ECF No. 83). The Court has granted three previous extensions of time unrelated to this request.

5. No parties will be prejudiced by an extension of the deadline. Plaintiff has no desire to cause undue or excessive delay of proceedings in this case.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order extending the deadline to file a response to Defendants' Motion to Exclude by fourteen (14) days, up through and including **February 16, 2024.**

DATED this 30th day of January 2024

        RATHOD | MOHAMEDBHAI LLC

        *s/ Ciara M. Anderson*
        Ciara M. Anderson
        Felipe Bohnet-Gomez
        2701 Lawrence Street, Suite 100
        Denver, Colorado 80205
        (303) 578-4400
        ca@rmlawyers.com
        fbg@rmlawyers.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO EXCLUDE AND LIMIT THE TESTIMONY OF EXPERT STEVEN B. BIRD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Pursuant to D.C.COLO.LCivR 6.1(c) and this Court's Revised Practice Standard II.D.2, Plaintiff served the foregoing via email:

Millicent Spears, Personal representative
The Estate of Chad A. Burnett

*s/ Ciara M. Anderson*
Ciara M. Anderson