# Exhibit 1

**Curriculum Vitae**                              1                              Steven B. Bird, M.D.

**November  2022**

# Steven B. Bird, M.D.

## PERSONAL INFORMATION

Address:        Department of Emergency Medicine
                University of Massachusetts Medical School
                55 Lake Avenue North
                LA-167
                Worcester, MA. 01655   USA

Home:           6 Laurel Ridge Ln
                Shrewsbury, MA  01545

Telephone:      (508) 421-1422
Cell:           (508) 868-6705
Fax:            (508) 421-1490
E-mail:         steven.bird@umassmemorial.org

## EDUCATION

M.D., *Alpha Omega Alpha*                    1991 – 1995
Northwestern University
Chicago, Illinois

B.S. Biology, *cum laude*                    1987 – 1991
Yale University
New Haven, Connecticut

## POST-GRADUATE TRAINING

Fellow in Toxicology                         2002 – 2004
University of Massachusetts Medical School
Worcester, MA

Chief Resident in Emergency Medicine         2001 – 2002
University of Massachusetts Medical School
Worcester, MA

Resident in Emergency Medicine               1999 – 2002
University of Massachusetts Medical School
Worcester, MA

US Naval Flight Surgeon                       1996 – 1999
Marine Corps Air Station Futenma
Okinawa, Japan

Resident in Surgery                          1995 – 1996
Naval Hospital San Diego
San Diego, CA

**Curriculum Vitae**                                    2                              Steven B. Bird, M.D.

## LICENSURE AND BOARD CERTIFICATION

American Board of Emergency Medicine, 2003 and 2013

American Board of Toxicology, 2004 and 2014

Massachusetts Physician License # 205932


## ACADEMIC APPOINTMENTS

| | |
|---|---|
| Professor of Emergency Medicine<br>Department of Emergency Medicine<br>University of Massachusetts Medical School<br>Worcester, MA | 3/2016 - current |
| Associate Professor of Emergency Medicine<br>Department of Emergency Medicine<br>University of Massachusetts Medical School<br>Worcester, MA | 1/2010 – 3/2016 |
| Assistant Professor of Emergency Medicine<br>Department of Emergency Medicine<br>University of Massachusetts Medical School<br>Worcester, MA | 9/2004 – 1/2010 |
| Instructor of Emergency Medicine<br>Department of Emergency Medicine<br>University of Massachusetts Medical School<br>Worcester, MA | 8/2002 – 8/2004 |

## DEPARTMENTAL, SCHOOL, and HOSPITAL APPOINTMENTS

| | |
|---|---|
| IT Steering Council<br>UMassMemorial Healthcare<br>Worcester, MA | 2/2020 - current |
| Space Allocation and Utilization Committee<br>UMass Medical School & UMassMemorial Healthcare<br>Worcester, MA | 2/2020 – current |
| Chief Experience Officer (CXO)<br>UMassMemorial Healthcare<br>Worcester, MA | 9/2019 - current |
| Medical Center/Medical Group Leadership Team<br>UMassMemorial Healthcare<br>Worcester, MA | 9/2019 – current |
| Joint Leadership Team<br>UMass Medical School & UMassMemorial Healthcare<br>Worcester, MA | 9/2019 – current |
| Chair, Division Director of EMS Search Committee<br>Department of Emergency Medicine | 3/2017 - 1/2018 |

**Curriculum Vitae**                                        3                                  Steven B. Bird, M.D.

University of Massachusetts Medical School
Worcester, MA

Comprehensive Stroke Center Director Search Comm.   8/2016 - 12/2016
University of Massachusetts Medical School
Worcester, MA

Clinician Health and Well-Being Committee Co-Chair   8/2015 - current
University of Massachusetts Medical School
Worcester, MA

Dept of Neurosurgery Chair Search Committee   9/2014 - 6/2016
University of Massachusetts Medical School
Worcester, MA

Dept of EM Clinical Quality Review Committee   7/2013 - current
UMassMemorial Healthcare
Worcester, MA

Medical Staff President   7/2013 - 6/2015
UmassMemorial Healthcare
Worcester, MA

Chief Medical Officer Search Committee   6/2013 - 9/2013
UMassMemorial Healthcare
Worcester, MA

Vice Chair of Education   3/2012 - 9/2019
Department of Emergency Medicine
University of Massachusetts Medical School
Worcester, MA

Chair of Hospital Credentials Committee   7/2011 - 6/2013
UMassMemorial Healthcare
Worcester, MA

Medical Staff President-Elect   7/2011 - 6/2013
UMassMemorial Healthcare
Worcester, MA

Assistant Director of Clinical Operations   3/2011 - 11/2013
Department of Emergency Medicine
University of Massachusetts Medical School
Worcester, MA

Program Director for Emergency Medicine Residency   3/2011 - 8/2019
University of Massachusetts Medical School
Worcester, MA

Medical Staff Executive Committee   6/2010 - current
UMassMemorial Medical Center
Worcester, MA

Attending Emergency Physician   7/2002 - current
University of Massachusetts Medical Center
Worcester, MA

**Curriculum Vitae**                                         4                                    Steven B. Bird, M.D.

Attending Emergency Physician                 7/2002 - current
Marlborough Hospital
Marlborough, MA

Attending Emergency Physician                 7/2002 - current
Clinton Hospital
Clinton, MA

## MEMBERSHIPS AND SOCIETIES

Council of Residency Directors for Emergency Medicine  2011- 2019

American College of Medical Toxicology           2001 - current

Massachusetts College of Emergency Physicians    1999 - current

Society for Academic Emergency Medicine          1998 - current

American College of Emergency Physicians         1998 - current

## HONORS AND AWARDS

Outstanding Contribution to Medical Toxicology Research     2021
American College of Medical Toxicology

National Leadership Award                                  2019
UMass Department of Emergency Medicine

Emergency Medicine Residency Teaching Award               2018
UMass Emergency Medicine Residency

Emergency Medicine Residency Teaching Award               2016
UMass Emergency Medicine Residency

Lean Yellow Belt                                          2015

Best Scientific Presentation                              2014
American College of Medical Toxicology Annual Meeting

Team Award for Quality Care                               2012
UMassMemorial Healthcare

Lean White Belt                                           2012

Best New Speaker Award                                    2012
American College of American Physicians Annual Meeting
Perfect audience evaluation score of 100%.

Young Investigator Award                                  2007
Society for Academic Emergency Medicine

Best Resident Basic Science Presentation                 2002

**Curriculum Vitae**                                     5                                    Steven B. Bird, M.D.

Society for Academic Emergency Medicine

Excellence in Research Award                               2002
New England Regional Research Directors

Navy and Marine Corps Achievement Medal                    1999

Alpha Omega Alpha                                          1994

Yale University Richter Fellow                             1990

## **PROFESSIONAL ACTIVITIES**

### *Departmental/Institutional*

Claims Committee                                  4/2021 - current
UMassMemorial Health
Worcester, MA

- Member of the Claims Committee of our self-insured captive
- Review all claims and lawsuits brought against UMassMemorial Health
- Evaluate each claim and lawsuit and give recommendations to the CEO with regards to defense, settlement, or trial, as well as recommend financial limits on any settlement

Chief Experience Officer (CXO)                    9/2019 - current
UMassMemorial Health, Medical Group, and Medical School
Worcester, MA

- CXO for jointly funded position of the health system, group practice, and medical school. Responsible for all wellness and engagement activities for all physicians, advanced practice providers, residents, and fellows.
- Led efforts that saw our Press Ganey physician engagement at the University Campus climb from the 1st percentile to the 18th percentile.
- Reports directly to hospital president, Dean, and group practice president.
- Member of Medical Center/Medical Group Leadership Team as well as Joint Leadership Team (involving medical school).
- Successfully led to UMass joining the Stanford Physician Wellness Academic Consortium in June 2020.
- Created a cadre of wellness coaches to allow for free wellness coaching for all faculty, residents, and fellows.
- Jointly-led the Caring for the Caregiver efforts during COVID-19 pandemic.

