IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No:  21-cv-01708-WJM-MDB | Date:   May 9, 2024 |
| Courtroom Deputy:  E. Lopez Vaughan | FTR:   Courtroom 101 |

| _Parties:_ | _Counsel:_ |
|---|---|
| Estate of Chad Alexander Burnett | Felipe Bohnet-Gomez |
|    Plaintiff, | |
| v. | |
| City of Colorado Springs, et al | William Lamphere |
|    Defendant. | |

## COURTROOM MINUTES

**FINAL PRETRIAL CONFERENCE**

**9:04 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Discussion and review of the parties' *Proposed Final Pretrial Order (FPTO)* at ECF No. 104. The Court notes the parties will need to comply with the presiding judge's practice standards when submitting final revised exhibit lists prior to trial. The Court will enter the *Proposed FPTO*, subject to its direction that the parties confer and revise exhibits lists and witness lists accordingly. The parties discuss their views on the possibility of settlement. Should parties opt to engage in settlement negotiations, they may request a Settlement Conference through a joint email to chambers. The Court will want to speak off the record with counsel from each party prior to conducting a *Settlement Conference*, so the parties should indicate their agreement to this limited *ex-parte* communication in the email.

*Trial Preparation Conference* and *trial* dates will be set by District Judge William J. Martinez.

**Final Pretrial Order is signed**.

**9:08 a.m.      Court in recess.**

Hearing concluded.

Total in-court time     00:04

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.