**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

      Defendants.

---

**JOINT MOTION TO VACATE TRIAL AND
FINAL PREPARATION CONFERENCE**

---

The parties, by and through their respective counsel, move to vacate trial, the Final Preparation Conference and associated deadlines.

1. On February 7, 2025, Defendants filed their Notice of Appeal of the Orders on Summary Judgment (ECF Nos. 110 and 111). (ECF No. 114).

2. On August 27, 2025, the Court scheduled a 9-day jury trial commencing on February 23, 2026, and set a Final Trial Preparation Conference for February 4, 2026. (ECF No. 123).

3. Merits briefing before the Tenth Circuit Court of Appeals was completed on August 13, 2025. (Appellate Case 25-1052, No. 26.).

4. The appellate court has yet to schedule oral arguments. The appellate process will, most likely, not be completed by the trial date.

5.   The parties' deadline to file motions in limine is January 14, 2026 with additional trial-related deadlines following shortly thereafter. The appeal may change the claims and issues in dispute at trial.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Honorable Court enter an order vacating trial and the Final Trial Preparation Conference.

Respectfully submitted this 6th day of January 2026.

Rathod Mohamedbhai LLC

OFFICE OF THE CITY ATTORNEY
Marc Smith, Acting City Attorney

*/s/ Felipe Bohnet-Gomez*
Felipe Bohnet-Gomez
Ciara M. Anderson
Matthew Cron
2701 Lawrence Street, Suite 100
Denver, Colorado 80205
(303) 578-4400
fbg@rmlawyers.com
ca@rmlawyers.com
mc@rmlawyers.com
*Attorneys for Plaintiff*

*/s/ W. Erik Lamphere*
W. Erik Lamphere, Division Chief
Martha E. McKinney, Senior Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
erik.lamphere@coloradosprings.gov
martha.mckinney@coloradosprings.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 6th day of January, 2026, I electronically filed the foregoing **JOINT MOTION TO VACATE TRIAL AND FINAL PREPARATION CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via email:

Felipe Bohnet-Gomez (fbg@rmlawyers.com)
Siddhartha H. Rathod (sr@rmlawyers.com)
Ciara M. Anderson (ca@rmlawyers.com)
Matthew J. Cron (mc@rmlawyers.com)
*Attorneys for Plaintiff*

*/s/ Terry JoHansen*
Terry JoHansen, Paralegal