**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

     Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

     Defendants.

---

**JOINT MOTION TO VACATE TRIAL AND
FINAL PREPARATION CONFERENCE**

---

The parties, by and through their respective counsel, move to vacate trial, the Final Preparation Conference and associated deadlines.

1. On January 8, 2026, the Court scheduled a 9-day jury trial commencing on July 20, 2026, and set a Final Trial Preparation Conference for July 10, 2026. ECF No. 126.

2. Good cause exists to vacate the current trial setting for three reasons.

3. First, a conflict has developed for Mr. Bohnet-Gomez, counsel for Plaintiff, since the trial setting. In particular, he must travel internationally for the funeral of his mother, to be held on July 31, 2026, which will conflict with the trial setting.

4. Second, it is unlikely that the Court of Appeals will resolve the appeal before the trial, or before significant pretrial deadlines begin to run.

5. Oral Argument before the Tenth Circuit Court of Appeals was held on March 18, 2026. (Appellate Case 25-1052, No. 35.).

6. The appellate court has yet to issue its opinion. Once an opinion is issued, the mandate will not be issued until at least 21 days later, or potentially longer if there is a petition for rehearing. *See* Fed. R. App. P. 41(b). Consequently, it is very likely that the appellate process will not be completed by the trial date, or by the time pretrial deadlines begin to run.

7. The parties' deadline to file motions in limine is June 24, 2026 with additional trial-related deadlines following shortly thereafter. *See e.g.*, WJM Revised Practice Standards III.G.

8. Third, permitting additional time between the appeal and the trial and trial preparation could facilitate a settlement. The appeal may change the claims and issues in dispute at trial, and may resolve important legal issues, and may thus enable discussions that could potentially result in a settlement.

9. WHEREFORE, for the foregoing reasons, the parties respectfully request that this Honorable Court enter an order vacating trial and the Final Trial Preparation Conference.

Respectfully submitted this 21st day of April 2026.

| | |
|---|---|
| RATHOD MOHAMEDBHAI LLC | OFFICE OF THE CITY ATTORNEY<br>Marc Smith, Acting City Attorney |
| */s/ Felipe Bohnet-Gomez* | */s/ W. Erik Lamphere* |
| Felipe Bohnet-Gomez | W. Erik Lamphere, Division Chief |
| Ciara M. Anderson | Martha E. McKinney, Senior Attorney |
| Matthew Cron | 30 S. Nevada Ave., Suite 501 |
| 2701 Lawrence Street, Suite 100 | Colorado Springs, Colorado 80903 |
| Denver, Colorado 80205 | Telephone: (719) 385-5909 |
| (303) 578-4400 | Facsimile: (719) 385-5535 |
| fbg@rmlawyers.com | erik.lamphere@coloradosprings.gov |
| ca@rmlawyers.com | martha.mckinney@coloradosprings.gov |
| mc@rmlawyers.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |