**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No: 21-cv-1708-WJM-MDB

ESTATE OF CHAD ALEXANDER BURNETT,

      Plaintiff,

v.

CITY OF COLORADO SPRINGS, a municipality;
SERGEANT MICHAEL INAZU, in his individual capacity;
OFFICER JOSEPH DAIGLE, in his individual capacity;
OFFICER MATTHEW FLEMING, in his individual capacity; and
OFFICER CAROLINE BARTH, in her individual capacity,

      Defendants.

---

**<u>UNOPPOSED</u> MOTION TO VACATE TRIAL AND
FINAL PREPARATION CONFERENCE**

---

Defendants, Sergeant Inazu, Officer Daigle, Officer Fleming, Officer Barth and the City of Colorado Springs move to vacate the trial, the Final Preparation Conference and associated deadlines.

1. Undersigned counsel certifies that they have conferred with opposing counsel pursuant to D.C.Colo.LCivR 7.1(A). Counsel for Plaintiff is <u>unopposed</u> to the relief sought herein.

2. On June 17, 2026, the Court reset a 9-day jury trial to commence on September 14, 2026. (ECF #128).

3. Good cause exists to vacate the current trial setting.

4. Almost a year in advance, on October 2, 2025, undersigned counsel booked an international bicycling trip with a travelling companion to Spain and Portugal, scheduled for September 21,

2026 through October 2, 2026. The booking was made far in advance of the anticipated travel dates and secured the last two spots available for a popular small group tour. The cost for this tour, including agency-booked airfare, hotel and excursion costs, is over $7,000.00 per person.

5.   The September-October 2026 travel dates were selected to avoid any conflict with the then-set trial date of February 23, 2026. (ECF #123). The anticipated travel dates continued to be conflict-free when the trial was reset to July 20, 2026. (ECF #126). Recently, the trial date has been rescheduled to September 14, 2026. (ECF #128). The rescheduled trial setting creates a conflict with the prearranged travel, necessitating this request. The trip was originally booked in good faith, and with careful consideration of the trial settings then known or anticipated.

6.   This trip is fully booked and paid in full. The undersigned's travelling companion has never been abroad or attempted a bicycle trip, and any inability on the undersigned's part to attend would leave her alone on a trip with unfamiliar people in an unfamiliar environment. At this late date, any cancellation will result in the loss of thousands of dollars for the undersigned and my travel companion who would likely forgo a solo trip. Rescheduling the trip would result in up to a year's delay due to the trip's popularity.

7.   Further, allowing additional time between appeal and trial may allow the parties to reevaluate their positions and reach resolution of the matter.

WHEREFORE, for the foregoing reasons, Sergeant Inazu, Officers Fleming, Daigle, Barth and the City of Colorado Springs respectfully request that this Honorable Court enter an order vacating trial and the Final Preparation Conference.

Respectfully submitted this 23rd day of June, 2026.

OFFICE OF THE CITY ATTORNEY
Stefanie Boster, City Attorney

/s/ Martha E. McKinney
W. Erik Lamphere, Division Chief
Martha E. McKinney, Senior Attorney
30 S. Nevada Ave., Suite 501
Colorado Springs, Colorado 80903
Telephone: (719) 385-5909
Facsimile: (719) 385-5535
erik.lamphere@coloradosprings.gov
martha.mckinney@coloradosprings.gov

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 23rd day of June, 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO VACATE TRIAL AND FINAL PREPARATION CONFERENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following via email:

Felipe Bohnet-Gomez (fbg@rmlawyers.com)
Ciara M. Anderson (ca@rmlawyers.com)
Matthew J. Cron (mc@rmlawyers.com)
*Attorneys for Plaintiff*

/s/ Eri Howard
Eri Howard
Legal Assistant

3