Peer Support Program                              6/2016 - current
UMassMemorial Healthcare
Worcester, MA

- Creator, with the assistance of a competitive grant from risk management, of a peer support network at UMassMemorial Healthcare. The peer support network is a group of 25 physicians trained in providing assistance to physicians facing difficulties related to poor patient outcomes, litigation, and other stressors. The Peer Support Program receives a new referral roughly once every 12 days.

Clinician Health and Well-Being Committee         8/2015 - current

**Curriculum Vitae**                                6                                Steven B. Bird, M.D.

UMassMemorial Healthcare
Worcester, MA

- Selected by System CMO to co-chair the Clinician Health and Well-Being Committee (CHWC). The mission of this committee is to proactively identify, counsel, and refer physicians before an adverse event occurs.

Wellness Committee Chair                           4/2015 - current
Department of Emergency Medicine
University of Massachusetts Medical School
Worcester, MA

- Created a wellness committee for our residency and department. Invited national speakers on the topic and facilitated a "Notes Day" (modeled on the process improvement structure of Pixar) to help identify local, institutional, and departmental factors associated with physician burnout. Instituted wellness initiatives within the residency, including a wellness and empathy curriculum.

Vice Chair of Education                            3/2012 - 9/2019
Department of Emergency Medicine
University of Massachusetts Medical School
Worcester, MA

- Responsible for all aspects of education within the Department of Emergency Medicine, including undergraduate, graduate, and allied health professional education. The Department has 36 residents in a PGY1-3 residency; 50+ faculty members; 9 fellows; and UMass and visiting medical students.

- Oversaw the development and implementation of mandatory UMass medical student class "Emergency Clinical Problem Solving". This class began in May, 2013, and is required for all 125 4th year medical students.  Responsible for 4th-year medical student elective in Emergency Medicine. Direct report for 5 physicians and oversees staff of 4 administrative assistants.

President of the Medical Staff                     7/2013 - 6/2015
UMassMemorial Healthcare

- Served a two-year term as president of the medical staff. Responsible for review of all new and renewal applications to the medical staff. Coordinated with Chief Medical Officer all institution peer reviews, including the Chief Physician Officer, hospital general counsel, applicable department chairs, and the individual physician in question. As president of the medical staff I also presided over quarterly medical staff meetings, participated in JCAHO preparation focus groups, and assisted the Chief Medical Officer and Group Practice President as needed.

Clinical Competency Committee                      3/2012 - current
Emergency Medicine Residency
University of Massachusetts Medical School
Worcester, MA

- Responsible for determining the competency and promotion for 36 emergency medicine residents and coordinates decisions with the Graduate Medical Education office.

Chair, Medical Staff Credentialing Committee       7/2011 - 6/2013
UMassMemorial Healthcare

**Curriculum Vitae**                                   7                                   Steven B. Bird, M.D.

- Served two years as Chair of the Medical Center's credentialing. Reviewed all new and renewal applications to the medical staff. Coordinated with Chief Medical Officer and Department Chairs or Division Chiefs for candidates that are conditionally approved or not recommended for approval.

Assistant Director of Clinical Operations          3/2011 - 12/2013
Department of Emergency Medicine
University of Massachusetts Medical School
Worcester, MA

- Worked closely with the Director of Clinical Operations to strategize long-term vision and processes for the Department's clinical activities. Interviewed all candidates for faculty positions and fellowships. Responsible for the yearly performance evaluations for 5 faculty members.

- Instrumental in the initiation of the Departmental Peer Review Process, a nationally recognized model of peer review and process improvement.

Emergency Medicine Residency Curriculum Committee  2011 - current
University of Massachusetts Medical School
Worcester, MA

- Responsible for overhaul of entire 18-month emergency medicine residency curriculum.

Peer Review Committee                              2011 - current
Department of Emergency Medicine
University of Massachusetts Medical School

- A nationally recognized peer review process whose monthly meeting of approximately 12 individuals confidentially and anonymously reviews concerns of care. Feedback delivered to individual practitioners and findings presented at weekly departmental Morbidity and Mortality conference.

Medical Staff Executive Committee                 2010 - current
UMass Memorial Medical Center
Worcester, MA

- Executive committee of the medical staff. Reviews and approves all hospital policies. Responsible for approval of medical staff privileges and recommending/monitoring physicians' compliance with Physician Health Services as needed.

Research Committee                                2003 - current
Department of Emergency Medicine
University of Massachusetts Medical School
Worcester, MA

- Committee charged with providing guidance and vision for Departmental research; reviewing internal and extramural proposals; and awarding internal funding.

Emergency Medicine Residency Selection Committee   2002 - current
University of Massachusetts Medical School
Worcester, MA

- 15 years of service on committee that reviews, interviews, and ranks medical students applying to UMass for emergency medicine through the NRMP Match. Chair of this committee since 2011.

Chair of Physician Incentive Compensation Committee  2006 - 2011

Department of Emergency Medicine
UMassMemorial Healthcare
Worcester, MA

- Responsible for the development and growth of the emergency medicine physician incentive compensation plan. Grew this plan from a total of $70,000 per year in 2005 to over $1.1 million in 2011 (and now up to $1.5 million). Responsible for determination of incentive plan metrics, monitoring performance of those metrics across approximately 60 faculty, and yearly reporting of the metrics.

Procedural Sedation Committee                          2004 - 2010
UMassMemorial Healthcare
Worcester, MA

- Committee responsible for writing institutional policies regarding procedural sedation. Also responsible for reviewing quality data and any adverse events related to procedural sedation for the hospital and clinics.

### *National*

Board of Directors – Immediate-Past President          5/2019 – 5/2020
Society for Academic Emergency Medicine

- Immediate-Past President of the 6700-member Society for Academic Emergency Medicine. Responsible for guiding the 9-member Board of Directors on overall strategic plan for the organization, as well as guiding a $4.5 million budget.

Board of Directors – President                          5/2018 - 5/2019
Society for Academic Emergency Medicine

- President of the 6700-member Society for Academic Emergency Medicine. Responsible for guiding the 9-member Board of Directors on overall strategic plan for the organization, as well as guiding a $4.5 million budget.

Board of Directors – President-Elect                    5/2017 - 5/2018
Society for Academic Emergency Medicine

- Elected to the President-Elect role of SAEM in March 2017. Will assume role of President in May 2018.

AAMC Standardized Video Interview Workgroup            1/2017 - 8/2019

- Member of workgroup convened by the AAMC to define rubric for scoring of the Standardized Video Interview (SVI) project. Furthermore, we analyzed interim data from a trial of the SVI and have informed the AAMC on methods to improve the SVI, as well as creating a research agenda around the SVI.

National Academy of Medicine (NAM)                     1/2017 - current
Clinician Well-Being Action Collaborative

- I represent the field of emergency medicine on this national collaborative involving the entire house of medicine. The mission of the NAM Clinician Well-Being Action Collaborative (chaired by Drs. Victor Zhou, Thomas Nasca, and Darrel Kirch) is to create a body of knowledge, research agenda, and implementation science to mitigate burnout amongst physicians, promote wellness, and return joy to the practice of medicine. I am one of just 3 emergency physicians involved in this national effort.

**Curriculum Vitae**                                        9                                        Steven B. Bird, M.D.

Board of Directors – Secretary-Treasurer            5/2016 – 5/2017
Society for Academic Emergency Medicine

- Member of the Board of Directors. Responsible for financial oversight of the largest academic emergency medicine society in the U.S., with annual budget of over $4 million. Participate in the strategic direction of the Society.

Board of Directors                                  2011 - 2013 & 2016 - 2019
Emergency Medicine Foundation

- Member of the Board of Directors of the EMF, a 501c3 research funding organization affiliated with the American College of Emergency Physicians. Responsible for directing areas of research focus as well as fund raising and approving grant funding of approximately $1 million per year.

Board of Directors                                  5/2014 - current
Society for Academic Emergency Medicine Foundation

- Member of the Board of Directors of the SAEM Foundation, a 501c3 research funding organization with a corpus of over $11 million. Responsible for directing areas of research focus as well as fund raising.

Board of Directors (member-at-large)                5/2014 - 5/2016
Society for Academic Emergency Medicine

- Member of the Board of Directors. Responsible for oversight and providing strategic direction for the largest academic emergency medicine society in the U.S.

Search Committee                                    10/2014 - 5/2015
CEO of the Society for Academic Emergency Medicine

- Member of 10-person search committee for new CEO of the Society for Academic Emergency Medicine. Resulted in the hiring of CEO Megan Schagrin.

Search Committee                                    9/2014 - 7/2015
Academic Emergency Medicine Editor-in-Chief

- Member of 6-person search committee for new Editor-in-Chief of Academic Emergency Medicine.

NIH Special Emphasis Panel Review Member            2012 - 2016

- Serves as review for NIH panel ZRG1 MDCN-B

Finance Committee                                   2011 - 2013
American College of Emergency Physicians

- Committee responsible for generating and approving ACEP's yearly budget of roughly $22 million. Interacted directly with ACEP's Executive Director, CFO, and Board of Directors.

Annual Meeting Program Committee                    2008 - 2014
Society for Academic Emergency Medicine

- Co-chair of scientific subcommittee. Responsible for coordinating reviewers and reviewing more than 1,200 abstracts to the SAEM annual meeting. Responsible for organization of the entire scientific

**Curriculum Vitae**                    10                    Steven B. Bird, M.D.

aspects of the meeting (determining oral presentations, poster presentations, assigning moderators, meeting room assignments at host hotels, etc.

Grants Committee                                  2004 - 2014
Society for Academic Emergency Medicine

- Responsible for reviewing grant applications to SAEM. Served as chair of the Institutional Research Training Grant category in 2010, the Education Research Grant in 2011, and the Spadafora Medical Toxicology Grant in 2012. Made recommendations for funding to the SAEM Board of Directors for grants totaling approximately $400,000/year.

Scientific Review Committee                       2003 - 2011
American College of Emergency Physicians

- Responsible for reviewing grant applications to Emergency Medicine Foundation. Made recommendations for funding to the EMF Board of Directors for grants totaling more than $1,000,000/year.

Research Committee                                2003 - 2004
Society for Academic Emergency Medicine

### International

Southeast Asia Toxicology Research Consortium      2004 – current

### Scholarly

Editorial Board                                   2019 - current
*The Journal of Wellness*

Editorial Board                                   2009 - current
*Academic Emergency Medicine*

Editorial Board                                   2009 - 2013
*The Open Toxinology Journal*

Editorial Board – founding member                 2005 - 2011
*Journal of Medical Toxicology*

Manuscript reviewer for *JAMA; Academic Emergency Medicine; Annals of Emergency Medicine; Pediatrics; Journal of Emergency Medicine; Journal of Medical Toxicology; Clinical Toxicology; The Open Toxinology Journal; PLoS One*

### Invited Attendance

American College of Medical Toxicology Chemical Agents of Opportunity symposium
Nashville, TN, May 2019

12th International Symposium on Protection Against Chemical Warfare Agents
Munich, Germany, April 2019

Western Regional SAEM Conference, Napa, CA, March 2019

NINDS CounterACT meeting, Boston, MA, June 2017

10th International Symposium on Protection Against Chemical Warfare Agents
Munich, Germany, April 2017

NINDS CounterACT meeting, Davis, CA, June 2016

NINDS CounterACT meeting, New York, NY, June 2015

NINDS CounterACT meeting, Denver, CO, June 2014

13th Congress of APAMT, Shenyang, China, September 2014

NIH Workshop on Neurologic Effects of Nerve Agents, Bethesda, MD, February 2014

NY Chapter of the American College of Emergency Physicians, Lake George, NY, July 2013

NINDS CounterACT meeting, Bethesda, MD June 2013

NINDS CounterACT meeting, San Francisco, CA June 2012

11th National Congress of the Iranian Society of Toxicology, Mashad, Iran, August 2011

5th Congress of APAMT, Colombo, Sri Lanka, August 2006

8th International Symposium on Protection Against Chemical Warfare Agents
Munich, Germany, May 2004


## SIGNIFICANT MENTORING

| | | |
|---|---|---|
| Sneha Shah, MD | AMA Women's Section Award | 2014 |
| John Haran, MD | SAEM Research Training Grant | 2014-2015 |
| Chad Darling, MD | K23 from NHLBI | 2010-2015 |
| Romolo Gaspari, MD | K08 from NINDS | 2007-2012 |


## COMMUNITY ACTIVITIES

St. John's High School Gala – Planning committee      2018 - 2020

- Assisted in securing sponsorships and auction items, selling tables, and planning the annual St. John's High School Galal. This event raised more than $250,000.

Yale Alumni Schools Committee – Central Mass      2009-2012

- Responsible for coordinating, assigning, and reviewing approximately 40 Yale alumni interviews of applicants to Yale University.

**Curriculum Vitae**                                    12                                    Steven B. Bird, M.D.

Spring Street School Chess Club                                    2009-2014

- Organized, coached, and facilitated the chess club for Spring Street School in Shrewsbury, Massachusetts, for grades 1-4. Increased participation in this chess club to nearly 40% of students in the school, creating the largest elementary chess club in New England.

Central Mass Heart Ball – Planning committee                    2010 & 2011

- Responsible for securing sponsorships and auction items, selling tables, and planning the annual American Heart Association Ball. This event raises more than $300,000 annually.


## TEACHING RESPONSIBILITIES

*Grand Rounds/Invited Lectures*

University of Vermont Grand Rounds. "Chest Pain Testing in the ED" December 11, 2017, Burlington, VT.

University of West Virginia Grand Rounds. "Rationale Testing in the ED" August 24, 2017, Morgantown, WV.

Society for Academic Emergency Medicine Annual Meeting, "Before Taking Care of Others You Must Take Care of Yourself" May 2017, Orlando, FL

Society for Academic Emergency Medicine Annual Meeting, "Accepting Risk and the Myth of Zero" May 2017, Orlando, FL

Falmouth Hospital Emergency Care Conference, "Emerging Drugs of Abuse and Testing Conundrums" March 2017, Falmouth, MA

University of Vermont Larner School of Medicine, Emergency Medicine Update, "Visual Toxicology". February 2017, Stowe, VT

University of Vermont Larner School of Medicine, Emergency Medicine Update, "Pattern Recognition in Toxicology". February 2017, Stowe, VT

North American Congress of Clinical Toxicology, "Neurotoxicology of Organophosphorus Pesticides". October 2016, Boston, MA

Controversies and Consensus in Emergency Medicine conference, "Safely Decreasing Stress Testing from the Emergency Department". September 2016, Northampton, MA

Society for Academic Emergency Medicine Annual Meeting, "Accepting Risk and the Myth of Zero" May 2016, New Orleans, LA

Society for Academic Emergency Medicine Annual Meeting, "Metacognition: How Physicians Think" May 2016, New Orleans, LA

Boston Medical Center faculty retreat, "Wellness, Resiliency, and Empathy", April 2016, Newport, RI

American College of Emergency Physicians Annual Meeting, "Beyond the Bends" October 2015, Boston, MA

American College of Emergency Physicians Annual Meeting, "Dangerous Drug Interactions" October 2015, Boston, MA

**Curriculum Vitae**                                          13                                          Steven B. Bird, M.D.

American College of Emergency Physicians Annual Meeting, "Nature's Deadliest Creatures" October 2015, Boston, MA

ACEP Toxicology Interest Group, "From Benchtop to Sri Lanka: One Toxicologists Journey" October 2015, Boston MA

Society for Academic Emergency Medicine Annual Meeting, "Do Your Patients Know You Care? Methods to Convey Empathy" May 2015, San Diego, CA

American College of Emergency Physicians Annual Meeting, "Dangerous Drug Interactions" October 2014, Chicago, IL

American College of Emergency Physicians Annual Meeting, "Environmental Emergencies" October 2014, Chicago, IL

Rhode Island Hospital/Brown University. "How Physicians Think" September 2014, Providence, RI.

Asia Pacific Association of Medical Toxicology, "Translational Therapies for Acute Organophosphorus Inhibitor Poisoning" September 2014, Shenyang, China.

Sapporo Medical University, "Novel Therapies for Acetylcholinesterase Inhibitor Poisoning" September 2014, Sapporo, Japan.

Society for Academic Emergency Medicine Annual Meeting, "Metacognition: Thinking About How You Think" May 2014, Dallas, TX

American College of Emergency Physicians Annual Meeting, "Dangerous Drug Interactions That Can Kill Your Patients" October 2013, Seattle, WA

American College of Emergency Physicians Annual Meeting, "Cutting-Edge Ideas in Toxicology" October 2013, Seattle, WA

Albany Medical College Department of Emergency Medicine, "How to Give a Presentation" August 2013, Albany, NY

Boston Medical Center Department of Emergency Medicine. "Metacognition" August 2013, Boston, MA

New York chapter of the American College of Emergency Physicians: "New and Emerging Drugs of Abuse" July 2013, Lake George, NY

New York chapter of the American College of Emergency Physicians: "Drug-Drug Interactions in the Emergency Department" July 2013, Lake George, NY

American College of Emergency Physicians Annual Meeting: "What Goes Down, Must Come Up: Diving Medical Emergencies" October 2011, San Francisco, CA

American College of Emergency Physicians Annual Meeting: "Marine Envenomations" October 2011, San Francisco, CA

North Country Hospital: "Pattern Recognition in Adverse Drug Events" February 2011, Newport, Vermont

Washington University School of Medicine: ""Translational Research in Emergency" September 2010, St. Louis, MO

University of Massachusetts Medical School: "Translational Research in Emergency Medicine and Building an Academic Career" July 2009 Worcester, MA

**Curriculum Vitae**                                    14                                    Steven B. Bird, M.D.

Children's Hospital Boston - Pediatric Emergency Medicine and Massachusetts Poison Control Center; "Acetylcholinesterase Inhibitors" May 2008, Boston, MA

University of Iowa, Department of Emergency Medicine.  "Organophosphates and Chemical Nerve Agents."  November 2005, Iowa City, IA

University of Iowa, Department of Emergency Medicine.  "Antidepressant Poisoning."  April 2006, Iowa City, IA

University of Iowa, Department of Emergency Medicine.  "Pattern Recognition in Toxicology." April 2006, Iowa City, IA

University of Massachusetts Medical School: "Translational Research in Emergency Medicine: from Benchtop to Sri Lanka" June 2007 Worcester, MA

Brigham and Women's Hospital, Division of Emergency Medicine: "Cardiovascular Poisonings" May 2006, Boston, MA

Center for Disease Control and Prevention.  Agency for Toxic Substances and Disease Registry. "Agents of Opportunity:  Toxic Gases" March 2005, Hartford, CT

Brigham and Women's Hospital, Division of Emergency Medicine: "Procedures in Toxicology" February 2005, Boston, MA

Baystate Medicine Center, Department of Emergency Medicine "Poison Control Center Functions" March 2004, Springfield, MA

Portsmouth Naval Medical Center: "Pattern Recognition in Toxicology" March 2003, Portsmouth, VA

Harvard School of Public Health: "Neurotoxicology" October 2003, Boston, MA

*Classroom Lectures (selected)*
University of Massachusetts Emergency Medicine Residency: "Toxicology In-Service Review" February 2016, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "How to Give a Presentation" August 2015, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Toxicology In-Service Review" February 2015, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Metacognition" June 2013, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Toxicology In-Service Review" February 2013, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Dysbarism" Sept 2012, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Impact Factor and Bibliometric Indices" July 2012, Worcester, MA

**Curriculum Vitae**                            15                            Steven B. Bird, M.D.

University of Massachusetts Emergency Medicine Residency: "How to Give a Presentation"
Sept 2011, Worcester, MA

University of Massachusetts Emergency Medicine Residency:  "Pattern Recognition in Toxicology"
July 2011, Worcester, MA

University of Massachusetts Emergency Medicine Residency:  "Ethanol Forensics"
Apr 2011, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Acetaminophen Toxicity"
Aug 2007, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Endocrine Emergencies"
Feb 2007, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Pattern Recognition in Toxicology"
July 2006, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Toxic Alcohols"
April 2004, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Central Venous Access"
August 2003, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Introduction to the Poisoned Patient"
July 2003, Worcester, MA

Massachusetts College of Pharmacy: "Summertime Poisonings"
July 2003, Worcester, MA

Massachusetts College of Pharmacy: "Introduction to the Poisoned Patient"
May 2003, Worcester, MA

Emergency Medical Services: "A Trip Through the Medicine Cabinet"
December 2002, Williamstown, MA

University of Massachusetts Emergency Medicine Residency: "Acetaminophen"
August 2002, Worcester, MA

University of Massachusetts Emergency Medicine Residency: "Anti-hypertensive Poisonings"
January 2002, Worcester, MA

*Clinical Teaching and Supervision*
Responsible for all aspects of training for 36 emergency medicine residents

Oversees residents and medical students approximately 50 hours/month in the emergency department

Oversees 3 medical toxicology fellows and one emergency medicine resident per month on the toxicology consultation service

Participates in weekly toxicology conference for residents, fellows, and pharmacists


**PAPERS IN PEER-REVIEWED JOURNALS**

1.  Ghannoum G, Gosselin S, Hoffman RS et al. Extracorporeal treatment for ethylene glycol poisoning: systematic review and recommendations from the EXTRIP workgroup. *Critical Care Medicine* (in press).

2.  Lu D, Lee J, Alvarez A, Sakamoto J, **Bird SB**, Vandana S, Laa M, Nordenholz M, Manfredi R, Blomkalns Factors Driving Burnout and Professional Fulfillment Among Emergency Medicine Residents: A National Wellness Survey. *Acad Emerg Med Ed Training* 2022; 6:S5-S12.

3.  Bouchard J, Yates C, Calello DP et al. Extracorporeal Treatment for Gabapentin and Pregabalin Poisoning: Systematic Review and Recommendations From the EXTRIP Workgroup. *Am J Kid Dis.* 2022;79: 88-104.

4.  Lu D, Lee J, Alvarez A, Sakamoto J, **Bird SB**, Vandana S, Laa M, Nordenholz M, Manfredi R, Blomkalns A. Drivers of Professional Fulfillment and Burnout Among Emergency Medicine Faculty: A National Wellness Survey by the Society for Academic Emergency Medicine. *Acad Emerg Med* 2022; published online March 19, 2022. ttps://doi.org/10.1111/acem.14487

5.  Ghannoum G, Berling I, Lavergne V et al. Recommendations from the EXTRIP workgroup on extracorporeal treatment for baclofen poisoning. *Kid Interl* 2021;100:720-36.

6.  Brower KJ, Brazeau CMLR, Kiely SC, et al. The Evolving Role of the Chief Wellness Officer in the Management of Crises by Health Care Systems: Lessons from the Covid-19 Pandemic. *NEJM Catalyst.* 2021; 5. DOI:https://doi.org/10.1056/CAT.20.0612.

7.  Bouchard J, Shepherd G, Hoffman RS, et al. Extracorporeal treatment for poisoning to beta-adrenergic antagonists: systematic review and recommendations from the EXTRIP workgroup. *Crit Care* 2021;25**:** 201-. https://doi.org/10.1186/s13054-021-03585-7.

8.  Wong A. Hoffman RS, Walsh SJ, et al. Extracorporeal treatment for calcium channel blocker poisoning: systematic review and recommendations from the EXTRIP workgroup. *Clin Toxicol* 2021;59: 361-375.

9.  Mowry JB, Shepherd G, Hoffman RS, et al. Extracorporeal Treatments for Isoniazid Poisoning: Systematic Review and Recommendations from the EXTRIP Workgroup. *Pharmacotherapy* 2021; 00:1-16.

10. Berling I, King JD, Shepherd G, et al. Extracorporeal Treatment for Chloroquine, Hydroxychloroquine, and Quinine Poisoning: Systematic Review and Recommendations from the EXTRIP Workgroup. *J Am Soc Nephrol* 2020 Oct;31(10):2475-2489. doi: 10.1681/ASN.2020050564

11. Nordenholz KE, Alvarez A, Lall MD, **Bird S**, Blomkalns AL. Optimizing Wellness in Academic Emergency Medicine. *J Wellness* 2020. DOI: 10.18297/jwellness/vol2/iss2/8

12. Gallahue FE, Deiorio NM, Blomkalns A, **Bird SB**, et al. The AAMC Standardized Video Interview – Lessons Learned from the Residency Selection Process. *Acad Med* 2020. doi: 10.1097/ACM.000000000000357

13. Melnyk BM, Kelly SA, Stephens J . . . **Bird SB**. Interventions to Improve Mental Health, Well-Being, Physical Health, and Lifestyle Behaviors in Physicians and Nurses: A Systematic Review. *Am J Health Prom*, 2020 Nov;34(8):929-941.

14. Greenberger SM, Finnell JT, Chang BP, Garg N, Quinn SM, **Bird SB,** et al. Changes to the ACGME Common Program Requirements and Their Potential Impact on Emergency Medicine Core Faculty Protected Time. *Acad Emerg Med Ed & Training.* Nov 23, 2019. ttps://doi.org/10.1002/aet2.10421

15. **Bird SB**, Hern HG, Blomkalns A et al. Innovation in Residency Selection: The AAMC Standardized Video Interview. *Acad Med.* 2019;94:1489-97. doi:10.1097/ACM.0000000000002705

16. Gallahue FE, Hiller KM, **Bird SB** et al. The AAMC Standardized Video Interview: Reactions and Use by Residency Programs During the 2018 Application Cycle. *Acad Med* 2019;94:1506-12. doi: 10.1097/ACM.0000000000002714

17. Dyrbye LN, Meyers D, Ripp J, Dalal N, **Bird SB**, Sen S. A pragmatic approach for organizations to measure health care professional well-being. *National Acad Medicine*, Oct 2018, pp 1-11.Doi.org/10.31478/201809g

18. Deiorio NM, Jarou ZJ, Alker A, **Bird SB**, et al.  Applicant Reactions to the AAMC Standardized Video Interview During the 2018 Application Cycle. *Acad Med* 2019 Oct;94(10):1498-1505. doi: 10.1097/ACM.0000000000002842.

19. Jarou Z, Karl E, Alker A, **Bird SB**, et al.  Factors Affecting Standardized Video Interview Performance: Preparation Elements and the Testing Environment. *EM Resident*, April 17, 2018.

20. **Bird SB**, Blaomkalns A, Deiorio NM, Gallague FE. Beyond test scores and medical knowledge: the standardized video interview, an innovative and ethical approach for holistic assessment of applicants. *Acad Med* 2018;93:151.

21. **Bird S**, Blomkalns A, Deiorio NM, Gallague FE et al. Stepping up to the plate: emergency medicine takes a swing at enhancing the residency selection process. *AEM Ed & Training* 2017;2: 61-5. Doi: 10.1002/aet2.10068.

22. Shah S, Church R, Butler M, **Bird SB**. Assessment of emergency medicine faculty milestone competencies. *Intl J Ed Res Tech* 2017; 8 (2): 1-7.

23. **Bird SB**. Neurologic and pregnancy effects of carbon monoxide exposure. *Toxicol Open Access.* 2017, 3:4. Doi: 10.4172/2476-2067.

24. Bunya N, Sawamoto K, Benoit H, **Bird SB**. The Effect of Parathion on Red Blood Cell Acetylcholinesterase in the Wistar Rat. *J Toxicol* 2016. doi.org/10.1155/2016/4576952

25. **Bird SB**, Krajacic P, Sawamoto K, Bunya N, Loro E, Khurana TS.  Pharmacotherapy to protect the neuromuscular junction after acute organophosphate poisoning. *Proc Ann NY Acad Sci* 2016; 1674:86-93.

26. Marin JR, Lewiss RE, Shook JE, et al. Point-of-care ultrasonography by Pediatric Emergency medicine physicians. *Pediatrics* 2015;135:e1113-22.

27. Temple C, Gaspari R, **Bird S**. Caffeine reduces organophosphate induced respiratory failure; effect of caffeine on dichlorvos induced central respiratory failure in a rat model *Curr Topic Toxicol* 2015; 11, 15 – 21.

28. Reznek MA, Kotkowski KA, Arce MW, Jepson ZK, **Bird SB**, Darling CE. Patient safety incident capture resulting from incident reports: a comparative observational analysis. *BMC Emergency Medicine* 2015, **15**:6 doi:10.1186/s12873-015-0032-7.

29. Broach J, Krupa R, **Bird SB**, Manuell M. Regional preparedness for mass acetylcholinesterase inhibitor poisoning through plans for stockpiling and interhospital sharing of pralidoxime. *Am J Disaster Med.* 2014:9;4, 1-9. Doi:10.5055/ajdm.2014.0000

30. Jepson ZK,Darling CE, Kotkowski KA, **Bird SB**, Arce MA, Volturo GA, Reznek MA. Emergency department patient safety incident characterization: an observational analysis of the findings of a

standardized peer review process. *BMC Emergency Medicine* 2014,14:20-27.DOI:101186/1471-227X-14-20

31. Neavyn MJ, Blohm E, Babu KM, **Bird SB**. Medical marijuana and driving. *J Med Toxicol.* 2014; available online March 2014. DOI 10.1007/s13181-014-0393-4.

32. Jackson CJ, Carville A, Ward J, Mansfield K, Ollis DL, Khurana T, **Bird SB**. Use of OpdA, an Organophosphorus (OP) hydrolase, prevents lethalilty in an african green monkey model of acute OP poisoning. *Toxicol* 2014;317:1-5. doi: 10.1016/j.tox.2014.01.003

33. Sawamoto K, **Bird SB**, Katayama Y, Uemura S, Tanno K, Narimatsu E. Outcome from severe accidental hypothermia with cardiac arrest resuscitated with extracorporeal cardiopulmonary resuscitation. *Am J Emerg Med* 2014; 32(4):320-4. doi: 10.1016/j.ajem.2013.12.023.

34. Neavyn MJ, Boyer EW, **Bird SB**, Babu KM. Sodium acetate as a replacement for sodium bicarbonate   in medical toxicology. *J Med Toxicol.* 2013 Sep; 9(3):250-4 doi: 10.1007/s13181-013-0304-0.

35. Darling CE, Smith CS, Sun JE, Klauke CG, Lerner J, Cyr J, Paige P, Paige PG, **Bird SB**. Cost reductions associated with a quality improvement initiative for patients with ST-elevation myocardial infarction. *Jt Comm J Qual Patient Saf.* 2013;39:16-21. PMID 23367648

36. Dunn C, **Bird S**, Gaspari R. Intralipid Fat emulsion decreases respiratory failure in a rat model of parathion poisoning. *Acad Emerg Med.* 2012;19:504-509.

37. Rosenbaum C, **Bird SB**. Non-muscarinic targets of organophosphorus pesticides. *J Med Toxicol* 2010 Dec;6(4):408-12.

38. Jackson CJ, Scott C, Carville A, Mansfield K, Ollis DL, **Bird SB**. Pharmacokinetics of OpdA, an organophosphorus hydrolase, in the African green monkey. *Biochem Pharmacol* 2010;80:1075-9.

39. Gresham C, Rosenbaum C, Gaspari R, Jackson CJ, **Bird SB**. "Kinetics and efficacy of an organophosphorus hydrolase in a rodent model of methyl-parathion poisoning. *Acad Emerg Med* 2010; 17:736-740.

40. **Bird SB**, Dawson A, Ollis D. "Enzymes and bioscavengers for prophylaxis and treatment of organophosphate poisoning" *Front Biosci* 2010; S2:209-220.

41. Rosenbaum CR, Church R, **Bird SB**. "Timing and frequency of physostigmine redosing for antimuscarinic toxicity" *J Med Toxicol* Published online April 20, 2010. DOI 10.1007/s13181-010-0077-7

42. Weibrecht K, Dayno M, Darling C, **Bird SB**. ""Liver aminotransferases are elevated with rhabdomyolysis in the absence of liver injury" *J Med Toxicol.* Published online April 21, 2010. DOI 10.s131181-010-0075-9

43. **Bird S,** Sutherland T, Gresham C, Oakeshott J, Eddleston M. "OpdA, a recombinant bacterial organophosphourus hydrolase, prevents lethality in rats after poisoning with highly toxic organophosphours pesticides" *Toxicol* 2008;247: 88-92.

44. **Bird SB**. "Impact factors, H indices, and citation analyses in toxicology Journals" *J Med Toxicol* 2008;4: 261-274.

45. **Bird S,** Sivilotti M. "Self-plagiarism, textual reuse, and the intent to mislead." *J Med Toxicol* 2008;4: 69-70.

46.  Young K, **Bird S**, et al. "Productivity and career paths of previous recipients of SAEM research grant awards" *Acad Emerg Med* 2008; 15: 560-566.

47.  Ali F, Boyer E, **Bird S**. "Estimated risk of hepatotoxicity after an acute acetaminophen overdose in alcoholics" *Alcohol* 2008;42: 213-218.

48.  Kent K, Ganetsky M, Cohen J **Bird S**. "Non-fatal ventricular dysrhythmias associated with severe salicylate toxicity" *Clin Toxicol* 2008; 46: 297-299.

49.  **Bird SB**, Rosenbaum CR. "Onset of symptoms after methadone overdose." Am J Emerg Med. 2008;26: 242.

50.  Miller M, Navarro M, **Bird S**, Donovan J. "Antiemetic use in acetaminophen poisoning: how does the route of N-acetylcysteine administration affect utilization?" *J Med Toxicol* 2007; 3: 152-156.

51.  Sivilotti MLA, **Bird SB**, Lo JCY, Dickson EW. "Multiple centrally-acting antidotes protect against severe organophosphate toxicity" *Acad Emerg Med* 2006; 13: 359-364.

52.  **Bird SB**, Lane DR. "House officer procedure documentation using a personal digital assistant: a longitudinal study" *BMC Medical Informatics and Decision Making* 2006; 6.

53.  Weizberg M. Su M. Mazzola JL. **Bird SB**. Brush DE. Boyer EW. "Altered mental status from olanzapine overdose treated with physostigmine" *Clin Toxicol.* 44(3):319-25, 2006.

54.  Babu KM, McCormick M, **Bird S**. "Pediatric dietary supplement use – an update. *Clin Ped Emerg Med* 2005; 6: 85-92.

55.  Mazzola JL, **Bird SB**, Brush DE, Aaron CK, Boyer EW. "Levofloxacin-related seizure activity in a patient with Alzheimer's disease: assessment of potential risk factors" *Clin Psychopharm* 2005;25:287-288.

56.  Brush DE, **Bird SB**, Boyer EW. "γ-Hydroxybutyrate use in older adults." *Ann Intern Med* 2004; 140:W70-71.

57.  DE Brush, **SB Bird**, EW Boyer. "Monoamine oxidase inhibitor poisoning resulting from internet misinformation on illicit substances." *J Tox Clin Tox* 2004;42:191.

58.  **Bird SB,** Boyer EW. "The pharmacology and toxicology of ranolazine: a new metabolic modulator" *IJMT* 2003;6.

59.  Dickson EW, **Bird SB**, Gaspari R., Boyer E, Ferris C. "Diazepam attenuates central respiratory depression due to organophosphate poisoning". *Acad Emerg Med* 2003;10:1303-1306.

60.  **Bird SB**, Gaspari R, Dickson EW. "Early death due to acute, severe organophosphate poisoning is a centrally mediated process". *Acad Emerg Med* 2003;10:295-298.

61.  **Bird SB**, Gaspari RJ, Lee WJ, Dickson EW. "Diphenhydramine as a protective agent in severe organophosphate poisoning" *Acad Emerg Med* 2002 9:1369-1372.

62.  Bonkovsky H, Azar R, **Bird S**, Szabo G, Banner B "Severe cholestatic hepatitis caused by thiazolidinediones: risks associated with substituting rosiglitazone for troglitazone" *Digest Dis Sci* July 2002;44:1632-1637.

63.  **Bird SB**, Dickson EW. "Clinically significant Changes in pain along the visual analog scale" *Ann Emerg Med.* 2001;38:639-643.

64.  **Bird SB**, Zarum RS, Renzi FP.  "Emergency medicine resident procedure documentation using a handheld computerized device" *Acad Emerg Med.* 2001;8:1200-1203

## MANUCRIPTS IN PREPARATION OR UNDER REVIEW

1.  **Bird SB**, Moore J, Soni A, Barton B. Randomized Controlled Trial of a 12-Month Personalized Health Coach on Biometrics and Total Medical Expenditures.

2.  Soni A, Barton B, Gentile S, **Bird SB**. Effectiveness of a Heating, Cooling, and Dehumidifying Bed Sleep System of Objective and Subjective Sleep Effectivness.

3.  Soni A, Gentile S, **Bird SB**. Personalized Wellness Coaching Decreases Objective Measures of Burnout in Physicians.

## TEXTBOOK EDITOR
*Irwin and Rippe's Intensive Care Medicine.* "Pharmacology, Overdoses and Poisonings" Toxicology section editor. Lippincott.  9th Ed.

*Irwin and Rippe's Intensive Care Medicine.* "Pharmacology, Overdoses and Poisonings" Toxicology section editor. Lippincott.  8th Ed.

*Emergency Medicine Research Handbook for Residents and Medical Students.* Emergency Medicine Residents' Association. 1st Ed.

*Irwin and Rippe's Intensive Care Medicine.* "Pharmacology, Overdoses and Poisonings" Toxicology section editor. Lippincott.  7th Ed.

*Aghababian's Emergency Medicine: The Core Curriculum.* Section editor of 25 chapters. Jones and Bartlett, 2nd Ed.

*Irwin and Rippe's Intensive Care Medicine.* "Pharmacology, Overdoses and Poisonings" Toxicology section editor. Lippincott.  6th Ed.

*Aghababian's Emergency Medicine: The Core Curriculum.* Section editor of 25 chapters. Jones and Bartlett, 1st Ed.


## TEXTBOOK CHAPTERS

**Bird SB**.  "Acetaminophen Poisoning" *Intensive Care Medicine.* Rippe, and Irwin, Eds. 9th edition.

**Bird SB**.  "Anticonvulsant Poisoning" *Intensive Care Medicine.* Rippe, and Irwin, Eds. 9th edition.

**Bird SB**.  "Antipsychotic Poisoning" *Intensive Care Medicine.* Rippe, and Irwin, Eds. 9th edition.

**Bird SB**.  "Antiarrhythmic Poisoning" *Intensive Care Medicine.* Rippe, and Irwin, Eds. 9th edition.

**Bird SB**. "Chromium" Goldfrank L. et al., editors.  *Goldfrank's Toxicologic Emergencies,* McGraw Hill. 10th edition.

**Bird SB**.  "Acetaminophen Poisoning" *Intensive Care Medicine.* Rippe, and Irwin, Eds. 8th edition.

**Bird SB**.  "Anticonvulsant Poisoning" *Intensive Care Medicine.* Rippe, and Irwin, Eds. 8th edition.

**Bird SB**. "Antipsychotic Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 8th edition.

**Bird SB**. "Antiarrhythmic Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 8th edition.

**Bird SB**. "Chromium" Goldfrank L. et al., editors. *Goldfrank's Toxicologic Emergencies,* McGraw Hill. 9th edition.

**Bird SB**. "Organophosphates and Carbamates" Aghababian R. editor. *Emergency Medicine: The Core Curriculum.* Jones & Bartlett, 2nd edition.

**Bird SB**. "Acetaminophen Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 7th edition.

**Bird SB**. "Antipsychotic Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 7th edition.

**Bird SB**. "Anticonvulsant Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 7th edition.

**Bird SB**. "Beta Blockers" Shannon M. et al., editors. *Clinical Management of Poisoning and Drug Overdose*, WB Saunders. 4th Ed.

**Bird SB**. "Organophosphates and Carbamates" Aghababian R. editor. *Emergency Medicine: The Core Curriculum.* Jones & Bartlett, 1st edition.

**Bird SB**. "Chromium" Goldfrank L. et al., editors. *Goldfrank's Toxicologic Emergencies,* McGraw Hill. 8th edition.

**Bird SB**. *Organophosphates and Carbamates*. UpToDate, 2004-present.

**Bird SB**. *Manual of Overdoses and Poisonings*. Linden, Rippe, and Irwin, Eds. 1st edition. Lipipincott Williams & Wilkins, Philadelphia, 2005. **Author of 12 chapters.**

**Bird SB**. "Acetaminophen Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 6th edition.

**Bird SB**. "Anticonvulsant Poisoning" *Intensive Care Medicine*. Rippe, and Irwin, Eds. 6th edition.

## ABSTRACTS (selected presentations at national or international meetings)

1. Bunya N, Benoit H, Krajacic P, Loro E, Gaspari R, Khurana T, **Bird SB**. Pancuronium Improves Survival in a Rat Model of Acute Parathion Poisoning. May 2016, SAEM Annual Meeting, New Orleans, LA

2. Shah SH, **Bird SB**. Do Your Patients Know You Care? SAEM Annual Meeting 2015, San Diego, CA.

3. Bunya N, Benoit H, Krajacic P, Loro E, Gaspari R, Khurana T, **Bird SB**. Development of a rodent model of the Intermediate Syndrome. June 2015, NY Academy of Sciences, NY.

4. Bunya N, Sawamoto K, Benoit H, Gaspari R, Khurana T, **Bird SB**. Novel Neuromuscular Protection to CounterACT Organophosphorus (OP) Poisoning. CounterACT meeting 2014, Denver, CO.

5. Shah SH, Heitmann D, Mangolds V, Zgurzynski P, **Bird SB**. Evaluating the Implementation of an Interprofessional Team STEPPS Curriculum for Medical Students Using High Fidelity Simulation. CORD Annual Meeting 2014, New Orleans, LA.

6.   Shah SH, Church R, **Bird SB**. Evaluating Faculty Milestone Competencies. CORD Annual Meeting 2014, New Orleans, LA.

7.   Sawamoto K, Krajacic P, McCall J, DeLa Puente R, Ford-Webb T, Gaspari R, Khurana T, **Bird SB**. Novel Neuromuscular Protection to CounterACT Organophosphorus (OP) Poisoning. CounterACT meeting 2012, San Francisco, CA

8.   **Bird SB**, Carville A, Mansfield K, Ollis D. Use Of An Organophosphorus Hydrolase Prevents Lethality In An African Green Monkey Model Of Acute Organophosphorus Poisoning. SAEM 2011 Annual Meeting, Boston, MA

9.   Sharma K, Nelson L, Kurt K, **Bird S**, Brent J, Wax P. The Practice of Medical Toxicology in the US. NACCT Annual Meeting 2010, Denver, CO.

10.   Weibrecht K, Dayno M, Darling C, **Bird S**. Liver aminotransferases are elevated with rhabdomyolysis in the absence of liver injury. NACCT Annual Meeting 2009, San Antonio, TX.

11.   Rosenbaum C, **Bird S**. Timing and Frequency of Physostigmine for Anticholinergic Toxicity. NACCT Annual Meeting 2008, Toronto, Canada.

12.   Acute Hepatotoxicity Associated with Amiodarone Administration Courtney J, Ganetsky M, **Bird SB**, Boyer EW. Clin Toxicol 2006; 44.

13.   Isoniazid-Induced Psychosis in an Adolescent Male Gresham HW, Babu KM, Ali F, **Bird SB**, Boyer EW. Clin Toxicol 2006; 44.

14.   Non – Fatal Cardiac Dysrhythimias Associated with Severe Salicylate Toxicity Kent KJ, Cohen JE, Ganetsky M, **Bird SB.** Clin Toxicol 2006; 44.

15.   **Bird SB**, Schmidt K, Kulkarni P, Ferris C. M1 Receptor Activation in the rat:  a phMRI Analysis. Society for Neuroscience Annual Meeting 2005, Miami, FL.

16.   **Bird SB**, Lo JCY, Dickson EW, Sivilotti MLA. Multiple centrally-acting antidotes protect against severe organophosphate toxicity.,. J Toxicol Clin Toxicol 2005; 43.

17.   **Bird SB**, Dickson EW, Gaspari RJ, Boyer EW, Ferris CF.  Brain functional MRI after acute organophosphate poisoning.  Acad Emerg Med 2004;11:473.

18.   Mazzola JL, **Bird SB**, Brush DE, Boyer EW, Aaron CK.  Anticholinergic syndrome after isolated olanzapine overdose.  J Tox Clin Tox 2003;41:472.

19.   Brush DE, **Bird SB**, Boyer EW, Aaron CK.  Geriatric Overdose of 1,4-Butanediol Masquerading as Syncope and Seizure.  J Tox Clin Tox 2003;41:508.

20.   **Bird SB**, Mazzola JL, Brush DE, Boyer EW, Aaron CK.  A Prospective Evaluation of Abbreviated Oral N-acetylcysteine (NAC) Therapy for Acetaminophen Poisoning. Acad Emerg Med 2003;10:521.

21.   **Bird SB**, Gaspari RF, Barnett KA, Dickson EW. Diazepam Attenuates Acute Central Respiratory Depression from Acute Organophosphate Poisoning.  Acad Emerg Med 2003;10:520-521.

22.   Lovesky D, **Bird S**, Restuccia M, Mangolds G, Dickson EW.  Effect of a Paramedic Pain Management Training Program on Pre-hospital Analgesic Use.  Acad Emerg Med 2003;10:450.

23.   Lane DR, **Bird SB**, Zarum RS.  Documentation of Emergency Medicine Resident Procedures Using a Personal Digital Assistant.  Acad Emerg Med 2003;10:537-538.

24.   **Bird SB**, Eddleston M, Sutherland TD, Ollis D. Pharmacokinetics of an Organophosphorus Hydrolase in the African Green Monkey. SAEM 2008 Annual Meeting, New Orleans, LA.

25.   **Bird SB**, Gresham H, Sutherland T, Eddleston M. Use of a Recombinant Bacterial Hydrolase for Acute Dichlorovos Poisoning. NACCT 2006 Annual Meeting, San Francisco, CA

26.   **Bird SB**, Gresham H, Sutherland T, Eddleston M, Eyer P. Use of a Recombinant Bacterial Hydrolase for Acute Parathion Poisoning. SAEM 2006 Annual Meeting, San Francisco, CA.

27.   **Bird SB**, Gaspari RJ, Aaron CK, Boyer EW, Dickson EW.  Synergistic Effects of Glycopyrrolate, Ipratropium, and Diazepam on Mortality in a Rat Model of Lethal Organophosphate Poisoning. European Association of Poison Control Centres and Toxicologists 2003 annual meeting, Rome, Italy.

28.   **Bird SB**, Mazzola JL, Boyer EW, Brush DE, Aaron CK.  A Prospective Evaluation Of Abbreviated Oral N-Acetylcysteine (NAC) Therapy For Acetaminophen (Paracetamol) Poisoning.  European Association of Poison Control Centres and Toxicologists 2003 annual meeting, Rome, Italy.

29.   **Bird SB**, Gaspari RJ, Aaron CK, Boyer EW, Dickson EW.  Nebulized Ipratropium Bromide Offers No Protection Against Severe Organophosphate Poisoning. J Tox Clin Tox 2002;40:695.

30.    Sivilotti MLA, **Bird SB**, Montalvo M, Aaron CK, Brison RJ, Linden CH, "Serum a-Glutathione S-transferase (aGST) Becomes Elevated Shortly After Subtoxic Acetaminophen Overdose" Acad Emerg Med 2002;9:534-535.

31.   **Bird SB**.  Critical Care Toxicology:  Organophosphate Poisoning.  2002 North American Congress of Clinical Toxicology, Palm Springs, CA.

32.   **Bird SB**, Gaspari RJ, Lee WJ, Dickson EW.  Early Death due to Acute, Severe Organophosphate Poisoning is a Centrally Mediated Process.  Acad Emerg Med 2002;9:485.

33.   **Bird SB**, Gaspari RJ, Lee WJ, Dickson EW.  Diphenhydramine as a Protective Agent in Severe Organophosphate Poisoning.  Acad Emerg Med 2002;9:357.

34.   **Bird SB**.  Case Presentation Competition, 2002 Society for Academic Emergency Medicine annual meeting, St. Louis, Missouri.

35.   **Bird SB**, Zarum RS.  Emergency Medicine Resident Procedure Documentation is Not Increased Using a Handheld Computerized Device.  2002 Society for Academic Emergency Medicine annual meeting, San Francisco, CA.

36.    **Bird SB**, Ni Y.  Comparison of a Numeric Rating Scale and the Visual Analog Scale in Extremity Pain.  American College of Emergency Physicians 2001 Annual Meeting, Las Vegas, NV.

37.   **Bird SB**, Sullivan J, Mangolds G, Schmidt E, Nichols C, Dickson EW.  Clinically Significant Changes in Pain Along the Entire Visual Analog Scale.  American College of Medical Toxicology 2001 annual meeting, San Francisco, CA.

## FUNDING (current)
"A Fitbit Digital Health Intervention in the UMass ACO"                    $ 100,000
Jan 2021-Dec 2021
Massachusetts Digital Health Right Care 4 You Grant Program

## FUNDING (completed)
"RCT of Wellness Coaches to Decrease Burnout"                             $   12,000

**Curriculum Vitae**                     24                     Steven B. Bird, M.D.

Jan 2020-Dec 2020
Carl Atkins Risk Management Grant
UMassMemorial Healthcare

"Development of a Peer Support Network"                          $   10,000
June 2016-May 2017
Carl Atkins Risk Management Grant
UMassMemorial Healthcare

"Pharmacotherapy to counterACT parathion-induced NMJ dysfunction"
Principal Investigator: **Steven B. Bird, MD**
U01 NIH/NINDS                                                   $3,082,749
Sept 2013 – Aug 2016

"Novel Neuromuscular Protection to CounterACT Acute Organophosphate Poisoning"
Principal Investigator: **Steven B. Bird, MD**
R21 NIH/NINDS                                                   $ 823,588
Oct 2011 – Sept 2013

"Use of a bacterial OP hydrolase antidote for parathion poisoning"
Principal Investigator:  **Steven B. Bird, MD**
R21 NIH/NIEHS                                                   $ 446,875
Aug 2007 – Aug 2009

"Functional MRI Assessment of Acute Organophosphate Poisoning"
Principal Investigator:  **Steven B. Bird, MD**
K08 NIH/NIEHS
Dec 2004 - Dec 2008                                             $ 580,669

"Recombinant Organophosphate Hydrolase for Acute Parathion Poisoning"
Principal Investigator:  **Steven B. Bird, MD**
American College of Medical Toxicology
July 2005 – June 2006                                           $   7,500

"Recombinant Organophosphate Hydrolase for Acute Dichlorvos Poisoning"
Principal Investigator:  **Steven B. Bird, MD**
Emergency Medicine Foundation
July 2005 – June 2006                                           $   5,000

"Ipratropium bromide as a treatment of organophosphate toxicity"
Principal Investigator:  **Steven B. Bird, MD**
Emergency Medicine Foundation Resident Research Grant Award
2001 – 2002                                                     $   5,000

Steven B. Bird, MD
6 Laurel Ridge Ln
Shrewsbury, Massachusetts 01545

List of all cases in which, during the previous 4 years, I have testified as an expert at trial or by deposition in the last 4 years.

Bowditch v. MedStar, testified for the plaintiff. Cochran Law Firm, Marlborough, MA, April 2023.

Pimentel v. HUMC, testified for the defense. Marshall Dennehey, Worceser, MA, January 2023.

Devani v. Honor Health, testified for the plaintiff. Steers & Steers, Worcester, MA, November 2022.

Tufts  v. Hashim, testified for the defense. Scully & Lagos, Boston, MA, August 2022.

Ruepke v. BNSF Railroad, testified for the plaintiff. Marc J. Bern & Partners, Worcester, MA, August 2022.

Hartman v. Illinois Central Railroad, testified for the plaintiff. Marc J. Bern & Partners, Worcester, MA, June 2022.

Hankins v. Jenkins, testified for the plaintiff. McMath Woods. Worcester, MA, June 2022

Fravel v. Herard, testified for the plaintiff. Childers, Schluter, and Smith. Worcester, MA, June 2022

Llyod v. Memorial Hospital testified for the plaintiff. Rash Mueller Law. Worcester, MA, June 2022

Shephard v. Mease testified for the plaintiff. Andrews Law Group. Worcester, MA, April 2022

State of Florida v. Baldie, testified for the defense. Dutko Kroll. Fort Lauderdale, FL, April 2022

Mejia v. Stanford Hospital, testified for the plaintiff. Kennedy, Johnson, Schwab & Roberge. Worcester, MA, December 2021.

Florida v. Baldie, testified for the defense. Dutko Kroll. Fort Lauderdale, FL, November 2021

U.S. v. Carvajal, testified for prosecution. U.S. Attorney's Office. Boston, MA, November 2021.

Bacon v. AnMed Health Cannon, testified for the plaintiff. Eppes & Plumblee, Worcester, MA, June 2021.

Gordanier v. Waldo, testified for the plaintiff. Gorny Law Firm, Worcester, MA, May 2021.

Rybar v. DePuy, testified for the defense. Barnes & Thornburg, Worcester, MA, April 2021.

Timpa v. Dallas, testified for the defense. City of Dallas, Worcester, MA, Jan 2020.

Gomez v. Thompson, testified for the defense. Hoagland, Longo, Moran, Dunst & Doukas, Worcester, MA, Dec 2019.


Regards,

Steven B. Bird, MD